IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY,<br>as Subrogee of SMULLENS SALVAGE<br>AND TOWING, | * <br><br> * |
| Plaintiff, | |
| v. | *   Case No.: WMN03 CV 178 |
| EMPIRE COMFORT SYSTEMS, INC., | |
| Defendant. | * <br><br> * |

### NOTICE TO SUBSTITUTE ATTORNEY

Please strike the appearance of D. Lee Rutland, Esq. and enter the appearance of the following as counsel for the Defendant, Empire Comfort Systems, Inc.

James A. Rothchild, Esq.
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201-4135

Respectfully submitted,

Signed By D. Lee Rutland
_____
D. Lee Rutland
Wharton, Levin, Ehrmantraut & Klein
104 West Street
P.O. Box 551
Annapolis, MD 21404-0551
Phone: (410) 263-5900

*Attorney for Defendant Empire
Comfort Systems, Inc.*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this <u>12th</u> day of March 2003, a copy of the foregoing was sent was sent first class, postage prepaid to:

Thomas A. Wood, IV, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202

*Attorney for Plaintiff*

James A. Rothchild, Esq.
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201-4135

                                        Signed By D. Lee Rutland
                                        _____
                                        D. Lee Rutland

::ODMA\GRPWISE\ANNAPOLIS.ANNA.WLEKNLIB:101750.1