LAW OFFICES
## NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

THOMAS M. WOOD, IV
(410) 332-8523

FAX NO.
(410) 332-8594
E-MAIL ADDRESS:
TMW@NQGRG.COM

March 13, 2003

**VIA ELECTRONIC FILING**

Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Selective Insurance Company, as subrogee for Smullens Salvage and Towing v. Empire Comfort Systems*
             *Civil Action No. WMN 03 CV 178*

Dear Judge Nickerson:

      In accordance with your Scheduling Order, counsel for the parties have consulted regarding early ADR, deposition hours, and assignment to a Magistrate Judge.

      The parties do not request early ADR, and do not wish to proceed before a Magistrate Judge. As far as deposition hours are concerned, the parties have requested that each side be allowed thirty hours for depositions of fact witnesses.

      Of course, should the Court have any questions, we are available at its convenience.

                                Very truly yours,

                                Thomas M. Wood, IV

TMW:lmd
cc:    James A. Rothschild, Esquire
       Paul R. Bartolacci, Esquire
       Georgia S. Foerstner, Esquire
       D. Lee Rutland, Esquire

180848; 2682.1