IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SELECTIVE INSURANCE COMPANY*

  Plaintiff      *

v.           *  Civil Case No.:  WMN 03 CV 178

EMPIRE COMFORT SYSTEMS, INC. *

  Defendant     *

  * * * * * * * * *

**JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER**

  Plaintiff Selective Insurance Company, as subrogee for Smullens Salvage and Towing, ("Selective") by its undersigned counsel and defendant Empire Comfort Systems, Inc. ("Empire") by its undersigned counsel, move this Court to extended the future dates in the Scheduling Order. The grounds for this motion are as follows:

  1.  This is a subrogation case involving a fire that occurred at a salvage and towing company.  Selective alleges a propane heater distributed by Empire started the fire.

  2.  Under the Scheduling Order, all expert discovery is to be completed by June 18, 2003 and all discovery is to be completed by July 14 2003.  The parties have sent out written discovery.  The parties agree that more time is needed for expert discovery and to complete fact discovery.

  3.  The parties therefore request that all prospective dates in the Scheduling Order be extended for 90 days.  The new dates in the Scheduling Order would be as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | July 27, 2003 |
| Defendant's Rule 26(a)(2) disclosures re: experts | August 26, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | September 9, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 16, 2003 |
| **Discovery deadline; submission of status report** | October 12, 2003 |
| Requests for admission | October 19, 2003 |
| **Dispositive pretrial motions deadline** | November 9, 2003 |

_____
Thomas M. Wood, IV, Esquire
Neuberger, Quinn, Gielen,
Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202
***Attorney for Smullens Salvage***

_____
James A. Rothschild
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland
***Attorney for Empire Comfort Systems***

Dated:  April 24, 2003