**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SELECTIVE INSURANCE COMPANY,*
As subrogee of SMULLENS SALVAGE
AND TOWING,                               *

    Plaintiff,                          *

v.                                        *

EMPIRE COMFORT SYSTEMS, INC.   *   Civil Action No. WMN 03 CV 178

    Defendant and Third-Party     *
    Plaintiff,
                                          *

        *   *   *   *   *   *   *

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

    Defendant, Empire Comfort Systems, Inc., by its attorney, James A. Rothschild, respectfully its attorney, James A. Rothschild, respectfully requests leave to file an Amended Answer for the following reasons:

    1. Defendant's answer was filed in this case February 26, 2003.

    2. Current counsel for the Defendant entered his appearance March 15, 2003 and did not file the original answer.

    3. Defendant did not design, manufacture, or package the product that plaintiff asserts caused the fire that gives rise to this case; it sold the product in the condition and packaging in which Defendant received the product.

    4. Under Maryland law, Defendant has a viable defense under Md. Code Ann., Cts. & Jud. Proc., § 5-408 (2002), commonly known as the "sealed container defense."

5. The original answer filed in this case, in the Sixth Defense asserted, states that "[t]he Defendant denies that it manufactured the subject product."

6. By amendment, Defendant wants to make clear that it is relying on the "sealed container" defense.

7. Attached as Exhibit A is Defendant's proposed Amended Answer. The amendment is found at page 7, appears as the Eighteenth Defense, which reads: "Defendant contends that it is entitled to the benefit of Md. Code Ann., Cts. & Jud. Proc., § 5-405 (2002), the 'sealed container' defense.

WHEREFORE, for the reasons stated above, Defendant, Empire Comfort Systems, Inc., respectfully requests that the Court grant it leave to file the proposed Amended Answer.

_____
James A. Rothschild
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland  21201-4135
(410) 752-1630
*Attorney for Empire Comfort Systems, Inc., defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of June, 2003, a copy of the foregoing Motion for Leave to File Amended Answer was electronically mailed and/or mailed, first class mail, postage prepaid, to:

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202

Paul Bartolacci, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103
215 665-2001
fax (215) 665-2013

_____
James A. Rothschild