**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY,* | |
| As subrogee of SMULLENS SALVAGE | |
| AND TOWING, * | |
| | |
| Plaintiff, * | |
| | |
| v. * | |
| | |
| EMPIRE COMFORT SYSTEMS, INC. * | Civil Action No. WMN 03 CV 178 |
| | |
| Defendant and Third-Party * | |
| Plaintiff, | |
| * | |

\*    \*    \*    \*    \*    \*    \*

## MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Defendant, Empire Comfort Systems, Inc., by its attorney, James A. Rothschild, respectfully submits this Motion for Leave to File Third-Party Complaint for the reasons set out below:

1. This is a product liability case in which Selective Insurance Company ("Selective"), as subrogee of Smullens Salvage and Towing ("Smullens"), sued Defendant, Empire Comfort Systems, Inc. ("Empire"), alleging that a fire at the Smullens premises, insured by Selective, was caused by a heater sold by Empire.

2. Selective alleges that the manner in which the heater was installed caused or contributed to the fire.

3. Selective has asserted through discovery responses, served May 9, 2003, that the original installer was Sharp Electric, Inc. "or its predecessor."

4. Selective asserts further in its discovery responses that Sharp Electric, Inc. performed service work on the heater after the original installation.

5. Empire did not install the heater.

6. In the event that Selective proves that the installation of the heater caused or contributed to the fire, and the installation itself was negligent, then Sharp Electric, Inc. would owe contribution to Empire, if Empire also is found to have been a tortfeasor whose conduct caused or contributed to the fire, under Maryland's Uniform Contribution Among Joint Tort-Feasor's Act.

7. The original Scheduling Order named April 14, 2003 as the date by which additional parties were to be brought into this case.

8. Empire received Selective's discovery responses May 12, 2003 (the certificate of service indicates a May 9 mailing date).

9. Empire seeks leave at this time to file a Third-Party Complaint against Sharp Electric, Inc., in the form of Exhibit A.

WHEREFORE, Defendant, Empire Comfort Systems, respectfully requests that the Court permit it to file a Third-Party Complaint against Sharp Electric, Inc.

_____
James A. Rothschild
Anderson, Coe & King, L.L.P.
201 North Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 752-1630

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this _____ day of June, 2003, a copy of the foregoing Motion for Leave to File Third-Party Complaint was electronically mailed and/or mailed, first class mail, postage prepaid, to:

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202

Paul Bartolacci, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103
215 665-2001
fax (215) 665-2013

_____
James A. Rothschild

3