

# U.S. District Court

For The
*District
of Maryland*

**Electronic Case Files
Attorney/Participant Registration
Form**

This form is to be used to register for a *Pro Hac Vice* account on the Court's Electronic Case Files (ECF) System. Registered attorneys will be able to electronically file documents. The following information is required for registration:

First Name ___Paul___  Middle Name ___Robert___

Last Name ___Bartolacci___  Generation _____

Last four digits of Social Security Number (for Security Verification) ___9536___

Firm Name ___Cozen O'Connor___

Firm Address ___1900 Market St___

___Philadelphia PA   19103 3508___

Voice Phone Number ___215 665 2001___

Fax Number ___215 701 2201___

Internet E-Mail Address ___pbartolacci@cozen.com___

1. This system is for use only in cases before the *U.S. District Court for the District of Maryland*. It may be used to file electronic documents.

2. An attorney's/participant's password issued by the court combined with the user's login serves as and constitutes the attorney's/participant's signature.

3. An attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect that the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the Electronic Case Filing System and issue a new password.

4. Registration as a user constitutes:
   a) Consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and
   b) Consent to electronic service and waiver of service by any other means, except for original process.

5. Attorneys must be members in good standing of the bar of this court, or permitted by statute or Local Rule to appear without being a member of the bar, to file papers electronically.

**Please include this completed form with your Motion for Admission *Pro Hac Vice*.**