```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

SELECTIVE INSURANCE CO.        :
                               :
v.                             : Civil Action No. WMN-03-178
                               :
EMPIRE COMFORT SYSTEMS, INC.   :

### ORDER

Before the Court are Defendant's Motions for Leave to File Amended Answer (Paper No. 16) and for Leave to File Third-Party Complaint (Paper No. 17). This is a product liability case in which Selective Insurance Company (Selective), as subrogee of Smullens Salvage and Towing, sued Defendant Empire Comfort Systems, Inc. (Empire), alleging that a fire at the Smullens premises, insured by Selective, was caused by a heater sold by Empire. Selective alleges that the manner in which the heater was installed caused or contributed to the fire. In the motion for leave to file an amended answer, Defendant wishes to clarify that one of its defenses is the "sealed container" defense. In the motion for leave to file a third-party complaint, Defendant requests leave to file a third-party complaint against Sharp Electric, Inc. (identified by Selective as the original installer of the heater). No opposition has been filed, and the time for doing so has passed. Accordingly, IT IS this 25th day of June, 2003, by the United States District Court for the District of

Maryland, ORDERED:

1.  That Defendant's Motion for Leave to File Amended Answer (Paper No. 16) is hereby GRANTED and the Amended Answer is deemed filed as of the date of this Order;

2.  That Defendant's Motion for Leave to File Third-Party Complaint (Paper No. 17) is hereby GRANTED and the Third-Party Complaint is deemed filed as of the date of this Order; and

3.  That the Clerk of Court shall mail copies of this Order to all counsel of record.

                                                                /s/

                                       William M. Nickerson
                                       Senior United States District Judge