• AO 441 (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PLAINTIFF  SELECTIVE INSURANCE
COMPANY, As subrogee of SMULLENS
SALVAGE AND TOWING
V. DEFENDANT AND THIRD PARTY PLAINTIFF
EMPIRE COMFORT SYSTEMS, INC.

THIRD PARTY SUMMONS IN A
CIVIL ACTION

Case Number: WMN 03 CV 178

V. THIRD PARTY DEFENDANT
SHARP ENERGY, INC.
861 Silver Lake Boulevard
Dover, Delaware  19901

To: Name and address of Third Party Defendant

SERVE ON:
CSC Lawyers Incorporating Service Company
11 E. Chase Street
Baltimore, Maryland  21202

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber
One South Street
27th Floor
Baltimore, Maryland 21202

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

James A. Rothschild, Esquire
Anderson, Coe & King
201 N. Charles Street
Suite 2000
Baltimore, Maryland  21201

an answer to the third-party complaint which is herewith served upon you within __20__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Felicia C.

- AO 441 (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

(By) DEPUTY CLERK

- AO 441 (Rev. 5/85) [MD Rev. 02/2001] Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the third-party defendant. Place where _____

- ☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- ☐ Returned _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____
        Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.