July 14, 2003

**Georgia S. Foerstner**
Direct Phone 215.665.4740
Direct Fax    215.701.2440
gfoerstner@cozen.com

The Honorable William M. Nickerson
United States District Judge
for the District of Maryland
Garmatz Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:   Selective Insurance Company, a/s/o Smullens Salvage and Towing
      v. Empire Comfort Systems – Case No. WMN03 CV 178
      Our File No. 108703

Dear Judge Nickerson:

This firm represents the plaintiff, Selective Insurance Company, in connection with the captioned matter. In accordance with the Court's Scheduling Order, I am writing on behalf of the plaintiff and defendant to provide the Court with an update regarding the status of discovery. Counsel for defendant, Jim Rothschild, and I have conferred regarding the contents of this report.

To date, the parties have exchanged written discovery requests. We had also discussed scheduling depositions, however, due to the defendant's filing of a third-party complaint adding Sharp Energy, Inc. as a party to this action, we agreed that it would be most prudent to conduct depositions after Sharp Energy has retained counsel and made an appearance in this case. The parties intend to submit a revised scheduling order to the Court for approval within the next thirty days.

Currently, there are no motions pending before the Court. Once depositions have been completed, we will know if any party intends to file a dispositive pre-trial motion and/or whether this case is appropriate for ADR. No settlement discussions have occurred to date, as discovery is ongoing.

The Honorable William M. Nickerson
July 14, 2003
Page 2

---

Thank you for your attention to this matter. Please feel free to contact me if you have any questions.

Very truly yours,

COZEN O'CONNOR

s/ Georgia S. Foerstner

By:   GEORGIA S. FOERSTNER

GSF/lmj


cc:   James Rothschild, Esq.
      Thomas A. Wood, Esq.
      Sharp Energy, Inc.