IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | |
| EMPIRE COMFORT SYSTEMS, INC. | * | Civil Action:  WMN 03 CV 178 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EMPIRE COMFORT SYSTEMS, INC. | * |
| Third-Party Plaintiff | * |
| v. | * |
| SHARP ENERGY, INC. | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER TO THIRD-PARTY COMPLAINT**

Sharp Energy, Inc., third-party defendant, by undersigned counsel, answers the Third-Party Complaint filed against it as follows:

1. Third-party defendant has insufficient information to admit or deny the allegations of paragraph 1, and so denies the same.

2. Third-party defendant has insufficient information to admit or deny the allegations of paragraph 2, and so denies the same.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Third-party defendant has insufficient information to admit or deny the allegations of paragraph 7, and so denies the same.

8. Third-party defendant has insufficient information to admit or deny the allegations of paragraph 8, and so denies the same.

9. Third-party defendant has insufficient information to admit or deny the allegations of paragraph 9, and so denies the same.

10. Third-party defendant has insufficient information to admit or deny the allegations of paragraph 10, and so denies the same.

11. Third-party defendant has insufficient information to admit or deny the allegations of paragraph 11, and so denies the same.

12. Denied.

13. No answer required.

14. Denied.

15. Denied.

## **Affirmative Defenses**

1. Third-party defendant generally denies the allegations contained in the Third-Party Complaint.

2. The Third-Party Complaint fails to state a cause of action upon which relief may be granted.

3. Third-party plaintiff's causes of action are barred by the applicable statute of limitations.

4. Third-party plaintiff's injuries, if any, resulted in whole or in part by their own contributory negligence and other negligent acts and omissions attributable to the third-party plaintiff.

5. Third-party plaintiff's injuries, if any, resulted from risks which were plainly known and voluntarily assumed.

6. Third-party plaintiff's causes of action are barred in whole or in part by failure to mitigate damages.

7. The third-party plaintiff's injuries, injuries, if any, were caused in whole or in part by individuals and/or entities over whom this third-party defendant had no control or right of control.

8. Third-party plaintiff's claims are barred by estoppel, collateral estoppel, release, and accord and satisfaction.

WHEREFORE, third-party defendant having fully answered the Third-Party Complaint, requests that the same be dismissed and that the third-party defendant be awarded reasonable attorney's fees.

LAW OFFICES OF MAHER & ASSOCIATES

/s/ Patricia M. Maher
Patricia M. Maher, Bar No. 22987
502 Washington Avenue
Suite 410 - Nottingham Centre
Towson, MD  21204
410-769-8100
Attorney for Third-Party Defendant

## REQUEST FOR JURY TRIAL

Third-party defendant, Sharp Energy, Inc., by undersigned counsel, requests that the captioned matter be tried before a jury.

        /s/ Patricia M. Maher
        Patricia M. Maher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22ND day of July, 2003, a copy of the foregoing Answer to Third-Party Complaint was mailed electronically mailed to:

    Thomas M. Wood, IV, Esquire
    Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
    One South Street
    27th Floor
    Baltimore, MD 21202
    Attorney for Plaintiff

    Paul Bartolacci, Esquire
    Cozen & O'Connor
    1900 Market Street
    The Atrium
    Philadelphia, PA 19103
    Attorney for Plaintiff

    James A. Rothschild, Esquire
    Anderson, Coe & King, LLP
    201 North Charles Street
    Suite 200
    Baltimore, MD 21201
    Attorney for Defendant/Third-Party Plaintiff

        /s/ Patricia M. Maher