IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY | * |
|     Plaintiff | * |
| v. | * |
| EMPIRE COMFORT SYSTEMS, INC. | * |
|     Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| EMPIRE COMFORT SYSTEMS, INC. | * | |
|     Third-Party Plaintiff | * | |
| v. | * | Civil Action:  WMN 03 CV 178 |
| SHARP ENERGY, INC. | * | |
|     Third-Party Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SHARP ENERGY, INC. | * |
|     Cross-Plaintiff | * |
| v. | * |
| EMPIRE COMFORT SYSTEMS, INC. | * |
|     Cross-Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CROSS-CLAIM**

Third-party defendant/cross-plaintiff, Sharp Energy, Inc., by undersigned counsel, hereby brings this cross-claim against the third-party plaintiff, Empire Comfort Systems, Inc., and for reasons state:

## PARTIES, JURISDICTION AND VENUE

1.	Plaintiff, Selective Insurance Company (hereinafter referred to as "Selective") as subrogee of Smullens Salvage and Towing (hereinafter referred to as "Smullens"), is an insurance company organized under the laws of the State of New Jersey with its principal place of business being in the State of New Jersey.

2.	Defendant/third-party plaintiff/cross-defendant, Empire Comfort Systems, Inc. (hereinafter referred to as "Empire"), is a corporation organized under the laws of the State of Illinois, with its principal place of business being in the State of Illinois.

3.	Third-party defendant/cross-plaintiff, Sharp Energy, Inc. (hereinafter referred to as "Sharp"), is a corporation organized under the laws of the State of Delaware with its principal place of business being in the State of Delaware.

4.	This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, since there exists diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.	Venue is appropriate in this District pursuant to 28 U.S.C. §1391, since a substantial part of the events giving rise to the claim occurred in Maryland.

## BACKGROUND

6.	It is alleged that sometime prior to November 1, 2000, Selective's insured, Smullens, purchased a propane heater model CH-18 that was "designed, manufactured, assembled, supplied, sold and/or otherwise placed in the stream of commerce by Empire.

7.	Prior to November 1, 2000, this propane heater had been installed and in use at

the Smullens' property.

8. That on November 1, 2002, Smullens suffered a fire loss at their place of business located at 12570 Recycle Drive, Princess Anne, MD.

9. Selective brought suit against Empire for negligence, strict liability, misrepresentation, breach of warranty of merchantability, and breach of warranty of fitness for a particular purpose and claims.

10. Empire in turn brought suit against Sharp for contribution due to the negligent installation of the propane heater at the Smullen place of business.

11. Sharp has denied all liability in this action and asserts that the propane heater designed, manufactured, supplied and/or sold by Empire was defective and this was the proximate cause of the fire and plaintiff's insured's damages.

## COUNT ONE - CONTRIBUTION

12. Sharp incorporates by reference, as if fully set forth herein, paragraphs 1 through 11.

13. Sharp denies that the heater was improperly installed and was the cause of the fire. However, in the event there is a finding that the heater was negligently installed and the cause of the fire, Sharp claims Empire was negligent in that they designed, manufactured, assembled, inspected, advertised, marketed and sold this propane heater, without any negligence on the part of Sharp contributing thereto.

14. Empire owed a duty to the general public to design, manufacture, market and sell a safe product and, failed to warn consumers and installers of the propane heater of the defect.

15. Sharp claims that their negligence, if any, was passive, whereas that of Empire

was active.

WHEREFORE, cross-plaintiff, Sharp Energy, Inc., claims of and from cross-defendant, Empire Comfort Systems, Inc., indemnification and/or contribution towards any judgment entered in favor of the plaintiff against this party, in accordance with the Maryland Uniform Contribution Among Joint Tortfeasors Act.

                LAW OFFICES OF MAHER & ASSOCIATES

                /s/ Patricia M. Maher
                Patricia M. Maher, Bar No. 22987
                502 Washington Avenue
                Suite 410 - Nottingham Centre
                Towson, MD  21204
                410-769-8100
                Attorney for Third-Party Defendant/
                    Cross-Plaintiff Sharp Energy, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July, 2003, a copy of the foregoing Cross-Claim was mailed electronically mailed to:

        Thomas M. Wood, IV, Esquire
        Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
        One South Street
        27th Floor
        Baltimore, MD  21202
        Attorney for Plaintiff

Paul Bartolacci, Esquire
Cozen & O'Connor
1900 Market Street
The Atrium
Philadelphia, PA  19103
Attorney for Plaintiff

James A. Rothschild, Esquire
Anderson, Coe & King, LLP
201 North Charles Street
Suite 200
Baltimore, MD  21201
Attorney for Defendant/Third-Party Plaintiff


      /s/ Patricia M. Maher