IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * |
| EMPIRE COMFORT SYSTEMS, INC. | *   Civil Action:  WMN 03 CV 178 |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EMPIRE COMFORT SYSTEMS, INC. | * |
| Third-Party Plaintiff | * |
| v. | * |
| SHARP ENERGY, INC. | * |
| Third-Party Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INTERROGATORIES**

**TO:**   Selective Insurance Company as subrogee of Smullens Salvage and Towing, Plaintiff

**FROM:**   Sharp Energy, Inc., Third-Party Defendant

*Introduction*

You are requested to respond to the following interrogatories propounded pursuant to the Rules of this Court, within 30 days after service of the Interrogatories. Each interrogatory shall be answered separately and fully in writing under oath, or shall state fully the grounds for refusal to answer any interrogatory. Each answer shall include all information available to the answering party directly or through agents, representatives or attorneys. The answers shall be signed by the

answering party.

## *Definitions*

In these interrogatories, the following definitions apply:

(a)   Document includes a writing, drawing, graph, chart, photograph, recording, and other data compilation from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form.

(b)   Identify, identity, or identification, (1) when used in reference to a natural person means that person's full name, last known address, home and business telephone numbers, and present occupation or business affiliation; (2) when used in reference to a person other than a natural person (that is, whether it is a corporation, partnership, etc., under the definition of person below), and the person's last known address, telephone number, and principal place of business; (3) when used in reference to any person, after the person has been properly identified previously means the person's name; and (4) when used in reference to a document, requires you to state the date, the author (or, if different, the signer or signers), the addressee, and the type of document (e.g. letter, memorandum, telegram, chart, etc.) or to attach an accurate copy of the document to your answer, appropriately labeled to correspond to the interrogatory.

(c)   Person includes an individual, general or limited partnership, joint stock company, unincorporated association or society, municipal or other corporation, incorporated association, limited liability partnership, limited liability company, the State, an agency or political subdivision of the State, a court, and any other governmental entity.

(d)   The term occurrence, unless otherwise indicated, means the collision or other event complained of in the pleadings.

(e)   The term possession includes possession, custody, or control.

## **INTERROGATORIES**

1.   Please state the name, and title of the person providing these answers on behalf of the plaintiff.

2.   State the names and addresses of all eyewitnesses to all or part of the occurrence and the location of each at the time of the accident and all persons who arrived at the scene within one (1) of the occurrence and the names and addresses of all persons who investigated the cause

and circumstances of the occurrence for the plaintiff.

3. State the names and addresses of all persons who have given you verbal statements and from whom you have statements either written or recorded, the dates of such statements, and if in either written or recorded form, the names and addresses of the persons who have custody or possession of such written or recorded statements.

4. If you have any knowledge of any photographs, plats, diagrams, or objects indicating anything relevant to the issues of this case, please indicate which of the above, the date thereof, and the names and addresses of the persons who procured the same, and state the name and address of the person having possession of the same.

5. Identify each person, other than a person intended to be called as an expert witness at trial, having discoverable information that tends to support a position that you have taken or intend to take in this action, including any claim for damages, and state the subject matter of the information possessed by that person.

6. Identify each person whom you expect to call as an expert witness at trial, state the subject matter on which the expert is expected to testify, state the substance of the findings and opinions to which the expert is expected to testify and a summary of the grounds for each opinion, and attach to your answers any written report made by the expert concerning those findings and opinions.

7. If you intend to rely upon any documents or other tangible things to support a position that you have taken or intend to take in the action, including any claim for damages, provide a brief description, by category and location, of all such documents and other tangible things, and identify all persons having possession, custody, or control of them.

8. Itemize and show how you calculate any economic damages claimed by you in this

action, and describe any non-economic damages claimed.

9. If you contend that any party to this action caused or contributed to the occurrence, state concisely the facts on which you rely.

10. State the substance of all discussions concerning the occurrence that you or others in your presence had with any party to this case. State when and where each discussion took place and identify all persons who were present.

11. Identify fully the propane heater referenced in your Complaint by brand name, model, serial number, dimensions and composition of product.

12. State when and from whom plaintiff's insured purchased the propane heater referenced in your Complaint, together with the intended use and purpose for this purchase.

13. State the exact date and who installed the propane heater at the premises of Smullens Salvage and Towing referenced in your Complaint.

14. Describe all warranties or representations, whether express or implied, on which plaintiff's insured relied in purchasing or using the product.

15. State what, if any, representations were made to your insured at the time the propane heater was installed.

16. State whether your insured received any training, instructions, or warnings, with respect to the operation and use of the product, and if so, please state in full detail the nature, date, contents and source of such information, and whether the same was in written or oral form.

17. State whether prior to or subsequent to the occurrence your insured has made any other claims for losses or damages they incurred.

18. If at any time prior to the incident alleged in your Complaint, this propane heater was involved in any other incident causing injury or damage, please describe the said incident in

4

full and complete detail, giving the date, place, time, and circumstances and each person involved, identifying the persons involved by full name and address.

                                    LAW OFFICES OF MAHER & ASSOCIATES

                                    /s/ Patricia M. Maher_____
                                  Patricia M. Maher, Bar No. 22987
                                  502 Washington Avenue
                                  Suite 410 - Nottingham Centre
                                  Towson, MD  21204
                                  410-769-8100
                                  Attorney for Third-Party Defendant
                                      Sharp Energy, Inc.