IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | |
| EMPIRE COMFORT SYSTEMS, INC. | * | Civil Action: WMN 03 CV 178 |
| Defendant | * | |

* * * * * * * * * * *

| | | |
|---|---|---|
| EMPIRE COMFORT SYSTEMS, INC. | * | |
| Third-Party Plaintiff | * | |
| v. | * | |
| SHARP ENERGY, INC. | * | |
| Third-Party Defendant | * | |

* * * * * * * * * * * * * * * * * * *

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of July, 2003, a copy of the **Interrogatories and Request for Production of Documents propounded to the third-party plaintiff** was mailed electronically mailed to:

>Thomas M. Wood, IV, Esquire
>Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
>One South Street
>27th Floor
>Baltimore, MD 21202
>Attorney for Plaintiff

Paul Bartolacci, Esquire
Cozen & O'Connor
1900 Market Street
The Atrium
Philadelphia, PA  19103
Attorney for Plaintiff

James A. Rothschild, Esquire
Anderson, Coe & King, LLP
201 North Charles Street
Suite 200
Baltimore, MD  21201
Attorney for Defendant/Third-Party Plaintiff

        LAW OFFICES OF MAHER & ASSOCIATES


        /s/ Patricia M. Maher
        Patricia M. Maher, Bar No. 22987
        502 Washington Avenue
        Suite 410 - Nottingham Centre
        Towson, MD  21204
        410-769-8100
        Attorney for Third-Party Defendant