IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | |
| EMPIRE COMFORT SYSTEMS, INC. | * | Civil Action: WMN 03 CV 178 |
| Defendant | * | |

* * * * * * * * * * *

| | | |
|---|---|---|
| EMPIRE COMFORT SYSTEMS, INC. | * | |
| Third-Party Plaintiff | * | |
| v. | * | |
| SHARP ENERGY, INC. | * | |
| Third-Party Defendant | * | |

* * * * * * * * * * * * * * * * * * *

### **INTERROGATORIES**

**TO:** **Empire Comfort Systems, Inc. Third-Party Plaintiff**

**FROM:** **Sharp Energy, Inc., Third-Party Defendant**

*Introduction*

You are requested to respond to the following interrogatories propounded pursuant to the Rules of this Court, within 30 days after service of the Interrogatories. Each interrogatory shall be answered separately and fully in writing under oath, or shall state fully the grounds for refusal to answer any interrogatory. Each answer shall include all information available to the answering party directly or through agents, representatives or attorneys. The answers shall be signed by the

answering party.

## *Definitions*

In these interrogatories, the following definitions apply:

(a) Document includes a writing, drawing, graph, chart, photograph, recording, and other data compilation from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form.

(b) Identify, identity, or identification, (1) when used in reference to a natural person means that person's full name, last known address, home and business telephone numbers, and present occupation or business affiliation; (2) when used in reference to a person other than a natural person (that is, whether it is a corporation, partnership, etc., under the definition of person below), and the person's last known address, telephone number, and principal place of business; (3) when used in reference to any person, after the person has been properly identified previously means the person's name; and (4) when used in reference to a document, requires you to state the date, the author (or, if different, the signer or signers), the addressee, and the type of document (e.g. letter, memorandum, telegram, chart, etc.) or to attach an accurate copy of the document to your answer, appropriately labeled to correspond to the interrogatory.

(c) Person includes an individual, general or limited partnership, joint stock company, unincorporated association or society, municipal or other corporation, incorporated association, limited liability partnership, limited liability company, the State, an agency or political subdivision of the State, a court, and any other governmental entity.

(d) The term occurrence, unless otherwise indicated, means the collision or other event complained of in the pleadings.

(e) The term possession includes possession, custody, or control.

## *INTERROGATORIES*

1. Please state the name, and title of the person providing these answers on behalf of

the plaintiff.

2. State the names and addresses of all eyewitnesses to all or part of the occurrence and

the location of each at the time of the accident and all persons who arrived at the scene within

one (1) of the occurrence and the names and addresses of all persons who investigated the cause and circumstances of the occurrence for the plaintiff.

    3.    State the names and addresses of all persons who have given you verbal statements and from whom you have statements either written or recorded, the dates of such statements, and if in either written or recorded form, the names and addresses of the persons who have custody or possession of such written or recorded statements.

    4.    If you have any knowledge of any photographs, plats, diagrams, or objects indicating anything relevant to the issues of this case, please indicate which of the above, the date thereof, and the names and addresses of the persons who procured the same, and state the name and address of the person having possession of the same.

    5.    Identify each person, other than a person intended to be called as an expert witness at trial, having discoverable information that tends to support a position that you have taken or intend to take in this action, including any claim for damages, and state the subject matter of the information possessed by that person.

    6.    Identify each person whom you expect to call as an expert witness at trial, state the subject matter on which the expert is expected to testify, state the substance of the findings and opinions to which the expert is expected to testify and a summary of the grounds for each opinion, and attach to your answers any written report made by the expert concerning those findings and opinions.

    7.    Give a concise statement of the facts as to how the third-party plaintiff contends the occurrence took place.

    8.    Please state the nature and type of documents which your company possesses which

relate in any way to the product which plaintiff alleges caused the injuries and/or damages.

9. Did your company make any warranty, either express or implied, to the plaintiff's insured and/or the party propounding these interrogatories? If so, please state the exact nature of said warranty.

10. State in full and complete detail all facts which you contend show or tend to show that this third-party defendant was negligent.

11. Please set forth in detail all statements, instructions, warnings, descriptions, brochures and other writings which accompanied the product or appeared on its packaging when sold and if possible, attach copies hereto.

12. Please set forth in detail all warnings or specific instructions for use or handling which you issued in connection with the product.

13. Please set forth all claims and/or lawsuits brought against you with reference to this particular model propane heater for five years prior to or subsequent to the occurrence alleged in plaintiff's Complaint, in which injuries and/or damages were sustained. If so, please set forth the full and complete detail of each and every claim and/or lawsuit, including persons involved and their addresses.

14. State when plaintiff's insured purchased the propane heater referenced in the Complaint from you.

15. State whether this propane heater, when sold, with any training, instructions, brochures and/or warnings, with respect to the operation and use of the product, and if so, please state in full detail the nature, date, contents and source of such information, and whether the same was in written or oral form.

                                        LAW OFFICES OF MAHER & ASSOCIATES

                                        <u>/s/ Patricia M. Maher</u>
                                        Patricia M. Maher, Bar No. 22987
                                        502 Washington Avenue
                                        Suite 410 - Nottingham Centre
                                        Towson, MD  21204
                                        410-769-8100
                                        Attorney for Third-Party Defendant
                                              Sharp Energy, Inc.