**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY,<br>As subrogee of SMULLENS SALVAGE<br>AND TOWING, | * | |
| Plaintiff, | * | |
| v. | * | |
| EMPIRE COMFORT SYSTEMS, INC. | * | Civil Action No. WMN 03 CV 178 |
| Defendant and Third-Party<br>Plaintiff, | * | |
| | * | |
| v. | * | |
| SHARP ENERGY, INC. | * | |
| Third-Party Defendant. | * | |

\* \* \* \* \* \* \*

## ANSWER OF EMPIRE COMFORT SYSTEMS, INC. TO CROSS-CLAIM

Empire Comfort Systems, Inc., by its counsel James A. Rothschild and Anderson, Coe and King, LLP, hereby answers the Cross-Claim brought against it by Sharp Energy, Inc., as follows:

1. Empire Comfort Systems, Inc. ("Empire") admits the allegations contained in paragraph number 1.

2. Empire admits the allegations contained in paragraph number 2.

3. Empire admits the allegations contained in paragraph number 3.

4. Empire admits the allegations contained in paragraph number 4.

5. Empire admits the allegations contained in paragraph number 5.

6. Empire admits the allegations contained in paragraph number 6.

7. Empire admits the allegations contained in paragraph number 7.

8. Empire admits the allegations contained in paragraph number 8.

9. Empire admits the allegations contained in paragraph number 9.

10. Empire admits the allegations contained in paragraph number 10.

11. Empire denies the allegations contained in paragraph Number 11.

12. Empire incorporates by reference, as a fully set forth herein, its answers to paragraphs 1 through 11.

13. Empire denies the allegations contained in paragraph number 13.

14. Empire denies the allegation contained in paragraph number 14.

15. Empire denies the allegations contained in paragraph number 15.

WHEREFORE, it is respectively requested that the Cross-Claim of Sharp be dismissed.

/s/_____
James A. Rothschild
Anderson, Coe & King, L.L.P.
201 North Charles Street, Suite 200
Baltimore, Maryland 21201
(410) 752-1630

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this    7th    day of August, 2003, a copy of the foregoing Answer to Cross-Claim was electronically mailed and/or mailed, first class mail, postage prepaid, to:

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202

Paul Bartolacci, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103
215 665-2001
fax (215) 665-2013


/s/_____
James A. Rothschild