IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, as subrogee of SMULLENS SALVAGE AND TOWING | : : : : | CIVIL ACTION NO. WMN 03 CV 178 |
| Plaintiff | : : | |
| v. | : : | |
| EMPIRE COMFORT SYSTEMS | : : | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff | : : | |
| v. | : : | |
| SHARP ENERGY, INC. | : : | |
| Third-Party Defendant | : : | |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES plaintiff, Selective Insurance Company, as subrogee of Smullens Salvage and Towing, and hereby moves this Court for an Order granting it leave to file an amended complaint adding BSH Electrodomesticos Espana, S.A. ("BSH") as a defendant to this action. Plaintiff respectfully represents that good cause exists for this motion, as is more particularly set forth in the Memorandum of Law in support of this motion, which is incorporated herein by reference. Plaintiff also represents that it has conferred with defendant/third-party plaintiff, Empire Comfort Systems, and third-party defendant, Sharp Energy, Inc., and both parties

consent to this motion and the addition of BSH as an additional defendant.

        Respectfully submitted,

        _____s/ Georgia S. Foerstner_____
        PAUL R. BARTOLACCI, ESQUIRE
        GEORGIA S. FOERSTNER, ESQUIRE
        COZEN O'CONNOR
        1900 Market Street
        Philadelphia, PA 19103
        (215) 665-2000

        and

        THOMAS A. WOOD, IV, ESQUIRE
        NEUBERGER, QUINN, GIELEN,
        RUBIN & GIBBER, P.A.
        One South Street
        27th Floor
        Baltimore, MD 21202
        (410) 332-8523

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on August 14, 2003, a copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              s/ Georgia S. Foerstner
                                  GEORGIA S. FOERSTNER, ESQUIRE
                                  COZEN O'CONNOR
                                  1900 Market Street
                                  Philadelphia, PA 19103
                                  (215) 665-2000