**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, | : | |
| as subrogee of SMULLENS SALVAGE | : | |
| AND TOWING | : | CIVIL ACTION NO. |
| | : | WMN 03 CV 178 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| EMPIRE COMFORT SYSTEMS | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SHARP ENERGY, INC. | : | |
| | : | |
| Third-Party Defendant | : | |
| | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

   This case arises from a fire that occurred on or about November 1, 2000 and damaged the real and business property of plaintiff's insured, Smullens Salvage and Towing. (See Plaintiff's Complaint.) Plaintiff's investigation of the fire indicates that the fire originated at and was caused by a gas fueled, unvented room heater that was designed, manufactured and/or sold by Empire Comfort Systems. (Complaint, pp. 2-3.) Attached as Exhibit "A" is an Installation and Owner's Guide pertaining to the subject heater, which indicates that the heater is an "Empire Comfort Systems" heater. Empire Comfort Systems also has a website on which it represents itself as the manufacturer of the subject heater. (See website information attached as Exhibit "B".)

   Based upon plaintiff's understanding, from the installation guide and website, that Empire was the manufacturer of the subject heater, plaintiff filed a Complaint on January 21,

2003, naming Empire Comfort Systems only, as a defendant. Plaintiff's Complaint asserts claims for negligence, strict liability, misrepresentation and breach of warranty against Empire as the designer, manufacturer and seller of the heater.

On June 26, 2003, Empire was granted leave to amend its Answer to assert the "sealed container" defense. While plaintiff does not believe that this defense applies to Empire in this case, it is clear from the amendment that Empire intends to try to avoid liability under the sealed container statute as a mere seller, and not the manufacturer, of the heater. It is anticipated that Empire will argue that a company named BSH Electrodomesticos Espana, S.A. ("BSH") is the manufacturer of the heater. BSH is a Spanish company formerly known as BYSE or Safel. Empire has produced certain documents in response to plaintiff's discovery responses, which raise an issue as to whether Empire, BSH, or both, designed, manufactured and sold the subject heater. Attached as Exhibit "C" is a document that was submitted by Safel and Empire to the American Gas Association pertaining to the subject heater. This document lists both Safel, n/k/a BSH, and Empire as the manufacturer. (See Exhibit "C".)

Thus, there exists a question as to whether Empire, BSH or both are the designers, manufacturers and sellers of the subject heater, and whether Empire is entitled to the protections of the sealed container defense. In order for plaintiff to protect its rights and claims against the proper parties, it is necessary for plaintiff to add BSH as a party defendant to this action. BSH is subject to this Court's jurisdiction and will not destroy diversity in this case. Moreover, the addition of BSH will not unnecessarily delay this action as counsel for Empire has indicated that he will likely be representing both Empire and BSH. (See e-mail from James Rothschild, Esq. to Paul R. Bartolacci, Esq., dated August 11, 2003, attached as Exhibit "D".)

Based upon the foregoing, plaintiff respectfully requests leave to file an Amended Complaint adding BSH, formerly Safel, as a defendant to this action. A copy of the proposed

Amended Complaint is attached hereto as Exhibit "E". Fed. R.Civ. P. 15(a) provides that leave to amend pleadings "shall be freely given when justice so requires." Moreover, both Empire and Sharp Energy consent to this motion and the addition of BSH as a defendant.

For all of the foregoing reasons, and good cause shown, plaintiff respectfully requests that this Court grant it leave to file the attached Amended Complaint.

Respectfully submitted,

_____s/ Georgia S. Foerstner_____
PAUL R. BARTOLACCI, ESQUIRE
GEORGIA S. FOERSTNER, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

and

THOMAS A. WOOD, IV, ESQUIRE
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202
(410) 332-8523

Attorneys for Plaintiffs