

# INSTALLATION AND OWNER'S GUIDE

EFFECTIVE DATE   JUNE 1990

**EMPIRE corcho**
UNVENTED
ROOM HEATER
Model CH-18-1 and CH-30-1

**INSTALLER MUST LEAVE INSTRUCTIONS WITH THE OWNER AFTER INSTALLATION**
IMPORTANT: Installer must have owner fill out and mail warranty card supplied with Heater



**GENERAL INFORMATION**

This series is design certified by the American Gas Association Laboratories as an Unvented Circulator, wall mounted, and must be installed according to these instructions.

ANY ALTERATION OF THE ORIGINAL DESIGN, INSTALLED OTHER THAN AS SHOWN IN THESE INSTRUCTIONS OR USE WITH A TYPE OF GAS NOT SHOWN ON THE RATING PLATE IS THE RESPONSIBILITY OF THE PERSON AND COMPANY MAKING THE CHANGE.



**THIS IS A HEATING APPLIANCE**
ANY SAFETY SCREEN OR GUARD REMOVED FOR SERVICING AN APPLIANCE MUST BE REPLACED PRIOR TO OPERATING THE APPLIANCE.

**QUALIFIED INSTALLING AGENCY**

The installation must conform to local codes. In the absence of local codes, the installation must conform with American National Standard (National Fuel Gas Code) known as NFPA 54 and ANSI Z223.1-1988*or latest edition

*  Available from the American National Standards Institute, Inc., 1430 Broadway, New York, N.Y. 10018, or from the National Fire Protection Association. Batterymarch Park, Quincy, MA 02269.

All correspondence should refer to Model No., Serial No. and type of gas.

---

*Unvented room heaters shall not be installed in sleeping quarters.*

*Due to high temperatures. the appliance should be located out of traffic and away from furniture and draperies.*

*Children and adults should be alerted to the hazard of high surface temperature and should be kept away to avoid burns or clothing ignition.*

*Young children should be carefully supervised when they are in the same room with the appliance.*

*Do not place clothing or other flammable material on or near appliance.*

*INSTALLATION AND REPAIR SHOULD BE DONE BY A QUALIFIED SERVICE PERSON. The appliance should be inspected before use and at least annually by a professional service person. More frequent cleaning may be required due to excessive lint from carpeting, bedding material, etc. It is imperative that control compartments, burners, and circulating air passageways of the appliance be kept clean.*

---

**FOR YOUR SAFETY**
**WHAT TO DO IF YOU SMELL GAS**

- Do not try to light any appliance.
- Do not touch any electrical switch; do not use any phone in your building.
- Immediately call your gas supplier from a neighbor's phone. Follow the gas supplier's instructions.
- If you cannot reach your gas supplier, call the fire department.

---

**FOR YOUR SAFETY**

Do not store or use gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance.

---

**WARNING:** Improper installation, adjustment, alteration, service or maintenance can cause injury or property damage. Refer to this manual. For assistance or additional information consult a qualified installer, service agency or the gas supplier.

---

| W A R N I N G | Any change to this heater or its controls can be dangerous. |
|---|---|
| | For proper ventilation provide a minimum fresh air opening of one |

## CONTENTS

WARNING ............................................................................. 2

CLEARANCES ...................................................................... 3

INSTALLATION .................................................................... 3,4

GAS SUPPLY ....................................................................... 5

HEATER MAINTENANCE ................................................... 5,6

OPERATING INSTRUCTIONS ............................................. 6

OPTIONAL BLOWER ASSEMBLY INSTALLATION INSTRUCTIONS .. 7,8

OPTIONAL FLOOR STAND INSTALLATION INSTRUCTIONS ............ 9

HOW TO ORDER REPAIR PARTS ..................................... 10, 11, 12

# WARNING

This heater has a pilot light safety system that turns off the heater if not enough fresh air is available.

When used without fresh air, this heater may give off CARBON MONOXIDE, an odorless, poisoneous gas. Open a window an inch or two for fresh air.

Carbon monoxide poisoning may lead to death. Early signs of carbon monoxide poisoning resemble the flue, with headache, dizziness and/or nausea. If you have these signs, the heater may not be working properly. Get fresh air at once, and have the heater serviced.

