## ROOM HEATERS, INFRAREDS, & CONSTRUCTION HEATERS
### Electrical Description

Manufacturer  SAFEL (INELSA)/EMPIRE

Model No.  P-18/P-30 , Type of Appliance  CH-18/CH-30    EMPIRE COMFORT SYS.

### MOTOR

| | |
|---|---|
| Manufacturer | JAKEL MOTORS, INC. |
| Model No. | J238-062 |
| U.L. File No. | E48562 |
| Frame No. | J238 |
| Voltage/Phase/Cycle | 120V/single/60Hz |
| Current (Name Plate) | .37 amps |
|    F.L. AMPS | .37 amps |
|    L.R. AMPS | .37 amps |
| Horsepower | 1/450 h.p. at 1355 rpm |
| R.P.M. | 1355 |
| Winding Type | No. 29 copper |
| Temperature Rating | Class B |
| Service Factor | 1.0 |

### OVERLOAD PROTECTIVE DEVICE    N/A

Manufacturer

Model No.

U.L. File No.

### MOTOR CONTROLLER

Manufacturer

Model No.

Voltage

Current Rating
   F.L. AMPS
   L.R. AMPS

U.L. File No.

Location

*A_____ ASSOCIATION*
*LABORATORIES*
*8501 East Pleasant Valley Road*
*CLEVELAND, OHIO 44131*

NOV 1_ 1988

Checked by  Fischer
CLEVELAND, OHIO  44131

Form No. 61-Rev., Pg. 1
RLW/st, 6/15/83

EMPIRE 00060