## Bartolacci, Paul R.

| | |
|---|---|
| From: | Jim A. Rothschild [Rothschild@acklaw.com] |
| Sent: | Monday, August 11, 2003 4:32 PM |
| To: | Bartolacci, Paul R.; Jim A. Rothschild; patricia.maher@aig.com; tmw@nqgrg.com |
| Subject: | RE: Selective a/s/o Smullens |

Paul, I do not see why under any schedule you would need until February 2004
to disclose plaintiff's expert opinions. There is no reason why plaintiff's
expert disclosures cannot be made by October 1, 2003. You also have not
provided dates for depositions of the persons who have knowledge of the fire
and the damages. There is no reason these cannot go forward. I anticipate
I will be representing BYSE after they are served so discovery in the case
can move forward at this time. The schedule previously proposed certainly
would be appropriate for this case.


       Jim Rothschild


This message is for the personal and confidential use of the person to
whom it is addressed and may contain information that is legally
protected under the attorney-work product, attorney-client
communication, joint defense or other recognized privileges. If you have
received this e-mail in error or if you are not one of the addressees to
whom it was originally directed, your receipt of  this message is
unauthorized and no copying, retransmission or other use is authorized.
Please delete this message immediately.



-----Original Message-----
From: Bartolacci, Paul R. [mailto:PBartolacci@cozen.com]
Sent: Friday, August 08, 2003 11:54 AM
To: rothschild@acklaw.com; patricia.maher@aig.com; tmw@nqgrg.com
Subject: Selective a/s/o Smullens


 <<14LCJ01!.DOC>>    Fax to follow.


*******************************************

Notice: This communication, including attachments, may contain information
that is
confidential and protected by the attorney/client or other privileges.
It
constitutes
non-public information intended to be conveyed only to the designated
recipient(s).
If the reader or recipient of this communication is not the intended
recipient, an
employee or agent of the intended recipient who is responsible for
delivering it to
the intended recipient, or you believe that you have received this
communication in

1