```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

SELECTIVE INSURANCE CO.
                                :
v.                              : Civil Action No. WMN-03-178

EMPIRE COMFORT SYSTEMS, INC.

                            ORDER

Before the Court is Plaintiff's Motion For Leave to File Amended Complaint  Paper No 30   Plaintiff wants to add BSH Electrodomesticos Espana, S.A  as a defendant to this action  In its motion, Plaintiff states that it has conferred with Defendant Empire Comfort Systems and Third-Party Defendant Sharp Energy, Inc., and both parties consent to the motion  Accordingly, IT IS this 19th day of August, 2003, by the United States District Court for the District of Maryland, ORDERED:

1   That Plaintiff's Motion for Leave to File Amended Complaint  Paper No  30) is hereby GRANTED and the Amended Complaint is deemed filed as of the date of this Order; and

2.  That the Clerk of Court shall transmit copies of this Order to all counsel of record

                              _____/s/_____

                              William M. Nickerson
                              Senior United States District Judge