IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, as subrogee of SMULLENS SALVAGE AND TOWING | : : : : | |
| Plaintiff | : : | CIVIL ACTION NO. WMN 03 CV 178 |
| v. | : : | |
| EMPIRE COMFORT SYSTEMS | : : | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff | : : | |
| v. | : : | |
| SHARP ENERGY, INC. | : : | |
| Third-Party Defendant | : | |

**MOTION FOR EXTENSION OF SCHEDULING ORDER**

NOW COME the parties, plaintiff, Selective Insurance Company, as subrogee of Smullens Salvage and Towing, defendant/third-party plaintiff, Empire Comfort Systems and third-party defendant, Sharp Energy, Inc., and collectively move this Court for an Order extending the dates set forth in the Scheduling Order. The parties respectfully represent that good cause exists for this Motion as is more particularly set forth below.

1. This is a subrogation case involving a fire that occurred at the plaintiff's insured's salvage and towing company. Plaintiff alleges that a propane heater manufactured, designed and/or distributed by Empire Comfort Systems ("Empire) and/or BSH Electrodomesticos Espana, S.A. (BSH) caused the fire.

2. On June 26, 2003, Empire filed an amending complaint asserting the sealed container defense.

3. On June 26, 2003, Empire filed a third-party complaint joining Sharp Energy, Inc. as a third-party defendant.

4. On August 14, 2003, plaintiff filed a motion for leave to file an amended complaint in order to join BSH as a defendant to this action, which was granted by this Court.

5. Due to the addition of Sharp Energy and BSH to this action, the parties agree that additional time is needed to complete fact discovery and produce expert reports.

6. Therefore, the parties respectfully request that the Scheduling Order be revised as follows:

| | |
|---|---|
| Fact Discovery to be completed by | January 15, 2004 |
| Plaintiff's Rule 26(a)(2) Disclosure due | February 15, 2004 |
| Defendants' Rule 26(a)(2) Disclosure due | March 15, 2004 |
| Plaintiff's Rebuttal Expert Disclosure due | March 29, 2004 |
| Expert Depositions and Court status report due | May 3, 2004 |
| Requests for Admissions due | May 10, 2004 |
| Dispositive Pre-trial Motion Deadline | May 24, 2004 |

Respectfully submitted,

_____/s Georgia S. Foerstner_____
PAUL R. BARTOLACCI, ESQUIRE
GEORGIA S. FOERSTNER, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

*Attorneys for Plaintiff*

_____s/ James A. Rothschild_____
JAMES A. ROTHSCHILD, ESQUIRE
ANDERSON, COE & KING, LLP
201 North Charles Street
Suite 2000
Baltimore, MD  21201-4135
(410) 752-1630

*Attorneys for Defendant*
*Empire Comfort Systems*

|  |  |
|---|---|
| and<br>THOMAS A. WOOD, IV, ESQUIRE<br>NEUBERGER, QUINN, GIELEN,<br>RUBIN & GIBBER, P.A.<br>One South Street<br>27th Floor<br>Baltimore, MD 21202<br>(410) 332-8523<br><br>*Attorneys for Plaintiff* | \_\_\_\_\_s/ Patricia M. Maher_____<br>PATRICIA M. MAHER, ESQUIRE<br>502 Washington Avenue<br>Suite 410 – Nottingham Centre<br>Towson, MD   21204<br>(410) 769-8100<br><br>*Attorney for Defendant*<br>*Sharp Energy, Inc.* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2003, a copy of the foregoing Motion for Extension of Scheduling Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              s/ Georgia S. Foerstner
GEORGIA S. FOERSTNER, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-4740