# United States District Court

FOR THE DISTRICT OF MARYLAND

SELECTIVE INSURANCE COMPANY, as
subrogee of SMULLENS SALVAGE AND
TOWING

                  Plaintiff

      v.

EMPIRE COMFORT SYSTEM, et al

                  Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: WMN 03 CV 78

TO     BSH ELECTRODOMESTICOS ESPANA S.A
          Itaroa, 1
          Huarte-Pamplona
          ESPANA

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Paul R. Bartolacci, Esquire
    Cozen O'Connor
    1900 Market Street
    Philadelphia, PA 19103

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____Felicia C. Cannon_____                     _____8-27-03_____
CLERK OF COURTS                                                   DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of Summons and Complaint was made by me: | DATE |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

_____ declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service Fees is true and correct.

Executed on _____
Signature of Server

_____
Address of Server