## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, as subrogee of SMULLENS SALVAGE AND TOWING | : : : : | |
| | : | CIVIL ACTION NO. |
| | : | WMN 03 CV 178 |
| Plaintiff | : : | |
| v. | : : | |
| EMPIRE COMFORT SYSTEMS, et al. | : : | JURY TRIAL DEMANDED |
| Defendants and Third-Party Plaintiff | : : | |
| v. | : : | |
| | : | PLAINTIFF'S RULE 14(a) COMPLAINT |
| SHARP ENERGY, INC. | : : | AGAINST THIRD-PARTY DEFENDANT SHARP ENERGY, INC. |
| Third-Party Defendant | : : | |

   NOW COMES Plaintiff, Selective Insurance Company, as subrogee for Smullens Salvage and Towing, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 14(a), hereby asserts a direct claim against third-party defendant, Sharp Energy, Inc. for negligence. Plaintiff hereby incorporates its Amended Complaint, excluding Counts II, III and IV, and the Third-Party Complaint of Empire Comfort Systems against Sharp Energy, Inc., herein as though fully set forth.

   WHEREFORE, plaintiff requests judgment in its favor against defendants, Empire

Comfort Systems, Inc., BSH Electrodomesticos Espana S.A. and third-party defendant, Sharp Energy, Inc.

        Respectfully submitted,

        COZEN O'CONNOR


        BY: /s Paul R. Bartolacci
        PAUL R. BARTOLACCI
        1900 Market Street
        Philadelphia, PA 19103
        (215) 665-2001

           and

        Thomas M. Wood, Esquire
        Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
        One South Street
        27th Floor
        Baltimore, MD 21202
        410-332-6550

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on September 24, 2003, a copy of the foregoing Plaintiff's Rule 14(a) Complaint Against Third-Party Defendant Sharp Energy, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

          /s Paul R. Bartolacci
          PAUL R. BARTOLACCI
          Cozen O'Connor
          1900 Market Street
          Philadelphia, PA 19103
          (215) 665-2001