IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SELECTIVE INSURANCE COMPANY           *

    Plaintiff                                                      *

v.                                                                    *        Civil Action:  WMN 03 CV 178

EMPIRE COMFORT SYSTEMS, INC., ET AL *

    Defendants                                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ANSWER TO AMENDED COMPLAINT**

Sharp Energy, Inc., defendant, by undersigned counsel, answers the Amended Complaint of the plaintiffs as follows:

1. Defendant has insufficient information to admit or deny the allegations of paragraph 1, and so denies the same.

2. Defendant has insufficient information to admit or deny the allegations of paragraph 2, and so denies the same.

3. Defendant has insufficient information to admit or deny the allegations of paragraph 3, and so denies the same.

4. Defendant has insufficient information to admit or deny the allegations of paragraph 4, and so denies the same.

5. Defendant has insufficient information to admit or deny the allegations of paragraph 5, and so denies the same.

6. Defendant has insufficient information to admit or deny the allegations of paragraph 6, and so denies the same.

7. Admitted.

8. Admitted.

9. Defendant has insufficient information to admit or deny the allegations of paragraph 9, and so denies the same.

10. Defendant has insufficient information to admit or deny the allegations of paragraph 10, and so denies the same.

11. Defendant has insufficient information to admit or deny the allegations of paragraph 11, and so denies the same.

12. Denied.

13. Defendant has insufficient information to admit or deny the allegations of paragraph 13, and so denies the same.

14. Defendant has insufficient information to admit or deny the allegations of paragraph 14, and so denies the same.

15. Defendant incorporates all responses set forth in paragraphs 1 through 14 above as though same were fully set forth herein at length.

16. Denied.

17. Denied.

18 – 32 of Counts II, III and IV – No response required in accordance with plaintiff's Rule 14(a) Complaint against this defendant which " . . . incorporates its Amended Complaint, excluding Counts II, III and IV. . ."

## **Affirmative Defenses**

1. This defendant generally denies the allegations contained in the Amended Complaint.

2. The Amended Complaint fails to state a cause of action upon which relief may be

granted.

3. Plaintiff's causes of action are barred by the applicable statute of limitations.

4. Plaintiff's injuries and damages, if any, resulted in whole or in part by their own contributory negligence and other negligent acts and omissions attributable to the plaintiff.

5. Plaintiff's injuries and damages, if any, resulted from risks which were plainly known and voluntarily assumed.

6. Plaintiff's causes of action are barred in whole or in part by failure to mitigate damages.

7. Plaintiff's injuries and damages if any, were caused in whole or in part by individuals and/or entities over whom this third-party defendant had no control or right of control.

8. Plaintiff's claims are barred by estoppel, collateral estoppel, release, and accord and satisfaction.

WHEREFORE, defendant having fully answered the Amended Complaint, requests that the same be dismissed and that defendant be awarded costs including reasonable attorney's fees.

LAW OFFICES OF MAHER & ASSOCIATES

/s/ Patricia M. Maher
Patricia M. Maher, Bar No. 22987
502 Washington Avenue
Suite 410 - Nottingham Centre
Towson, MD  21204
410-769-8100
Attorney for Defendant Sharp Energy, Inc.

### REQUEST FOR JURY TRIAL

Defendant, Sharp Energy, Inc., by undersigned counsel, requests that the captioned matter be tried before a jury.

/s/ Patricia M. Maher_____
Patricia M. Maher

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6<u>th</u> day of October, 2003, a copy of the foregoing Answer to Amended Complaint was mailed electronically mailed to:

> Thomas M. Wood, IV, Esquire
> Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
> One South Street
> 27<u>th</u> Floor
> Baltimore, MD  21202
> Attorney for Plaintiff
>
> Paul Bartolacci, Esquire
> Cozen & O'Connor
> 1900 Market Street
> The Atrium
> Philadelphia, PA  19103
> Attorney for Plaintiff
>
> James A. Rothschild, Esquire
> Anderson, Coe & King, LLP
> 201 North Charles Street
> Suite 200
> Baltimore, MD  21201
> Attorney for Defendant Empire Comfort

/s/ Patricia M. Maher_____
Patricia M. Maher
