IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, | : | |
| as subrogee of SMULLENS SALVAGE | : | |
| AND TOWING | : | CIVIL ACTION NO. |
|                Plaintiff | : | WMN 03 CV 178 |
| | : | |
|          v. | : | |
| | : | |
| EMPIRE COMFORT SYSTEMS | : | |
| | : | JURY TRIAL DEMANDED |
|    Defendant/Third-Party Plaintiff | : | |
| | : | |
|          v. | : | |
| | : | |
| SHARP ENERGY, INC. | : | |
| | : | |
|       Third-Party Defendant | : | |

**MOTION FOR PROTECTIVE ORDER AND ORDER STAYING DISCOVERY**

      NOW COMES plaintiff, Selective Insurance Company, as subrogee of Smullens Salvage and Towing, by and through its undersigned counsel, and hereby moves this Honorable Court for an order preventing defendant Empire Comfort Systems from deposing certain fact witnesses on December 10 and 17, 2003, and staying discovery in this matter until the additional defendant, BSH Electrodomesticos Espana, S.A. (BSH) is served with plaintiff's Amended Complaint and is made a party to this action. Plaintiff respectfully submits that good cause exists for this motion and that it is not being interposed for purposes of delay, as is more fully set forth in the Memorandum of Law that is being filed contemporaneously with this motion in support thereof.

                              Respectfully submitted,

                              /s Paul R. Bartolacci
                              PAUL R. BARTOLACCI, ESQUIRE
                              GEORGIA S. FOERSTNER, ESQUIRE
                              COZEN O'CONNOR
                              1900 Market Street
                              Philadelphia, PA 19103
                              (215) 665-2000

and

THOMAS M. WOOD, IV, ESQUIRE
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202
(410) 332-8523
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2003, a copy of the foregoing Motion for Protective Order and Order Staying Discovery, Memorandum of Law in Support thereof and L.R. 104.7 Certification were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      s/ Paul R. Bartolacci
PAUL R. BARTOLACCI, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2001