December 1, 2003

*VIA FACSIMILE AND REGULAR MAIL*

**Paul R. Bartolacci**
Direct Phone 215.665.2001
Direct Fax    215.701.2001
pbartolacci@cozen.com

James A. Rothschild, Esquire
Anderson, Coe & King, LLP
201 North Charles Street
Suite 2000
Baltimore, MD 21201-4135

Re:   Selective Insurance Company a.s.o Smullens Salvage and Towing
      v. Empire Comfort Systems - Case No. WMN03 CV 178
      Our File No. 108703

Dear Mr. Rothschild:

  I am writing to address an issue that has arisen regarding service of plaintiff's Amended Complaint on BSH Electrodomesticos Espana, S.A. ("BSH") and its impact on discovery in this case. We have been advised that service of the Amended Complaint on BSH under The Hague Convention could take from six months to a year to perfect. You have previously indicated that even though your firm will represent BSH, along with Empire, in the litigation, you will not accept service of the Amended Complaint, and BSH will not waive service under Federal Rule 4(d). Therefore, although you have been pressing to complete discovery in this matter, it is clear that we will not be able to properly serve BSH and comply with the current discovery and expert disclosure deadlines set forth in the Scheduling Order.

  In light of the foregoing, the depositions that were tentatively scheduled for December 10 and 17, 2003 are canceled. Our client will not agree to engage in any additional depositions until BSH is made a party to the case and an entry of appearance is filed on its behalf. There is no guarantee that you will be representing BSH when it is added as a party (in fact, we see an obvious conflict with such representation given Empire's assertion of the sealed container defense) and, therefore, there is a risk that our witnesses will be redeposed after BSH is made a party to the action. In addition, given the defenses you have asserted, it is necessary for plaintiff to conduct discovery of BSH before our expert disclosures are made.

  Unless BSH is willing to waive service or is willing to authorize you to accept service on its behalf, we have no choice but to move the Court to stay discovery in this matter until service

James A. Rothschild, Esquire
December 1, 2003
Page 2

---

on BSH is perfected and issue a new Scheduling Order at that time. We do not believe that you and your clients can have it both ways -- on the one hand pushing discovery in the case, while at the same time refusing to expedite the appearance of a party you will allegedly represent in the litigation. We too would like to move this case forward and would hope that your soon to be client, BSH, will reconsider its position regarding service of the Amended Complaint.

Please feel free to contact me if you wish to discuss these issues further. I will be happy to participate in a conference call with counsel and the Court to discuss these issues if you so desire.

Very truly yours,

COZEN O'CONNOR


By:   Paul R. Bartolacci

cc:   Thomas Wood, Esq.
      Patricia Maher, Esq.

Phila1\1898895\1 108703.000