LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135

TELEPHONE: (410) 752-1630
FACSIMILE: (410) 752-0085

JAMES A. ROTHSCHILD
ROTHSCHILD@ACKLAW.COM

December 2, 2003

<u>**VIA FAX (215) 665-2013**</u>
Paul R. Bartolacci, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, Pennsylvania 19103-3508

  Re: *Selective Insurance Company, as subrogee*
    *of Smullens Salvage vs. Empire Comfort Systems*

Dear Mr. Bartolacci:

  I am writing in response to your letter dated December 1, 2003 in which you state that you are unilaterally canceled depositions scheduled for December 10 and December 17 of your witnesses. Your have no right to unilaterally cancel depositions. Your stated grounds for taking this action is to avoid the possibility of your witnesses having to be deposed twice. I have already agreed that any of your client witnesses, who have been deposed prior to BSH being brought in the case, will not again be deposed. Of course, if you had made BSH, who you were aware of, a party originally, this would not be an issue.

  I have been requesting the depositions of your witnesses, who were eyewitnesses to the fire, since April 2003. You have been delaying these depositions, and, except for the deposition of William Smullens, they have not yet been taken. Now that they have been finally scheduled, after much effort, you seek to cancel the depositions. It appears that the real issue here is that your client does not want these witnesses to be deposed. The fact discovery deadline in this case is currently January 15, 2004.

  Enclosed is a deposition notice for Randy Moore for December 10, 2003 at my office. Enclosed also is a deposition notice for Grace Smullens for December 17, 2003 at

Paul R. Bartolacci, Esquire
December 2, 2003
Page 2

my office. I will be noting the depositions of Kenneth McLaughlin, as well as the depositions of eyewitnesses Nadine Cameron and Kenneth Cameron for January 2004. If any of these witnesses fail to appear, I will promptly move for sanctions against your client.

                                    Very truly yours,

                                    James A. Rothschild

JAR:mw

Enclosures

cc:    Patricia Maher, Esquire
       John Davis, Empire
       Gerhard Horstmann-Wilke

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SELECTIVE INSURANCE COMPANY,*
As subrogee of SMULLENS SALVAGE
AND TOWING,                         *

    Plaintiff,                  *     Civil Action No. WMN 03 CV 178

v.                                  *

EMPIRE COMFORT SYSTEMS, INC.  *

    Defendant and Third-Party   *
    Plaintiff,
                                    *
v.
                                    *
SHARP ENERGY, INC.
                                    *
    Third-Party Defendant.
                                    *

    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF DEPOSITION**

You are hereby notified that Empire Comfort Systems, Inc., defendant, desires, pursuant to the terms and provisions of the Maryland Rules, to take the deposition on oral examination of the following named person on the date and at the time indicated below, before a Notary Public, or any other Notary qualified to take depositions, at the law offices of Anderson, Coe & King, LLP, 201 N. Charles Street, Suite 2000, Baltimore, Maryland 21201-4135; said deposition to be continued from time to time until completed.

| | |
|---|---|
| Name: | Randy Moore<br>c/o Paul Bartolacci, Esquire<br>Cozen and O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Date and Time: | Wednesday, December 10, 2003 at 9:30 a.m. |

*/s/ James A. Rothschild*
James A. Rothschild
Anderson, Coe & King, L.L.P.
201 North Charles Street
Suite 200
Baltimore, Maryland 21201
(410) 752-1630
***Attorney for Empire Comfort Systems, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2003, a copy of the foregoing Notice of Deposition was electronically mailed and mailed postage prepaid, to:

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland 21202

Paul Bartolacci, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Patricia Maher, Esquire
502 Washington Avenue
Suite 410
Towson, Maryland 21204

_____
James A. Rothschild

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SELECTIVE INSURANCE COMPANY, *
As subrogee of SMULLENS SALVAGE
AND TOWING,                  *

    Plaintiff,           *    Civil Action No. WMN 03 CV 178

v.                           *

EMPIRE COMFORT SYSTEMS, INC. *

    Defendant and Third-Party  *
    Plaintiff,
                             *
v.
                             *
SHARP ENERGY, INC.
                             *
    Third-Party Defendant.
                             *

        *    *    *    *    *    *    *

## **NOTICE OF DEPOSITION**

You are hereby notified that Empire Comfort Systems, Inc., defendant, desires, pursuant to the terms and provisions of the Maryland Rules, to take the deposition on oral examination of the following named person on the date and at the time indicated below, before a Notary Public, or any other Notary qualified to take depositions, at the law offices of Anderson, Coe & King, LLP, 201 N. Charles Street, Suite 2000, Baltimore, Maryland 21201-4135; said deposition to be continued from time to time until completed.

|  |  |
|---|---|
| Name: | Grace Smullens<br>c/o Paul Bartolacci, Esquire<br>Cozen and O'Connor<br>The Atrium<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Date and Time: | Wednesday, December 17, 2003 at 9:30 a.m. |

*[signature]*

James A. Rothschild
Anderson, Coe & King, L.L.P.
201 North Charles Street
Suite 200
Baltimore, Maryland 21201
(410) 752-1630
***Attorney for Empire Comfort Systems, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of December, 2003, a copy of the foregoing Notice of Deposition was electronically mailed and mailed postage prepaid, to:

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland 21202

Paul Bartolacci, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Patricia Maher, Esquire
502 Washington Avenue
Suite 410
Towson, Maryland 21204

*[signature]*
James A. Rothschild