**Paul R. Bartolacci**

Direct Phone 215.665.2001
Direct Fax    215.701.2001
PBARTOLACCI@COZEN.COM

December 3, 2003

**VIA FACSIMILE**

James A. Rothschild, Esquire
Anderson, Coe & King, LLP
201 North Charles Street
Suite 2000
Baltimore, MD  21201-4135

      Re:    Selective Insurance Company, as subrogee of
                 Smullen Salvage v. Empire Comfort Systems
                 Our File No. 108703

Dear Mr. Rothschild:

      I received your letter of December 2, 2003 along with the Notices of Deposition served after my letter of December 1, 2003.  As previously indicated, we will not be attending these depositions, nor will we produce witnesses for depositions on the dates you have selected.  The dates were preliminarily scheduled with the understanding that we would be able to make prompt service on BSH and have them participate in the ongoing discovery so as to be able to meet the discovery deadlines set by the Court.  Given the time frames we now understand will be necessary to perfect service on BSH, these depositions should not go forward.

      What continues to amaze me is that you represent that you have authority to act on behalf of BSH, make promises on its behalf and will eventually represent BSH; but nevertheless BSH will apparently not allow you to accept service of the Amended Complaint, nor will BSH waive the requirements of the Federal Rule 4(d) in an effort to move this matter along promptly.  All of these issues can be avoided if you will agree to accept service on behalf of BSH.

James A. Rothschild, Esquire
December 3, 2003
Page 2

---

      My client is not unwilling to produce the witnesses previously identified for depositions. We will do so when it is appropriate. (As to Mr. MacLaughlan, as our liability expert he is not subject to deposition until expert disclosures are completed and we cannot complete them without discovery from BSH.) We will not be "bullied" by your threat to seek sanctions against my client for not participating in depositions. We have given you ample notice that the depositions will not go forward and provided valid reasons for that decision. Should you engage a court reporter and incur costs to arrange, set up and appear at depositions which you know will not go forward, you and your client will do so at your own peril and expense.

      Since our clients obviously cannot agree on these issues, we will be filing a Motion with the Court for a Protective Order along with a Request to Stay Discovery pending the appearance of BSH as a defendant in the case.

      Very truly yours,

      COZEN O'CONNOR


      By:    Paul R. Bartolacci


PRB/pak

cc:    Patricia Maher, Esquire (via fax)
       Thomas M. Wood, IV, Esquire (via fax)

James A. Rothschild, Esquire
December 3, 2003
Page 3

PHILA1\1973837\1 108703.000