**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, as subrogee of SMULLENS SALVAGE AND TOWING | : : : | |
| Plaintiff | : : | CIVIL ACTION NO. WMN 03 CV 178 |
| v. | : : | |
| EMPIRE COMFORT SYSTEMS | : : | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff | : : | |
| v. | : : | |
| SHARP ENERGY, INC. | : : | |
| Third-Party Defendant | : | |

## L.R. 104.7 CERTIFICATION

      NOW COMES Paul R. Bartolacci, Esq., counsel for plaintiff in the within matter, and hereby certifies as follows:

      1.    I am a member of the law firm of Cozen O'Connor and represent plaintiff in the within matter.

      2.    A discovery dispute has arisen between the parties regarding the propriety of proceeding with fact witness depositions on December 10 and 17, 2003 and other discovery matters, due to the fact that BSH, an additional defendant to be joined in this action, has not yet been served with plaintiff's Amended Complaint and/or made an appearance in the action.

      3.    On December 3, 2003, James Rothschild, counsel for defendant Empire Comfort Systems, and I spoke to each other by telephone for twenty minutes and attempted to resolve the instant dispute, but were unable to do so.

4. Accordingly, I hereby certify that good faith efforts have been made by the parties to resolve the dispute before filing a discovery motion with the Court.

>Respectfully submitted,
>
>/s Paul R. Bartolacci
>PAUL R. BARTOLACCI, ESQUIRE
>GEORGIA S. FOERSTNER, ESQUIRE
>COZEN O'CONNOR
>1900 Market Street
>Philadelphia, PA 19103
>(215) 665-2000
>
>*Attorneys for Plaintiff*