**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, as subrogee of SMULLENS SALVAGE AND TOWING | : : : : | |
| Plaintiff | : : | CIVIL ACTION NO. WMN 03 CV 178 |
| v. | : : | |
| EMPIRE COMFORT SYSTEMS | : : : | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff | : : | |
| v. | : : | |
| SHARP ENERGY, INC. | : : | |
| Third-Party Defendant | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion for Protective Order and Order Staying Discovery and any opposition thereto, it is hereby ORDERED and DECREED that Plaintiff's motion is GRANTED, and the depositions scheduled for December 10 and 17, 2003 and all other discovery are postponed until such time that additional defendant BSH Electrodomesticos Espana, S.A. is served with plaintiff's Amended Complaint and has answered or otherwise moved in response thereto.

IT IS SO ORDERED.

BY THE COURT:

_____
, J.