|  |  |  |
|---|---|---|
| ATLANTA, GA | **COZEN AND O'CONNOR**<br>A PROFESSIONAL CORPORATION | NEW YORK, NY |
| CHARLOTTE, NC | THE ATRIUM<br>1900 MARKET STREET | NEWARK, NJ |
| CHERRY HILL, NJ | PHILADELPHIA, PA 19103 | SAN DIEGO, CA |
| ICAGO, IL | (215) 665-2000<br>(800) 523-2900 | SAN FRANCISCO, CA |
| DALLAS, TX | FACSIMILE<br>(215) 665-2013 | SEATTLE, WA |
|  | www.cozen.com | WEST CONSHOHOCKEN, PA |
| LOS ANGELES, CA |  | WILMINGTON, DE |

GEORGIA A. STANAITIS
DIRECT DIAL (215) 665-4740
DIRECT FAX (215) 701-2440
E-MAIL: GSTANAITIS@COZEN.CC

July 11, 2001

James A. Rothschild, Esquire
Anderson, Coe & King, LLP
Suite 2000
201 N. Charles Street
Baltimore, MD 21201-4135

    Re:    Smullens Salvage & Towing Company v. BYSE, et al
             Our File No.: 108703

Dear Mr. Rothschild:

Please be advised that I am assisting Paul Bartolacci in connection with the above-captioned matter. Pursuant to your request, enclosed are color copies of photographs of the fire scene and subject wall heater. I am also writing to provide you with our proposed inspection and testing protocol for the heater which is as follows:

1. Photograph evidence.

2. Take measurements of physical dimensions of evidence.

3. Remove tape from covered end of copper propane tubing. Keep heater upright.

4. Connect a regulated propane source, at a pressure of 11 inches water column, to the open end of the copper tubing to the heater.

5. Perform a leak test using a soapy water solution on accessible tubing, valves and fittings under the heater. Document propane leaks, if any.

6. Remove the front sheet metal casing from the heater.

7. Photograph interior components.

8. Apply propane gas to the open end of copper tubing.



James A. Rothschild, Esquire
July 11, 2001
Page 2

---

9. Document whether there is gas flow through the burner control valve.

10. Perform soapy water gas leak test on all gas components inside the sheet metal casing of the heater.

1  Document position of gas control valve shaft.

12. If possible, operate the heater and document performance.

13. Measure temperature of heater surfaces using non-contact infrared temperature sensor.

14. Preserve all component parts.

Please contact me at your earliest convenience to discuss the protocol and dates on which to conduct the inspection.

Thank you for your attention to this matter. I look forward to hearing from you.

Very truly yours,

COZEN AND O'CONNOR

BY: GEORGIA A. STANAITIS

GAS/lmj
Enclosures

cc: Paul R. Bartolacci, Esq.

PHILA1\1463429\1 108703.000