LAW OFFICES

## ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135

_____

TELEPHONE: (410) 752-1630
FACSIMILE:  (410) 752-0085

**JAMES A. ROTHSCHILD**
ROTHSCHILD@ACKLAW.COM

April 11, 2003

Thomas M. Wood, IV, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202

  *Re: Selective Insurance Company, as subrogee*
     *of Smullens Salvage vs. Empire Comfort Systems*

Dear Tom:

  I am writing to you about the outstanding discovery requests and the scheduling order.  I will need additional time to respond to Smullens' document requests and I assume you will need additional time to respond to Empire's interrogatories and document requests.  I suggest that we push the dates for those responses back to April 30, 2003.  I would like to take depositions of the fact witnesses you identify as having knowledge about this matter.  I am available the first part of May and most of June.  In connection with this, I think it would be prudent to request that the court extend all future dates in the scheduling order by 60 days.  If you are an agreement I will draft a joint motion for the court.  Please let me know.

            Very truly yours,

            James A. Rothschild

JAR:mw