LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135
_____

TELEPHONE: (410) 752-1630
FACSIMILE:  (410) 752-0085

JAMES A. ROTHSCHILD
ROTHSCHILD@ACKLAW.COM
_____

June 6, 2003


**VIA FAX 215-701-2440**
Georgia Foerstner, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, Pennsylvania  19103-3508

> Re:   *Selective Insurance Company, as subrogee*
> *of Smullens Salvage vs. Empire Comfort Systems*

Dear Georgia:

I had hoped to hear from you by now with dates for the depositions of the fact witnesses William and Grace Smullens and Dee and Kenneth Cameron.  As I had previously mentioned, I would like to take their depositions in June.  Please provide dates in the next five days.

I also am writing to bring to your attention deficiencies in Smullens' Interrogatory Answers.  In particular, Smullens has not adequately answered Interrogatory Nos. 5, 12, 13, 14, 15 and 16.  Smullens asserts it is not required to provide factual information supporting its claims until it has to provide expert reports.  There is no legal basis for this assertion.  Smullens made allegations in the complaint about the occurrence and asserted that the product was defective, and that the defendant breached a warranty, was strictly liable, was negligent and failed to provide adequate instruction about the product.  Under Rule 11, F. R. Civ. Proc., Smullens had to have evidentiary support for its allegations at the time the complaint was filed.  Rules 26(a)(5), (b)(1) and 33(b) require a party to fully answer interrogatories.  Defendant is entitled to know the evidentiary basis of Smullens' claims.  Smullens cannot refuse to provide such information contending that it need not be disclosed until expert reports are required.  Please provide supplemental answers to

Georgia Foerstner, Esquire
December 15, 2003
Page 2

these designated Interrogatories within the next seven days.  If they are not received I will have no choice but to take the matter up with the court.

            Very truly yours,


            James A. Rothschild

JAR:mw

cc: John Davis, Empire
   Gerhard Horstmann-Wilke