LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135

_____

TELEPHONE:  (410) 752-1630
FACSIMILE:   (410) 752-0085

**JAMES A. ROTHSCHILD**
ROTHSCHILD@ACKLAW.COM

August 1, 2003

**VIA FAX 215-701-2440**
Georgia Foerstner, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, Pennsylvania  19103-3508

>   Re:   *Selective Insurance Company, as subrogee*
>          *of Smullens Salvage vs. Empire Comfort Systems*

Dear Georgia:

We need to ask the court to modify the existing scheduling order.  I have talked with Patricia Maher and we think that the new scheduling order should start with a new plaintiff's expert disclosure date.  We suggest that the disclosure date should be October 1, 2003 and that all subsequent dates should be based on the time intervals in the existing scheduling order.  If you are in agreement with this proposal would you please draft a proposed order and e-mail it to counsel for review.  If you propose a different schedule, please let us know promptly.  I would like to begin taking fact discovery depositions in the beginning of September.  I would appreciate getting some dates from you for those persons you had previously identified who have knowledge of the fire and the damages.

Very truly yours,

James A. Rothschild

JAR:mw
cc:    Patricia Maher