

# INSTALLATION AND OWNER'S GUIDE

EFFECTIVE DATE    JUNE 1990

**EMPIRE corcho**
UNVENTED
ROOM HEATER
Model CH-18-1 and CH-30-1

**INSTALLER MUST LEAVE INSTRUCTIONS WITH THE OWNER AFTER INSTALLATION**

IMPORTANT: Installer must have owner fill out and mail warranty card supplied with Heater



**THIS IS A HEATING APPLIANCE**
ANY SAFETY SCREEN OR GUARD REMOVED FOR SERVICING AN APPLIANCE MUST BE REPLACED PRIOR TO OPERATING THE APPLIANCE.

*Unvented room heaters shall not be installed in sleeping quarters.*

*Due to high temperatures, the appliance should be located out of traffic and away from furniture and draperies.*

*Children and adults should be alerted to the hazard of high surface temperature and should be kept away to avoid burns or clothing ignition.*

*Young children should be carefully supervised when they are in the same room with the appliance.*

*Do not place clothing or other flammable material on or near appliance.*

*INSTALLATION AND REPAIR SHOULD BE DONE BY A QUALIFIED SERVICE PERSON. The appliance should be inspected before use and at least annually by a professional service person. More frequent cleaning may be required due to excessive lint from carpeting, bedding material, etc. It is imperative that control compartments, burners, and circulating air passageways of the appliance be kept clean.*

**FOR YOUR SAFETY**

Do not store or use gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance.

**GENERAL INFORMATION**

This series is design certified by the American Gas Association Laboratories as an Unvented Circulator, wall mounted, and must be installed according to these instructions.

ANY ALTERATION OF THE ORIGINAL DESIGN, INSTALLED OTHER THAN AS SHOWN IN THESE INSTRUCTIONS OR USE WITH A TYPE OF GAS NOT SHOWN ON THE RATING PLATE IS THE RESPONSIBILITY OF THE PERSON AND COMPANY MAKING THE CHANGE.



**QUALIFIED INSTALLING AGENCY**

The installation must conform to local codes. In the absence of local codes, the installation must conform with American National Standard (National Fuel Gas Code) known as NFPA 54 and ANSI Z223.1-1988*or latest edition.

* Available from the American National Standards Institute, Inc., 1430 Broadway, New York, N.Y. 10018, or from the National Fire Protection Association, Batterymarch Park, Quincy, MA 02269.

All correspondence should refer to Model No., Serial No., and type of gas.

**FOR YOUR SAFETY**
**WHAT TO DO IF YOU SMELL GAS**

- Do not try to light any appliance.
- Do not touch any electrical switch; do not use any phone in your building.
- Immediately call your gas supplier from a neighbor's phone. Follow the gas supplier's instructions.
- If you cannot reach your gas supplier, call the fire department.

**WARNING:** Improper installation, adjustment, alteration, service or maintenance can cause injury or property damage. Refer to this manual. For assistance or additional information consult a qualified installer, service agency or the gas supplier.

**W A R N I N G**

Any change to this heater or its controls can be dangerous.

For proper ventilation provide a minimum fresh air opening of one