

## About Us

- Home
- What's Hot
- About Us
- Venting Methods
- Space Heating
- Fireplace Products
- Outdoor Products
- F.A.Q.S
- Contact Us
- Dealer Locator

### Surround Yourself With Comfort

[Select Product ▼]

### Welcome to Empire Comfort Systems!

#### Company History

Family owned Empire Comfort Systems, Inc. was founded in 1932 by Edward Kaufman and Henry Bauer. Headquartered in Belleville, Illinois, just across the Mississippi River from St. Louis, Empire has manufactured gas-fired heating equipment since its origin, starting with floor furnaces only, a new concept of heating in 1932, invented and patented by Henry Bauer. However, during World War II, Empire strayed from the heating products and into manufacturing bomb casings or shells for the war effort. During this time, Empire employed 500 people, including 100 women, working three shifts per day. After the war, Empire went back to manufacturing gas-fired heating equipment.

As the times changed, so did the products that Empire manufactured. In the late 1940s and early 1950s, cooking stoves were produced for a short period of time. In the 1960s, Empire pioneered the direct-vent technology, concentrating on supplemental heating equipment, as well as heating products for recreational vehicles. During the "gas shortage" of the 1970s, RV heating was dropped, and the company introduced and sold a line of wood burning heaters. That endeavor was discontinued once gas was again plentiful. In the 1980s, Empire started offering a line of vent-free heaters, which remains strong today.

In 1985, the company name was changed from Empire Stove Company to Empire Comfort Systems, Inc. to reflect the line of business that Empire was moving towards.

And with the changing times, while continuing to manufacture heating products, Empire introduced in the 1990s a complete line of gas-fired log sets and fireplaces as well as outdoor leisure products. Many more exciting gas appliances are being introduced yearly with the Empire name and quality you have come to trust.

**Back to Top**

---

**A Letter from John Hart, President of Empire Comfort, Inc.**

For nearly seven decades, our family-owned company has been manufacturing high quality furnaces, heaters, hearth products and other gas appliances at our location in Belleville, Il., just outside of St. Louis. Throughout these years, we have expanded and grown into a half-million square foot manufacturing complex, encompassing buildings dating from 1863 to 1996.

Our mission is to be the leading provider of gas appliances while maintaining the highest standards of integrity, quality and customer service. You see these traits in every product Empire manufactures.

We invite you to take a few moments to browse through our web site. We hope you will find all of the information you need right here. If you have any questions or suggestions about any Empire appliance, please let us know.

Sincerely yours,

*[signature]*

John A. Hart
President and CEO

**Back to Top**

Home   What's Hot   About Us   Venting Methods
Space Heating   Fireplace Products   Outdoor Products   F.A.Q.S   Contact Us   Dealer Locator

Empire® Comfort Systems, Inc.
918 Freeburg Avenue Belleville, IL 62222-0529
TEL: 618.233.7420 or 800.851.3153
FAX: 618.233.7097 or 800.443.8648
Email: info@empirecomfort.com




Home

- Home
- What's Hot
- About Us
- Venting Methods
- Space Heating
- Fireplace Products
- Outdoor Products
- F.A.Q.S
- Contact Us
- Dealer Locator

## Surround Yourself With Comfort

Select Product ▼

| Space Heating | Fireplace Products | Outdoor Products |
|---|---|---|
| Empire's gas Space Heaters provide a cost efficient means of heating one room or a large area. Most models operate without electricity. | Empire's line of gas Fireplace Products will bring comfort and ambiance to that special room or addition. | Empire's line of Superb Outdoor Products is durable enough to withstand all types of outdoor conditions from the slopes of Mount Everest to your own backyard. |

Home   What's Hot   About Us   Venting Methods
Space Heating   Fireplace Products   Outdoor Products   F.A.Q.S   Contact Us   Dealer Locator
**Empire® Comfort Systems, Inc.**
918 Freeburg Avenue Belleville, IL 62222-0529
TEL: 618.233.7420 or 800.851.3153
FAX: 618.233.7097 or 800.443.8648
Email: info@empirecomfort.com

Site Created & Maintained by Brighton Interactive