### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

```
SELECTIVE INSURANCE COMPANY,      :
as subrogee of SMULLENS SALVAGE   :
AND TOWING                        :
                                  :
v.                                :   Civil Action WMN-03-178
                                  :
EMPIRE COMFORT SYSTEMS, INC.      :
                                  :
v.                                :
                                  :
SHARP ENERGY, INC.                :
                                  :
```

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 6th day of January, 2004, by the United States District Court for the District of Maryland, hereby ORDERED:

1.    That Plaintiff's Motion For Protective Order and Order Staying Discovery, Paper No. 40, is GRANTED; and

2.    That the Clerk of Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.


                         _____/s/_____
                         William M. Nickerson
                         Senior United States District Judge