IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, | : | |
| as subrogee of SMULLENS SALVAGE | : | |
| AND TOWING | : | CIVIL ACTION NO. |
| Plaintiff | : | WMN 03 CV 178 |
| | : | |
| v. | : | |
| | : | |
| EMPIRE COMFORT SYSTEMS | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant/Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| SHARP ENERGY, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

## STATUS REPORT

NOW COME plaintiff, Selective Insurance Company, defendants, Empire Comfort Systems and BSH Electrodomesticos Espana, S.A. and third-party defendant, Sharp Energy, Inc. and, pursuant to the Court's request, hereby submit the instant status report.

The Amended Complaint has been served on new party defendant BSH Electrodomesticos Espana, S.A. and on November 10, 2004, defendant BSH filed its Answer to the Amended Complaint. Therefore, the stay on discovery may be lifted and the parties propose the following new discovery schedule:

1. Fact Discovery to be completed by March 15, 2005;

2. Plaintiff to produce its expert reports by April 15, 2005;

3. Defendants/Third-Party Plaintiffs to produce expert reports by June 1, 2005;

4. Plaintiff's Rebuttal and Third-Party Defendant's expert reports due July 15, 2005;

5. Expert depositions to be commenced after the exchange of expert reports and to be completed by September 15, 2005.

| | |
|---|---|
| s/Georgia S. Foerstner | James A. Rothschild |
| PAUL R. BARTOLACCI, ESQUIRE | JAMES A. ROTHSCHILD, ESQUIRE |
| GEORGIA S. FOERSTNER, ESQUIRE | ANDERSON, COE & KING, LLP |
| COZEN O'CONNOR | 201 North Charles Street |
| 1900 Market Street | Suite 2000 |
| Philadelphia, PA 19103 | Baltimore, MD 21201-4135 |
| (215) 665-2000 | (410) 752-1630 |
| and | Attorneys for Defendants |
| THOMAS A. WOOD, IV, ESQUIRE | Empire Comfort Systems |
| NEUBERGER, QUINN, GIELEN, | and BSH Electrodomesticos Espana, S.A. |
| RUBIN & GIBBER, P.A. | |
| One South Street, 27th Floor | |
| Baltimore, MD 21202 | |
| (410) 332-8523 | |
| Attorneys for Plaintiffs | |
| Selective Insurance Company | |

    Patricia M. Maher
PATRICIA M. MAHER, ESQUIRE
502 Washington Avenue
Suite 410
Nottingham Centre
Towson, MD 21204
(410) 769-8100

Attorney for Third-Party Defendant
Sharp Energy, Inc.