## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY, * <br> As subrogee of SMULLENS SALVAGE <br> AND TOWING,   * | |
| Plaintiff   * | |
| v.   * | |
| EMPIRE COMFORT SYSTEMS, INC.,   * <br> et al., | Civil Action No. WMN 03 CV 178 |
| Defendants and Third-Party   * <br> Plaintiff, | |
| v.   * | |
| SHARP ENERGY, INC.   * | |
| Third-Party Defendant.   * | |

\*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO EXTEND
SCHEDULING ORDER FOR THIRTY DAYS.**

NOW COME the parties, Plaintiff, Selective Insurance Company, as subrogee of Smullens Salvage and Towing, Defendants, Empire and BSH Electrodomesticos Espana, S.A., and Third-Party Defendant, Sharp Energy, Inc., and hereby move this Court, for an order extending the discovery and expert disclosure deadlines in the Scheduling Order for an additional thirty (30) days. The parties respectfully submit that good cause exists for the requested extension and that it is not being interposed for purposes of delay. The fact discovery cut-off in this case is March 15, 2005. To date, the parties have completed written discovery and the depositions of four fact witnesses. The deposition of a fifth fact witness, scheduled to take place in February, needed to be rescheduled to next week due to an unexpected and unforeseen medical emergency on the day of his deposition. The parties presently have three additional fact

witnesses scheduled to be deposed on March 22 and 23, 2005, and the parties may need to conduct the deposition of defendant BSH, a Spanish company, in Spain.

Based upon the foregoing, the parties respectfully request a brief 30 day extension in order to complete fact discovery.

                                      Respectfully submitted,

| s/ Georgia S. Foerstner | s/ James A. Rothschild |
|---|---|
| GEORGIA S. FOERSTNER, ESQUIRE<br>PAUL R. BARTOLACCI, ESQUIRE<br>COZEN O'CONNOR<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2000<br><br>and<br><br>THOMAS A. WOOD, IV, ESQUIRE<br>NEUBERGER, QUINN, GIELEN,<br>RUBIN & GIBBER, P.A.<br>One South Street<br>27th Floor<br>Baltimore, MD 21202<br>(410) 332-8523<br><br>*Attorneys for Plaintiffs* | JAMES A. ROTHSCHILD, ESQUIRE<br>ANDERSON, COE & KING, L.L.P.<br>201 North Charles Street, Suite 2000<br>Baltimore, Maryland 21201<br>(410) 752-1630<br><br>*Attorneys for Defendants*<br>*Empire Comfort Systems, and BSH*<br>*Electrodomesticos Espana, S.A.*<br><br><br>s/Patricia M. Maher<br>PATRICIA M. MAHER, ESQUIRE<br>502 Washington Avenue<br>Suite 410- Nottingham Centre<br>Towson, MD 21204<br>(410) 769-8100<br><br>*Attorney for Third-Party Defendant*<br>*Sharp Energy, Inc.* |