**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY, <br> As subrogee of SMULLENS SALVAGE <br> AND TOWING, <br><br>    Plaintiff, <br><br> v. <br><br> EMPIRE COMFORT SYSTEMS, INC. <br><br>    Defendant and Third-Party <br>    Plaintiff, <br><br> v. <br><br> SHARP ENERGY, INC. <br><br>    Third-Party Defendant. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. <br>    WMN 03 CV 178 <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \*

## <u>CONSENT MOTION TO AMEND SCHEDULING ORDER</u>

Plaintiff Selective Insurance Company ("Selective"), as Subrogee of Smullens Salvage and Towing, and Defendants Empire Comfort Systems, Inc. ("Empire") and BSH Electrodomestic Espana, S.A. ("BSH"), and Defendant and Third- Party Defendant, Sharp Energy, Inc. ("Sharp Energy"), move this Court to Amend the current Scheduling Order. The grounds for this Motion are as follows:

1. This is a product liability case arising out of a fire at Smullens Salvage and Towing.

2. Deposition discovery was stayed until BSH was served and answered the Amended Complaint. In November, 2004, this Court approved a new discovery schedule.

3. On March 16, 2005, upon request by the parties, this Court extended all dates in the discovery schedule by 30 days.

4. The current Scheduling Order has no dates beyond discovery and provides no dates for requests for admission and dispositive motions.

5. Selective has made its expert disclosures. Empire and BSH request an additional 15 days to make their expert disclosures. Sharp Energy, Defendant and Third-Party Defendant, requests that its expert disclosures be made at the same time.

6. Accordingly, the Parties request the Court to enter the following Amended Scheduling Order:

| | |
|---|---|
| Defendants/Third-Party Plaintiffs Rule 26(a) (2) expert disclosures | July 15, 2005 |
| Plaintiff's rebuttal Rules 26(a) (2) and Third-Party Defendant's Rule 26(a) (2) disclosures | August 15, 2005 |
| Rule 26(e) (2) supplementation of disclosures and responses | September 1, 2005 |
| Discovery deadline and submission of status reports | October 15, 2005 |

- 3 -

Requests for admission                                              October 21, 2005

Dispositive motions                                                 November 15, 2005

                              Respectfully submitted,


_____//ss//_____                                    _____//ss//_____
Georgia S. Foerstner                                  James A. Rothschild, Bar No. 00624
Paul R. Bartolacci                                    ANDERSON, COE & KING, L.L.P.
COZEN O'CONNOR                                        201 North Charles Street, Suite 2000
1900 Market Street                                    Baltimore, Maryland  21201
Philadelphia, Pennsylvania  19103                     (410) 752-1630
(215) 665-4740

                                                      ***Attorney for Defendants Empire
        and                                              Comfort Systems, and BSH
                                                         Electrodomesticos Espana, S.A.***


_____//ss_____                                      _____//ss//_____
Thomas M. Wood, IV, Bar No. 00365                     Patricia Maher, Bar No. 22987
NEUBERGER, QUINN, GIELEN, RUBIN                       502 Washington Avenue
  & GIBBER, P.A.                                      Suite 410
One South Street                                      Towson, Maryland 21204
27th Floor                                            (410) 769-8100
Baltimore, Maryland  21202
(410) 332-8550
                                                      ***Attorney for Defendant and Third-Party
***Attorneys for Plaintiffs***                           Defendant Sharp Energy, Inc.***

Requests for admission                                              October 21, 2005

Dispositive motions                                                 November 15, 2005

Respectfully submitted,

_____//ss//_____
Georgia S. Foerstner
Paul R. Bartolacci
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania  19103
(215) 665-4740

and

_____//ss_____
Thomas M. Wood, IV, Bar No. 00365
NEUBERGER, QUINN, GIELEN, RUBIN
  & GIBBER, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202
(410) 332-8550

***Attorneys for Plaintiffs***

_____//ss//_____
James A. Rothschild, Bar No. 00624
ANDERSON, COE & KING, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, Maryland  21201
(410) 752-1630

***Attorney for Defendants Empire Comfort Systems, and BSH Electrodomesticos Espana, S.A.***

_____//ss//_____
Patricia Maher, Bar No. 22987
502 Washington Avenue
Suite 410
Towson, Maryland 21204
(410) 769-8100

***Attorney for Defendant and Third-Party Defendant Sharp Energy, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of June, 2005, a copy of the foregoing Consent Motion to Amend Scheduling Order was e-mailed to:

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202
tmw@nqgrg.com

Georgia A. Foerstner, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, PA  19103
gfoerstner@cozen.com

Patricia Maher, Esquire
502 Washington Avenue
Suite 410
Towson, Maryland 21204
Patricia.Maher@AIG.com

                     //ss//
             James A. Rothschild