IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SELECTIVE INSURANCE COMPANY,** As subrogee of SMULLENS SALVAGE AND TOWING, | * * | |
| Plaintiff | * | |
| v. | * | |
| **EMPIRE COMFORT SYSTEMS, INC.,** et al., | * | Civil Action No. WMN 03 CV 178 |
| Defendants and Third-Party Plaintiff, | * | |
| v. | * | |
| **SHARP ENERGY, INC.** | * | |
| Third-Party Defendant. | * | |

\* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND SCHEDULING ORDER
AND REQUEST FOR MEDIATION**

NOW COME the parties, Plaintiff, Selective Insurance Company, as subrogee of Smullens Salvage and Towing, Defendants, Empire and BSH Electrodomesticos Espana, S.A., and Third-Party Defendant, Sharp Energy, Inc., and hereby move this Court for an order extending the remaining deadlines in the Scheduling Order, *i.e.*, expert deposition deadline of October 15, 2005, request for admission deadline of October 21, 2005 and dispositive motion deadline of November 15, 2005, for an additional 90 days so that the parties may participate in a mediation on November 16, 2005. In an effort to try to resolve this matter prior to incurring the expenses associated with expert depositions, the parties have agreed to mediate this matter and are agreeable to having Magistrate Judge Paul Grimm act as their mediator. The representative of defendants BSH Electrodomesticos and Empire with authority to settle this matter resides in

Germany, but will be in the United States and available for mediation on November 16, 2005. The parties have agreed to conduct a mediation on that day and would like Magistrate Judge Paul Grimm to act as their mediator. In the event Judge Grimm is unavailable or unable to act as mediator, the parties are prepared to chose another mediator acceptable to all parties.

Wherefore, for good cause shown, the parties respectfully request that this Court extend the remaining dates in the Scheduling Order for 90 days so that the parties may conduct a mediation in late November, and request that this matter be referred to Magistrate Paul Grimm for mediation. In the event Judge Grimm is unable to act as mediator, the parties will chose another mediator acceptable to all parties.

Respectfully submitted,

    s/ Georgia S. Foerstner
GEORGIA S. FOERSTNER, ESQUIRE
PAUL R. BARTOLACCI, ESQUIRE
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

and

THOMAS A. WOOD, IV, ESQUIRE
NEUBERGER, QUINN, GIELEN,
RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, MD 21202
(410) 332-8523

*Attorneys for Plaintiffs*

    s/ James A. Rothschild
JAMES A. ROTHSCHILD, ESQUIRE
ANDERSON, COE & KING, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
(410) 752-1630

*Attorneys for Defendants*
 *Empire Comfort Systems, and BSH Electrodomesticos Espana, S.A.*

    s/Patricia M. Maher
PATRICIA M. MAHER, ESQUIRE
502 Washington Avenue
Suite 410- Nottingham Centre
Towson, MD 21204
(410) 769-8100

*Attorney for Third-Party Defendant Sharp Energy, Inc.*