UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

September 30, 2005

All Counsel

    Re:    Selective Insurance v. Empire Comfort, et al.
              Civil No. WMN-03-178

Dear Counsel:

    I have reviewed your Consent Motion to Extend Scheduling Order and Request for Mediation and hereby grant the extension.

    I will also refer the matter to a U.S. Magistrate Judge for mediation on November 16, 2005, if someone is available.

    Consistent with Court policy, I will submit an Order of Reference to the Chief Magistrate Judge, who will in turn assign the matter to whichever Magistrate Judge is next in line for assignment or is available, if a specific date is requested. You will thereafter be contacted by the Magistrate to whom the case is assigned.

                                         Sincerely,

                                         /s/
                                William M. Nickerson
                                Senior United States District Judge

Cc:    Court file