**ANDERSON | COE | KING**
ATTORNEYS AT LAW

JAMES A. ROTHSCHILD
DIRECT DIAL 443-573-9302
DIRECT FAX 410-752-0085
ROTHSCHILD@ACKLAW.COM

February 10, 2006

The Honorable Paul W. Grimm
United States Magistrate Judge
United States District Court of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re: *Selective the Insurance Company vs. Empire Comfort Systems*
         Civil Action No. WMN. -03-0178

Dear Judge Grimm:

    I am writing to inquire whether the starting time for the settlement conference scheduled for Thursday, February 24, 2006 can be changed to 10:30 a.m. The reason for this request is that the representative of my clients, Empire Comfort Systems and BSH, who will be attending the settlement conference, resides in New York. The extra hour from 9:30 a.m. to 10:30 a.m. will make it easier for him to travel from New York that morning.

    Thank you for your consideration of this matter.

                          Very truly yours,

                          James A. Rothschild

JAR:eaf

ANDERSON, COE & KING, LLP
201 NORTH CHARLES STREET, SUITE 2000 | BALTIMORE, MARYLAND 21201-4135
410-752-1630 | 410-752-0085 FAX | WWW.ACKLAW.COM