February 10, 2006

**Georgia S. Foerstner**
**Direct Phone 215.665.4740**
**Direct Fax    215.701.2440**
gfoerstner@cozen.com

The Honorable Magistrate Paul W. Grimm
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   Selective Insurance Company v. Empire Comfort Systems
      Civil Action No.: WMN-03-0178

Dear Judge Grimm:

      This office represents the plaintiff in the captioned matter. We are writing to formally note our objection to changing the start time of the mediation scheduled on February 23, not 24, 2006. As indicated in this Court's Order scheduling the conference, the court only has four hours to dedicate to the mediation due to pending criminal matters. If the conference is set back one hour, then this reduces the time to three hours.

      Plaintiff's representative, who is located in New Jersey, is traveling to Baltimore the night before the conference. There is no reason why defendants' representative cannot do the same. Moreover, when plaintiffs first proposed scheduling a mediation for purposes of trying to settle this case, defendants said that any mediation would have to be scheduled during a time when its representative from Germany was in the United States. This resulted in the postponement of the mediation for months in order to accommodate that representative's schedule. Now plaintiff is learning for the first time that a representative from New York is attending the conference.

The Honorable Magistrate Paul W. Grimm
February 10, 2006
Page 2

_____

     Due to the many delays that have already occurred, plaintiff respectfully requests that the start time remain at 9:30 a.m. to allow the parties sufficient time to conduct a meaningful mediation.

Very truly yours,

COZEN O'CONNOR


By:   Georgia S. Foerstner

GSF