# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY, <br> As subrogee of SMULLENS SALVAGE <br> AND TOWING, <br><br>     Plaintiff, <br><br> v. <br><br> EMPIRE COMFORT SYSTEMS, INC. <br><br>     Defendant and Third-Party <br>     Plaintiff, <br><br> v. <br><br> SHARP ENERGY, INC. <br><br>     Third-Party Defendant. | * <br> * <br> * <br> * <br> *    Civil Action No. <br>       WMN 03 CV 178 <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO AMEND SCHEDULING ORDER

Defendants Empire Comfort Systems, Inc. ("Empire") and BSH Electrodomestic Espana, S.A. ("BSH"), and Defendant and Third-Party Defendant, Sharp Energy, Inc. ("Sharp Energy"), move this Court to Amend the current Scheduling Order. The grounds for this Motion are as follows:

1.     This is a product liability case arising out of a fire at Smullens Salvage and Towing.

2. On March 3, 2006 this Court entered an Amended Scheduling Order.

3. Since that time, Defendants have identified electrical equipment that was photographed at the fire scene which they understand is in the possession of one of the Plaintiffs' experts.

4. Defendants wish to have this equipment inspected and electrically tested to determine if it could have been a cause of the fire. Defendants understand that the electrical equipment has not previously been examined or tested.

5. Defendants need the date for their Rule 26(a) (2) disclosures to be extended by thirty (30) days so that the electrical equipment can be examined and an expert opinion disclosed if the examination reveals relevant information on the cause of the fire.

6. Defendants wish to have all dates that have not expired be extended by thirty days so that the new schedule would be:

| | |
|---|---|
| Defendants 26(a) (2) disclosures re expert | July 1, 2006 |
| Plaintiff's rebuttal Rules 26(a) (2) disclosures re experts | July 15, 2006 |
| Rule 26(e) (2) supplementation of disclosures and responses | July 22, 2006 |
| **Discovery deadline and submission of status reports** | August 17, 2006 |
| Requests for Admissions | August 24, 2006 |
| **Dispositive pretrial motions deadline** | September 15, 2006 |

- 3 -

7.  This request for a short, thirty- (30-) day extension of the Scheduling Order will not delay the trial of this case which has not been set.

8.  Plaintiffs have stated they object to Defendants' request to amend the Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| \_\_\_\_\_//ss//_____ | \_\_\_\_\_//ss//_____ |
| James A. Rothschild, Bar No. 00624 | Patricia Maher, Bar No. 22987 |
| ANDERSON, COE & KING, L.L.P. | 502 Washington Avenue |
| 201 North Charles Street, Suite 2000 | Suite 410 |
| Baltimore, Maryland 21201 | Towson, Maryland 21204 |
| (410) 752-1630 | (410) 769-8100 |
| | |
| ***Attorney for Defendants Empire Comfort Systems, and BSH Electrodomesticos Espana, S.A.*** | ***Attorney for Defendant and Third-Party Defendant Sharp Energy, Inc.*** |