# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SELECTIVE INSURANCE COMPANY,          *
As subrogee of SMULLENS SALVAGE
AND TOWING,                           *

    Plaintiff,                       *

v.                                    *

EMPIRE COMFORT SYSTEMS, INC.          *          Civil Action No.
                                                 WMN 03 CV 178
    Defendant and Third-Party        *
    Plaintiff,
                                      *
v.                                    *

SHARP ENERGY, INC.                    *

    Third-Party Defendant.          *

      *    *    *    *    *    *    *    *

## DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
## MOTION TO AMEND SCHEDULING ORDER

Within the confines of the current Scheduling Order, Defendants have filed

a motion for production of all electrical equipment photographed at the fire scene

and/or removed from the fire scene.  The date for production is June 19, 2006.

Defendants intend to have the electrical equipment--an electrical outlet and

electrical wires--examined and tested that day by an electrical engineer.

Depending on what is found, an expert opinion would be disclosed by July 1, 2006

if this Court grants Defendants' Motion to extend all dates in the Scheduling Order by thirty (30) days.

Plaintiff has filed an Opposition to Defendants' Motion. The Opposition states that "Defendants are now trying to use the Amended Scheduling Order, which was clearly an aberration, as an opportunity to reopen discovery and interject new expert opinions into this case." (Opposition, paragraph number 5). Plaintiff never asked the Court for any clarification or modification of the "aberrational" Scheduling Order. It is only now three months later that Plaintiff objects.

Defendants have not made a request to reopen discovery and interject new expert opinions. Rather, Defendants have made a narrowly-tailored request to extend the time for disclosure of Defendants' expert opinions by thirty days. The opinion to be disclosed will be confined to the examination and testing of the subject electrical equipment and an opinion on whether they caused the fire.

Plaintiff asserts that Defendants are trying to reopen discovery and interject new expert opinions based on information disclosed by Plaintiff during the mediation in this case. This is simply not so. Prior to the mediation session, Defendants made the point to Magistrate Judge Grimm that "…there was not a thorough investigation and complete elimination of all potential ignition scenarios relative to the fire, including electrical services in the vicinity of the area of origin, any other potential ignition mechanisms, and the smoking habits of the persons who worked in the office area." (See February 9, 2006 *ex parte* letter of

Defendants Empire Comfort Systems and BSH Electrdomesticos Espana, S.A. to the Honorable Paul W. Grimm.)

Plaintiff cannot seriously claim prejudice. This equipment has been in its expert's possession for five years, and its expert has had the opportunity to examine and test the electrical equipment. Apparently, their expert has not done so. The current Scheduling Order permits Plaintiff to file rebuttal expert reports and, if the 30-day extension is granted, they would be due on July 15, 2006.

Finally, Plaintiff objects to producing its expert for deposition until the new report is disclosed. Any new expert reports would be disclosed by July 1, 2006. The parties have previously discussed taking Plaintiff's expert depositions on July 13th and 14th with a backup day of July 24, 2006. Disclosure of any new opinion would be done sufficiently in advance of any depositions.

Defendants, therefore, request that this Court grant the Defendants' Motion and extend all dates after May 30, 2006 in the Scheduling Order by thirty days.

Respectfully submitted,


_____//ss//_____
James A. Rothschild, Bar No. 00624
ANDERSON, COE & KING, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
(410) 752-1630

**Attorney for Defendants Empire Comfort
    Systems, and BSH Electrodomesticos
    Espana, S.A.**

_____//ss//_____
Patricia Maher, Bar No. 22987
502 Washington Avenue
Suite 410
Towson, Maryland 21204
(410) 769-8100

**Attorney for Defendant and Third-Party
    Defendant Sharp Energy, Inc**