## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 6, 2006

All Counsel

    Re:   Selective Insurance v. Empire, et al.
          Civil No. WMN-03-178

Dear Counsel:

    I have reviewed Defendant's Motion to Amend Scheduling Order and Plaintiff's opposition thereto and have scheduled a telephone conference for Wednesday, June 14, 2006 at 9:30 a.m. to discuss the matter.

    Since defendants brought the motion, it will be their responsibility to initiate the conference call.

    The Clerk is directed to docket this letter as the Court's Order.

                         Very Truly Yours,

                         /s/
                         William M. Nickerson
                         Senior United States District Judge

cc:   Court File