**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, As subrogee of SMULLENS SALVAGE AND TOWING, | * * | |
| Plaintiff, | * | |
| v. | * | |
| EMPIRE COMFORT SYSTEMS, INC. | * | Civil Action No. WMN 03 CV 178 |
| Defendant and Third-Party Plaintiff, | * * | |
| v. | * | |
| SHARP ENERGY, INC. | * | |
| Third-Party Defendant. | * | |

\* \* \* \* \* \* \* \*

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Selective Insurance Company ("Selective"), as Subrogee of Smullens Salvage and Towing, and Defendants Empire Comfort Systems, Inc. ("Empire") and BSH Electrodomestic Espana, S.A. ("BSH"), and Defendant and Third-Party Defendant Sharp Energy, Inc. ("Sharp Energy"), move this Court to amend the current Scheduling Order as follows:

| | |
|---|---|
| Defendants 26(a) (2) disclosures re expert | July 5, 2006 |
| Plaintiff's rebuttal Rules 26(a) (2) disclosures re experts | July 19, 2006 |
| Rule 26(e) (2) supplementation of disclosures and responses | July 28, 2006 |
| **Discovery deadline and submission of status reports** | September 29, 2006 |
| Requests for Admissions | October 6, 2006 |
| **Dispositive pretrial motions deadline** | October 29, 2006 |

Respectfully submitted,

| | |
|---|---|
| \_\_\_\_\_//ss//\_\_\_\_\_ | \_\_\_\_\_//ss//\_\_\_\_\_ |
| Georgia S. Foerstner | James A. Rothschild, Bar No. 00624 |
| Paul R. Bartolacci | ANDERSON, COE & KING, L.L.P. |
| COZEN O'CONNOR | 201 North Charles Street, Suite 2000 |
| 1900 Market Street | Baltimore, Maryland  21201 |
| Philadelphia, Pennsylvania  19103 | (410) 752-1630 |
| (215) 665-4740 | ***Attorney for Defendants Empire Comfort Systems, and BSH*** |
| and | ***Electrodomesticos Espana, S.A.*** |
| \_\_\_\_\_//ss//\_\_\_\_\_ | \_\_\_\_\_//ss//\_\_\_\_\_ |
| Thomas M. Wood, IV, Bar No. 00365 | Patricia Maher, Bar No. 22987 |
| NEUBERGER, QUINN, GIELEN, RUBIN  & GIBBER, P.A. | 502 Washington Avenue Suite 410 |
| One South Street | Towson, Maryland 21204 |
| 27th Floor | (410) 769-8100 |
| Baltimore, Maryland  21202 | ***Attorney for Defendant and Third-Party*** |
| (410) 332-8550 | ***Defendant Sharp Energy, Inc.*** |
| ***Attorneys for Plaintiffs*** | |