IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY | * | |
| Plaintiff | * | |
| v. | * | |
| EMPIRE COMFORT SYSTEMS, INC. | * | |
| Defendant | * | |
| * * * * * * * * * * * | | Civil Action:  WMN 03 CV 178 |
| EMPIRE COMFORT SYSTEMS, INC. | * | |
| Third-Party Plaintiff | * | |
| v. | * | |
| SHARP ENERGY, INC. | * | |
| Third-Party Defendant | * | |

* * * * * * * * * * * * * * * * * * *

**CONSENT MOTION TO EXTEND
SCHEDULING ORDER FOR 45 DAYS**

The parties, Plaintiff Selective Insurance Company, as subrogee of Smullens Salvage and Towing, Defendants Empire Comfort Systems and BSH Electrodomesticos Espana, S.A., and Third-Party Defendant, Sharp Energy, Inc., hereby move this Honorable Court to amend the current Scheduling Order for forty-five (45) days.  The parties respectfully submit that good cause exists for the requested extension and that it is not being interposed for purposes of delay.

The fact discovery cut-off is September 29, 2005.  To date, the parties have completed written discovery and the depositions of the fact witnesses and one expert witness.  The parties are scheduling the remaining expert witnesses' depositions and need until November 15, 2006 to

accomplish this, due to the schedules of the parties and the expert witnesses.

Accordingly, the parties request the Court to enter the following Amended Scheduling Order:

| | |
|---|---|
| Discovery Deadline and Submission of Status Reports | November 15, 2006 |
| Requests for Admissions | November 22, 2006 |
| Dispositive Pretrial Motions Deadline | December 14, 2006 |

Respectfully Submitted

_____
Georgia S. Foerstner /LA
Paul R. Bartolacci
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
215.665.4740
Attorneys for Plaintiff

_____
James A. Rothschild, #00624 /LA
Anderson, Coe & King, LLP
201 North Charles Street
Suite 200
Baltimore, MD 21201
420.752.1630
Attorney for Defendants Empire Comfort
  Systems and BSH Electrodomesticos
  Espana, S.A.

_____
Thomas M. Wood, IV, #00365 /LA
Neuberger, Quinn, Gielen, Rubin &
  Gibber, P.A.
One South Street
27th Floor
Baltimore, MD 21202
410.332.8550
Attorney for Plaintiffs

_____
Patricia M. Maher, #22987 /LA
Law Offices of Maher & Associates
502 Washington Avenue
Suite 410 – Nottingham Centre
Towson, MD 21204
410.769.8100
Attorney for Third-Party Defendant
  Sharp Energy, Inc.

APPROVED:                                    _____
                                             JUDGE