# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SELECTIVE INSURANCE COMPANY,     *
As subrogee of SMULLENS SALVAGE
AND TOWING,     *

     Plaintiff and Third-Party Plaintiff     *

v.     *

EMPIRE COMFORT SYSTEMS     *     Civil Action No.
     WMN 03 CV 178

     Defendant, Third-Party Plaintiff,     *
     and Cross Defendant

     *

v.     *

BSH Electrodomesticos Espana, S.A.     *

     Defendant     *

v.     *

SHARP ENERGY, INC.     *

     Defendant, Third-Party Defendant,     *
     and Cross Claimant

     *   *   *   *   *   *   *   *   *   *

## MOTION FOR SUMMARY JUDGMENT

Defendants, Empire Comfort Systems (hereinafter "Empire") and BSH

Electrodomesticos Espana, S.A. (hereinafter "BSH"), by and through their attorney, James A.

Rothschild, pursuant to Fed.R.Civ.P. 56, hereby move for summary judgment in their favor

against Plaintiff, Selective Insurance Company, as subrogee of Smullens Salvage and Towing.

Plaintiff seeks damages in connection with a fire that occurred at Smullens Salvage and Towing, Inc. in Princess Anne, Maryland on November 1, 2000.  Plaintiff alleges that the fire was caused by a defectively designed propane gas room heater and has brought suit against Empire and BSH under four theories of liability:  negligence (Count I), strict liability (Count II), misrepresentation (Count III) and breach of warranty (Count IV).

Initially, Plaintiff's breach of warranty claims are time-barred under Maryland law. Furthermore, in support of its claims, Plaintiff has offered an expert unqualified to render an expert opinion on the issues in the case and whose methodology is unreliable under the standards of Fed.R.Evid. 702, <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) and its progeny.  Lastly, Plaintiff's misrepresentation claim fails because their expert admitted there were no misrepresentations made by Defendants or relied upon by Plaintiff. Without expert testimony as to these claims which concern issues beyond the ken of the average layperson, Plaintiff is unable to meet their burden of proof.

Accordingly, Defendants are entitled to summary judgment on all counts.  The specific grounds for Defendants' Motion for Summary Judgment are set forth more fully in the accompanying Memorandum, filed contemporaneously herewith and incorporated by reference.

_____/s/_____

James A. Rothschild (Bar No. 00624)
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
(410) 752-1630
***Attorney for Empire Comfort Systems, Inc. and BSH
Electrodomesticos Espana, S.A.***
