## AFFIDAVIT OF JOHN FOREST DAVIS

1. I am over the age of 18 years and competent to be a witness.

2. I have personal knowledge of the matters asserted herein.

3. I am the Assistant Service Manager for Empire Comfort Systems, Inc. ("Empire").

4. I have been employed by Empire since February, 1980.

5. From 1988 through 1995, Empire was a distributor of Corcho unvented room gas heaters that were manufactured by Safel, a Spanish company now known as BSH Electrodomestique.

6. Safel manufactured an 18,000 BTU unvented gas room heater called the Super Ser P-18. Safel then changed the name of this heater to the CH-18. Aside from the name change the P-18 was identical to the CH-18.

7. Empire sold the CH-18 and the CH-18T. The numeral 18 designates that the model has the capacity to produce 18,000 BTUs of heat. The only difference between the CH-18 and the CH-18T was that the CH-18T had a thermostat. Other than that, the design of the CH-18 and CH-18T are identical.

8. The CH-18 had three different settings: low, medium and high. It had three front burners. On the low setting, one burner would operate up to 6,000 BTUs; on the medium setting, two burners would operate up to 12,000 BTUs; and, on the high setting, three burners would operate up to 18,000 BTUs.

9. The CH-18 and CH-18T were designed to either be attached to a wall or sit on the floor.

10. The CH-18 and CH-18T were designed so that when they were attached to a wall, there would be a 3/8-inch air gap between the back of the heater and the wall. The air gap is created when the heater is attached to the wall. The heater is affixed to the wall by inserting screws through four 3/8-inch offsets at the corners of the heater. Attached as Exhibit 1 is the Installation and Owner's Guide provided between September, 1988, and June, 1990.


EXHIBIT 2

11. Between 1998 and 1994, Empire sold 40,909 CH-18 Corcho units and 9,721 CH-18T Corcho units. Each Corcho CH-18 room heater came with an installation and owner's guide.

12. In 1995, Empire began to manufacture and sell unvented room heaters known as Empire Radiant SR-18 and Empire Radiant SR-18T. These two heaters are identical in design to the CH-18 and CH-18T. From 1995 up through 2004, Empire sold 109,783 SR-18 and SR-18T heaters combined.

13. Empire has never been informed that lint, dust and ambient debris builds up in the air gap between the back of the CH-18, CH-18T, SR-18 or SR-18T heaters and the walls to which they are attached. Similarly, Empire has never been informed that these heaters caused the walls to which they are attached to warp. Empire has never been informed that either of these conditions create a fire hazard.

14. Prior to the claim in this case, there have been no reports that Corcho CH-18, CH-18T, Empire SR-18 or empire 18T unvented heaters that were attached to walls caused fires on the walls on which they were attached.

I declare under the penalty of perjury that the foregoing is true and correct.

_John F. Davis_  
John F. Davis

_12-12-06_  
Executed on