# AMERICAN GAS ASSOCIATION LABORATORIES

# Appliance Certificate

NO. 11-7(B,B1).001

| | |
|---|---|
| TYPE OF APPLIANCE | Unvented Room Heater |
| TESTED UNDER STANDARDS | A.G.A. No. 2-79-1982<br>ANSI Z21.11.2-1983, Z21.11.2a-1984, Z21.11.2b-1988 |
| TRADE NAME | Super Ser |
| NUMBER | P-18 |
| GASES | Natural or Liquefied Petroleum |
| COMPANY | SAFEL |
| ADDRESS | Pamplona, Spain |

AMERICAN GAS ASSOCIATION LABORATORIES
8501 East Pleasant Valley Road
CLEVELAND, OHIO 44131

American Gas Association, hereby certifies that it has examined the design of the appliance(s) constructed as indicated by the Laboratories' description set forth in appendices attached hereto. The appliance design(s) has (have) been found to comply with applicable parts of the standards indicated above, and the manufacturer may display on all appliances represented to be equivalent to the model(s) examined the Laboratories' Certification Seal for Appliances, which has been registered in the U.S. Patent Office by the Association. This Certificate is not assignable nor transferable without written consent of the Association and is revocable if any attempt is made to apply it to any appliance or appliances not designed and constructed exactly in accordance with the unit herein described. This certificate expires on December 31, of the year shown below, unless previously revoked or an extension for a specific period beyond the expiration date has been authorized in advance in writing. The manufacturer or other party to whom this certificate is issued has signed either an Application for Certification or the Distributor's Listing Agreement applicable to such year, and the certification is subject to all the terms and conditions specified therein.

ISSUED AT Cleveland, Ohio   EFFECTIVE

THIS 30th DAY OF November, 1988

AMERICAN GAS ASSOCIATION

BY _____
RICHARD J. SCHULTE
Vice President, A. G. A. Laboratories



GEORGE H. LAWRENCE
President



EXHIBIT 3

EMPIRE 00007