Model No. P-18
Unvented Room Heater

Mfd. by
Safel
Pamplona, Spain

EQUIPMENT AND CONSTRUCTION – FOR USE WITH NATURAL GAS

1. Main burner assembly consisting of the following items:

   a. Three burner chambers made from CH8/10 stainless steel 14.03 or CH7/10 stainless steel 14.03.

   b. Three ceramic plaque burners and each hole measures 1.45 millimeters in diameter.

2. An Industrias Copreci Model 21500/17 or /18 ODS pilot assembly having a 4.1 millimeter diameter orifice (natural/LP) and a 3 in. pressure rating on natural and a 10 in. pressure rating on LPG.

3. An Industrias Copreci combination control Model CPMM21400/36.

4. 3/8 in. x 3/8 in. Maxitrol RV35ALF gas pressure regulator.

5. 1/8 in. x 1/8 in. Maxitrol RV10F pilot gas pressure regulator for natural gas use only.

6. An INELSA-Safel Piezo electric sparker.

7. An optional blower assembly manufactured by Jakel Motors, Inc. having the following items:

   a. Model J238-062 1/450 horsepower motor

   b. A TPLS x 14299A blower motor


EQUIPMENT AND CONSTRUCTION – FOR USE WITH LIQUEFIED PETROLEUM GASES

All construction is identical except for the following:

1. The Maxitrol RV10F pilot regulator will not be used.

2. An alternate 3/8 in. x 3/8 in. Maxitrol RV35ALEF main burner regulator has been added.

3. The stainless steel screen in front of the burner plaques will not be used.

AMERICAN GAS ASSOCIATION
LABORATORIES
8501 East Pleasant Valley Road
CLEVELAND, OHIO  44131

000001



EXHIBIT 4

EMPIRE 00012

Page 2

MODEL NO. P-18 UNVENTED ROOM HEATER OPERATION DATA

INPUT RATING

The normal input rating of this appliance on natural gas at a manifold pressure of 6.0 in. w.c. is 18,000 Btu per hour. The minimum input rating of this design is 7,000 Btu per hour.

The normal input rating of this appliance on liquefied petroleum gases at a manifold pressure of 10.0 in. w.c. is 18,000 Btu per hour. The minimum input rating of this appliance is 6,500 Btu per hour.

INSTALLATION

Design for installation on combustible wall or flooring with the following minimum clearances to combustible construction:

| | | |
|---|---|---|
| Sides | – | 6 in. |
| Rear | – | 0 in. |
| Ceiling | – | 36 in. |
| Floor | – | 2 in. When unit is wall hung. |

EXTENSIONS

Extension is granted to the Model CH-18 for Empire Comfort Systems, Inc.

AMERICAN GAS ASSOCIATION
LABORATORIES
8501 East Pleasant Valley Road
CLEVELAND, OHIO 44131

000002

EMPIRE 00013