Some people such as pregnant women, persons with heart or lung disease, anemia, those under the influence of alcohol, those at high altitudes are more affected by carbon monoxide than others.

The pilot light safety section on this unit does not sense the presence of carbon monoxide. It senses the depletion of the oxygen supply used in the combustion process. Combustion of gas with a depleted oxygen supply is one source of carbon monoxide.

This pilot light safety switch senses the depletion of oxygen at its location. if this heater is installed in a structure having a high vertical dimension, the possibility exists that the oxygen supply at the higher levels will be less than that at the heater. In this type of application, a fan to circulate the structure air will minimize this effect. The use of this fan will also improve the comfort level in the structure. When a fan is used to circulate air, it should be located so that the air flow is not directed at the burner.

Do not tamper with this safety system. If the heater shuts off, do not re-light until you provide fresh air.

If the heater keeps shutting off, have it serviced. Keep the burner and control compartment clean.

**CLEARANCES**

Provide adequate clearance around air openings.

Provide for an adequate combustion and ventilation air supply.

Accessibility provisions must be provided for servicing.

**WALL MOUNT**

The heater must be installed no less than 2" above the top surface of carpeting, tile, or other floor covering. When facing the front of the heater, clearance from combustibles must be a minimum of 13" from the left, 13" from the right, 36" from the top, and 2" from the bottom. The opening for combustion air located at the bottom of the heater must not be obstructed. It must be free of obstacles.



**MINIMUM CLEARANCES TO COMBUSTIBLES**

Note: When using floor carpeting, the 2" clearance between the heater and this carpeting should be measured from the top of the carpeting fiber threads to the bottom of the unit.

A)  **As a floor mounted unit.**

Locate the floor stand on the floor. Screw in elbow A and B with sealing tape as shown in Figure 1.
If this appliance is installed directly on carpeting, tile, or other combustible material, other than wood flooring, the appliance shall be installed on a metal or a wood panel extending the full width and depth of the appliance.

The base referred to above does not mean the fire-proof base as used on wood stoves. The protection is for rugs that are extremely thick and light-colored tile which may discolor.



FIGURE 1

B) **As a wall mounted unit.**

**IMPORTANT:** Before installing this heater, make sure that a wall stud is located in the center of the unit. This wall stud will give better support to the unit. See the following instructions to place the "C" angle to the wall stud:

— Select the elbow position as indicated in Figure 2 - 1

— Drill two (2) 5/16" holes according to the dimensions shown on the upper corner of Figure 2 - 1

— Drill another 5/16" hole on the wall stud for the "C" angle as shown in Figure 2 - 2

— Screw in the three (3) plastic expansion anchors furnished with the unit, as shown in Figure 2 - 1

— Screw in the furnished screws through the anchors as shown in Figure 2 - 1

— Connect the gas line.



FIGURE 2 - 1

FIGURE 2 - 2

## GAS SUPPLY

The gas supply must comply with, codes, or in their absence, the installation must be in accordance with American National Standard (National Fuel Gas Code) NFPA 54, also known as ANSI Z223, 1-1988 or latest edition, available from the American Institute, Inc., 1430 Broadway, New York, New York, 10018, or the National Fire Protection Association, Batterymarch Park, Quincy, MA 02269.

A union must be provided directly at the gas inlet to the heater. A manual gas valve must be provided upstream of the union.

Use pipe compound resistant to LP on all pipe connections.

The appliance and its individual shutoff valve must be disconnected from the gas supply piping system during any pressure testing of that system at test pressures in excess of 1/2 psig. (3,45kPa).

The appliance must be isolated from the gas supply piping system by closing its individual manual shutoff valve during any pressure testing of the gas supply piping system at test pressures equal to or less than 1/2 psig. (3,45kPa).

The appliance area should be kept clear and free from combustible material, gasoline, and other flammable vapors and liquids.

The connectors must be checked and cleaned before assembling and then wrenched up tight for a gas tight connection. Apply soap solution to joints and watch for bubbles to check for gas leaks. DO NOT USE ANY EXPOSED FLAME TO CHECK FOR LEAKS.

## HEATER MAINTENANCE
## PERIODIC VISUAL CHECK

The burner must glow evenly over the entire surface when operating correctly. The pilot flame must burn with a clear blue flame. See fig. 3.

## HEATER SERVICE

To service heater, turn off gas supply and disconnect gas piping at union. Unscrew the two screws located in the lower front part of the unit. By sliding the panels upwards and toward the front, the functional elements of the unit are uncovered.

## BURNER

If this heater has an optional blower, disconnect the electrical connection before servicing the unit.

Periodic cleaning of the unit is required, dust the surface of the unit and vacuum clean burner surfaces and the control compartment.

Keep appliance area clear and free from combustible materials, gasoline and other flammable vapors and liquids.

If replacement of the burners is needed, loosen screws A and B, unscrew the tubing fittings C and disconnect the assembly, See fig. 4.



FIGURE 4



SATISFACTORY
Proper Burning          FIGURE 3



UNSATISFACTORY

## OXYGEN DEPLETION SENSOR PILOT SERVICING



FIGURE 5

When yellow tip flames are present, clean the ODS pilot by loosening nut B from the pilot tubing. When this procedure is required, grab the nut A with a open wrench.

Blow air pressure through the holes as indicated with arrows in figure 5. This will blow out foreign materials such as dust. Tighten nut B also by grabbing nut A.

Case 1:03-cv-00178-WMN   Document 31-2   Filed 08/14/2003   Page 6 of 6

# FOR YOUR SAFETY READ BEFORE LIGHTING

> **WARNING:** If you do not follow these instructions exactly, a fire or explosion may result causing property damage, personal injury or loss of life.

A. This appliance has a pilot which must be lighted by hand. When lighting the pilot, follow these instructions exactly.

B. BEFORE LIGHTING smell all around the appliance area for gas. Be sure to smell next to the floor because some gas is heavier than air and will settle on the floor.

WHAT TO DO IF YOU SMELL GAS:
- Do not try to light any appliance.
- Do not touch any electric switch; do not use any phone in your building.
- Immediately call your gas supplier from a neighbor's phone. Follow the gas supplier's instructions.
- If you cannot reach your gas supplier, call the fire department.

C. Use only your hand to push in or turn the gas control knob. Never use tools. If the knob will not push in or turn by hand, don't try to repair it, call a qualified service technician. Force or attempted repair may result in a fire or explosion.

D. Do not use this appliance if any part has been under water. Immediately call a qualified service technician to inspect the appliance and to replace any part of the control system and any gas control which has been under water.

## LIGHTING INSTRUCTIONS

Be sure gas supply to heater is on.

The control knob and piezo igniter button are located on top of the heater.

Stop! Read the safety instructions mentioned above. If this heater is equipped with a blower, disconnect the blower by turning off the electrical switch.

1. Depress control knob slightly and rotate ( ⤴ ) to «OFF» position. Do not force. WAIT 5 MINUTES BEFORE ATTEMPTING TO RE-LIGHT.
   If you smell gas, stop and proceed as indicated on the safety instructions mentioned above.

2. To light pilot, depress control knob slightly and rotate ( ⤴ ) to «P» position.

3. Depress control knob completely and, without releasing knob, press piezo igniter button repeatedly until pilot is lit. (If pilot will not light with piezo ignitor, use match). If necessary, remove front cover by removing 2 screws at the bottom.

4. Continue depressing control for 15 seconds after pilot is lit before releasing.
   - If knob does not pop up when released, stop and immediately call your service technician or gas supplier.

5. Pilot should remain lit.
   - If the pilot will not stay lit after several tries, turn the gas control knob to "OFF" and call your service technician or gas supplier.

6. Various heat settings can be selected by slightly depressing the control knob and rotating knob ( ⤴ ) to positions 1, 2 or 3 for the mod. CH-18-1 and CH-30-1.

7. CAUTION:
   When control knob has been rotated to desired setting, ensure control knob is locked into that setting and cannot be rotated without being depressed.
   If control knob is in mid-position, between settings, incomplete combustion will take place causing bad odor, and may produce carbon monoxide.

If this heater is equipped with a blower, connect if necessary.

### BURNER LIGHTING SEQUENCE

MOD. CH - 18-1

   

    



ELECTRODE — PILOT BURNER — THERMOCOUPLE

MOD. CH - 30-1

    

 

## TO TURN OFF GAS TO APPLIANCE

Depress control knob slightly and rotate ( ⤴ ) «OFF» position.

If this heater is equipped with a blower, d[isconnect...]