

# INSTALLATION AND OWNER'S GUIDE

EFFECTIVE DATE SEPTEMBER 1988

**EMPIRE corcho**
UNVENTED ROOM HEATER
Model CH-18 and CH-30

**INSTALLER MUST LEAVE INSTRUCTIONS WITH THE OWNER AFTER INSTALLATION**
IMPORTANT: Installer must have owner fill out and mail warranty card supplied with Heater



**THIS IS A HEATING APPLIANCE**
ANY SAFETY SCREEN OR GUARD REMOVED FOR SERVICING AN APPLIANCE MUST BE REPLACED PRIOR TO OPERATING THE APPLIANCE.

> Unvented room heaters shall not be installed in sleeping quarters.
>
> Due to high temperatures, the appliance should be located out of traffic and away from furniture and draperies.
>
> Children and adults should be alerted to the hazard of high surface temperature and should be kept away to avoid burns or clothing ignition.
>
> Young children should be carefully supervised when they are in the same room with the appliance.
>
> Do not place clothing or other flammable material on or near appliance.
>
> INSTALLATION AND REPAIR SHOULD BE DONE BY A QUALIFIED SERVICE PERSON. The appliance should be inspected before use and at least annually by a professional service person. More frequent cleaning may be required due to excessive lint from carpeting, bedding material. etc. It is imperative that control compartments, burners, and circulating air passageways of the appliance be kept clean.

## GENERAL INFORMATION

This series is design certified by the American Gas Association Laboratories as an Unvented Circulator, wall mounted, and must be installed according to these instructions.

ANY ALTERATION OF THE ORIGINAL DESIGN, INSTALLED OTHER THAN AS SHOWN IN THESE INSTRUCTIONS OR USE WITH A TYPE OF GAS NOT SHOWN ON THE RATING PLATE IS THE RESPONSIBILITY OF THE PERSON AND COMPANY MAKING THE CHANGE.



## QUALIFIED INSTALLING AGENCY

The installation must conform to local codes. In the absence of local codes, the installation must conform with American National Standard (National Fuel Gas Code) known as NFPA 54 and ANSI Z223.1. 1984 and addenda Z223. 1a - 1987.

* Available from the American National Standards Institute, Inc., 1430 Broadway, New York, N.Y. 10018, or from the National Fire Protection Association. Batterymarch Park, Quincy, MA 02269.

All correspondence should refer to Model No., Serial No., and type of gas.

---

**FOR YOUR SAFETY**

If you smell gas:
1. Open windows.
2. Don't touch electrical switches.
3. Extinguish any open flame.
4. Immediately call your gas supplier.

---

**FOR YOUR SAFETY**

Do not store or use gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance.

---

| WARNING | Any change to this heater or its controls can be dangerous. |
|---|---|
| | For proper ventilation provide a minimum fresh air opening of one square inch for every 1.000 BTU'S of gas burned. |
| | Improper installation, adjustment, alteration, service or maintenance can cause injury or property damage. Refer to this manual. For assistance or additional information consult a qualified installer, service agency or the gas supplier. |

EXHIBIT 5

## CONTENTS

WARNING .................................................................................................................. 2

CLEARANCES ........................................................................................................ 3

INSTALLATION .................................................................................................... 3, 4, 5

GAS SUPPLY ......................................................................................................... 5

HEATER MAINTENANCE .................................................................................... 5

OPERATING INSTRUCTIONS ............................................................................. 6

OPTIONAL BLOWER ASSEMBLY INSTALLATION INSTRUCTIONS .......... 7, 8

HOW TO ORDER REPAIR PARTS ..................................................................... 9, 10, 11, 12

# WARNING

This heater has a pilot ligth safety system that turns off the heater if not enough fresh air is available.

When used without fresh air, this heater may give off CARBON MONOXIDE, an odorless, poisoneous gas. Open a window an inch or two for fresh air.

Carbon monoxide poisoning may lead to death. Early signs of carbon monoxide poisoning resemble the flue, with headache, dizziness and/or nausea. If you have these signs, the heater may not be working properly. Get fresh air at once, and have the heater serviced.

Some people such as pregnant women, persons with heart or lung disease, anemia, those under the influence of alcohol, those at high altitudes are more affected by carbon monoxide than others.

The pilot light safety section on this unit does not sense the presence of carbon monoxide. It senses the depletion of the oxygen supply used in the combustion process. Combustion of gas with a depleted oxygen supply is one source of carbon moxide.

This pilot light safety switch senses the depletion of oxigen at its location. If this heater is installed in a structure having a high vertical dimension, the possibility exists that the oxigen supply at the higher levels will be less than that at the heater. In this type of application, a fan to circulate the structure air will minimize this effect. The use of this fan will also improve the comfort level in the structure. When a fan is used to circulate air, it should be located so that the air flow is not directed at the burner.

Do not tamper with this safety system. If the heater shuts off, do not re-light until you provide fresh air.

If the heater keeps shutting off, have it serviced. Keep the burner and control compartment clean.

CLEARANCES

Provide adequate clearance around air openings.
Provide for an adequate combustion and ventilation air supply.
Accessibility provisions must be provided for servicing.

WALL MOUNT

The heater must be installed no less than 1$^{3/8}$" above the top surface of carpeting, tile, or other floor covering. Clearance form combustibles must be a minimum of 6" from each side, 36" from the top, and 1$^{3/8}$" from the bottom.



MINIMUM CLEARANCES TO COMBUSTIBLES

INSTALLATION (must be done by authorized service personnel)

A) As portable unit

This heater can be installed as a portable unit. A certified flexible gas line must be used as well as proper flexible connectors.

Screw in the elbow (A) with a sealing tape and in the position shown in Figure 1.

Tighten flexible gas line nut (B) as shown also in Figure 1.



FIGURE 1

REFER TO FIGURE 4 WHEN INSTALLING A FLOOR STAND

B) As a floor mounted unit.

A. Locate the floor stand on the floor. Screw in elbow A and B with sealing tape as shown in Figure 2.
If this appliance is installed directly on carpeting, tile, or other combustible material, other than wood flooring, the appliance shall be installed on a metal or a wood panel extending the full width and depth of the appliance.
The base referred to above does not mean the fire-proof base as used on wood stoves. The protection is for rugs that are extremaly thick and light-colored tile which may discolor.



FIGURE 2

3

Position the certified flexible hose and the ON - OFF valve as shown in Figure 3.

D) As a wall mounted unit.

IMPORTANT: Before installing this heater, make sure that a wall stud is located in the center of the unit. This wall stud will give better to the unit. 'See the following instructions to place the "C" angle to the wall stud:

— Select the elbow position as indicated in Figure 3 - 1.

— Drill two (2) 5/16" holes according to the dimensions shown on the upper corner of Figure 3 - 1.

— Drill another 5/16" hole on the wall stud for the "C" angle as shown in Figure 3 - 2.

— Screw in the three (3) plastic expansion anchors furnished with the unit, as shown in Figure 3 - 1.

— Screw in the furnished screws through the anchors as shown in Figure 3 - 1.

— Connect the gas line.



FIGURE 3 - 1

"U" HOOK
FIGURE 3 - 2

4

INSTALLATION (Floor Stand)

This heater comes with a floor stand and its respective installation kit.

Install the floor stand follows:

1. Connect the gas line elbow(s) following instructions given for portable units, floor mounted units, or wall mounted units. See pages 3 and 4.

2. Place the floor stand, as indicated in figure 4, by tightening to the unit with (4) sheet metal screws and washers.

## GAS SUPPLY

The gas supply must comply with, codes, or in their absence, the installation must be in accordance with American National Standard (National Fuel Gas Code) NFPA 54, also known as ANSI Z223. 1-1984 and addenda Z223. 1a-1987 available from the American Institute, Inc., 1430 Broadway, New York, New York, 10018, or the National Fire Protection Association, Batterimarch Park, Quincy, MA 02269.

A union must be provided directly at the gas inlet to the heater. A manual gas valve must be provided upstream of the union.

Use pipe compound resistant to LP on all pipe connections.

The appliance and its individual shutoff valve must be disconnected from the gas supply piping system during any pressure testing of that system at test pressures in excess of 1/2 psig. (3,45kPa).

The appliance must be isolated from the gas supply piping system by closing its individual manual shutoff valve during any pressure testing of the gas supply piping system at test pressures equal to or less than 1/2 psig. (3.45kPa).

The connectors must be checked and cleaned before assembling and then wrenched up tight for a gas tigth connection. Apply soap solution to joints and watch for bubbles to check for gas leaks. DO NOT USE ANY EXPOSED FLAME TO CHECK FOR LEAKS.

The appliance area should be kept clear and free from combustible material, gasoline, and other flammable vapors and liquids.



FIGURE 4

## HEATER SERVICE

To service heater, turn off gas supply and disconnect gas piping at union. Unscrew the two screws located in the lower front part of the unit. By sliding the panels upwards and toward the front, the functional elements of the unit are uncovered.

## HEATER MAINTENANCE
## PERIODIC VISUAL CHECK

The burner must glow evenly over the entire surface when operating correctly. The pilot flame must burn with a clear blue flame. See fig. 5.

 

SATISFACTORY
Proper Burning

FIGURE 5

 

UNSATISFACTORY

## BURNER

Periodic cleaning of the unit is required, dust the surface of the unit and vacuum clean burner surfaces and the control compartment.

Keep appliance area clear and free from combustible materials, gasoline and other flammable vapors and liquids.

If replacement of the burners is needed, loosen screws A and B, unscrew the tubing fittings C and disconnect the assembly, See fig. 6.



FIGURE 6

OXYGEN DEPLETION SENSOR PILOT SERVICING



FIGURE 7

When yellow tip flames are present, clean the ODS pilot by loosening nut B from the pilot tubing. When this procedure is required, grab the nut A with a open wrench.

Blow air pressure through the holes as indicated with arrows in figure 7. This will blow out foreign materials such as dust. Tighten nut B also by grabbing nut A.

OPERATING INSTRUCTIONS

Be sure gas supply to heater is on.

The control knob and piezo igniter button are located on top of the heater.

LIGHTING INSTRUCTIONS

1. Depress control knob slightly and rotate (↷) to «OFF» position. WAIT 5 MINUTES BEFORE ATTEMPTING TO TO RE-LIGHT.
2. To light pilot, depress control knob slightly and rotate (↷) to «P» position.
3. Depress control knob completely and, without releasing knob, press piezo igniter button repeatedly until pilot is lit. (If pilot will not light with piezo ignitor, use match).
4. Continue depressing control for 15 seconds after pilot is lit before releasing.
5. Pilot should remain lit.
6. Various heat settings can be selected by slightly depressing the control knob and rotating knob (↷) to positions 1, 2 or 3 for the mod. CH-18 and CH-30.
7. CAUTION:
   When control knob has been rotated to desired heat setting, ensure control knob is locked into that heat setting and cannot be rotated without being depressed.
   If control knob is in mid-position, between heat settings, incomplete combustion will take place, causing bad odor, and may produce gas leakage or carbon monoxide.

SHUT DOWN INSTRUCTIONS

Depress control knob slightly and rotate (↷) to «OFF» position.

BURNER LIGHTING SEQUENCE

MOD. CH - 18







MOD. CH - 30



# OPTIONAL BLOWER ASSEMBLY
# INSTALLATION INSTRUCTIONS

Part. No. CHB-18,30
OPTIONAL BLOWER
FOR
MODELS CH-18
CH-30
Unvented Room Heaters

INSTRUCTIONS MUST BE LEFT WITH THE OWNER FOR FUTURE REFERENCE AFTER INSTALLATION

## WIRING DIAGRAM
## CH—18 AND CH—30 OPTIONAL BLOWER



IF ANY OF THE ORIGINAL WIRE AS SUPPLIED WITH THIS UNIT MUST BE REPLACED, IT MUST BE REPLACED WITH NO. 18 GAGE 125° C 2/64 INSULATION WIRE OR ITS EQUIVALENT.

A-1415

NOTE: On (SPT-3) Power cord, Black (hot) has smooth insulation and White (neutral) has ribbed insulation.



FIGURE 2          FIGURE 3

## INSTALLING OPTIONAL BLOWER

1. Remove front grille from heater. (NOTE: If unit is already installed and mounted to the wall, remove unit from wall).

2. Remove the rectangular plastic insert on the top right hand side of heater and replace it with the On/Off switch.

3. Insert power cord (as shown in Figure 2) through the top circular hole located on the back of the heater and feed through several inches of cord. Connect the black (hot) wire (smooth insulation) to the On/Off switch.

4. Now, take the mounting bracket (L-shaped, with threecircuit wire harness attached) and connect the black wire from the wire harness to the On/Off switch. Connect the white wire from the wire harness to the neutral wire (ribbed insulation) from the power cord. (These connections can be seen on the assembly diagram).

5. Attach the two green ground wires, which have ring terminals, to the mounting bracket using a No. 10 × 1/2" screw provided.

6. Mount the bracket in the upper right hand corner of the heater. Line up the two holes on the bracket to the two holes on the flange and use 2-No. 10 × 1/2" screws provided. (NOTE: The bracket should be recessed into the heater.)

7. Pull all the excess access cord out from the back side of unit. Put the cord retainer into place around the cord on the back side of the unit (as shown in Figure 3) and snap it into the two holes where the power cord is located. (Figure 2).

8. Set blower assembly into place by resting the flange on the lip of the galvanized heat shield. Next, connect the three-circuit plug into the three-circuit cap located on the mounting bracket. Make sure all wires are free of the blower and rotate the blower assembly upward 90° and attach with the four remaining No. 10 × 1/2" screws provided.

9. Replace front grille to heater. (NOTE: Install heater according to Installation and Owner's Manual if not installed.)

7

## CLEANING

The blower wheel will collect lint and could require cleaning once a year. If the air output decreases, or the noise level decreases, it indicates a dirty wheel. Remove motor by twisting clockwise and pulling away from fan housing. Then scrub the wheel with a brush under flowing water. (NOTE: Do not allow motor to get wet).



If any original wire, as supplied with this appliance, has to be replaced, it should be replaced with No. 18 gauge 125°C 2/64 insulation or its equivalent.

## WARNING

Unplugging of blower accessory will not stop the heater from cycling. To shut heater off, turn control knob to off.

## WIRING

The unit must be electrically grounded according to the National Electric Code ANSI/NFPA No. 70-1987. This appliance is equipped with a three-prong (grounding) plug for your protection against shock hazard and should be plugged directly into a properly grounded three-prong receptacle. Do not cut or remove the grounding prong from this plug. For an ungrounded receptacle, an adapter (which has two prongs and a wire for grounding) can be purchased, plugged into the ungrounded receptacle and its wire connected to the receptacle, an adapter (which has two prongs and a wire for grounding) can be purchased, plugged into the ungrounded receptacle and its wire connected to the receptacle mounting screw. With this wire completing the ground, the appliance cord can be plugged into the adapter and be appliance electrically grounded.

## PARTS LIST

| INDEX NUMBER | PART NUMBER | DESCRIPTION |
|---|---|---|
| 1 | 622051 | BLOWER KIT WITH PLATE FOR CH-18 (INCLUDES 2 & 3) (R-1328) |
|   | 622052 | BLOWER KIT WITH PLATE FOR CH-30 (INCLUDES 2 & 3) (R-1336) |
| 2 | 622053 | BLOWER KIT WITHOUT PLATE (R-1327) |
| 3 | 882010 | BLOWER MOUNTING PLATE FOR CH-18 (R-1330) |
|   | 882012 | BLOWER MOUNTING PLATE FOR CH-30 (R-1335) |
| 4 | 8720122 | WIRE HARNESS (R-1326) |
| 5 | 882011 | MOUNTING BRACKET (L-SHAPED) (RH-562) |
| 6 | 9120110 | BLOWER ON/OFF SWITCH (R-1329) |
| 7 | 8720123 | POWER CORD (R-1324) |
| 8 | 6011086 | POWER CORD RETAINER (R-1331) |
| 9 |  | INSTALLATION INSTRUCTIONS (R-1334) |

REPAIR PARTS LIST
MODEL: CH-30, CH-18
L.P. GAS
and NATURAL GAS



CH-18 and 30 only    NAT.

CH-30 LPG and NAT.

9

REPAIR PARTS LIST
MODEL: CH-30, CH-18
L.P. GAS and NATURAL GAS





OPTIONAL BLOWER SYSTEMS

10

HOW TO ORDER REPAIR PARTS...

All parts listed in the Parts List have a part No. When ordering parts, first obtain the Model No. from the name plate on your equipment. Then determine the Part No. (not the Index No.) and the Description of each part from the following appropriate illustration and list. Be sure to give all this information...

Heater Model Number ............................................................  Part Description ............................................................

Heater Serial Number ............................................................  Kind of Gas (Propane or Natural) ............................................................

Part Number ............................................................

Do not order bolts, screws, washers, or nuts. They are standard hardware items and can be purchased at any local hardware store. Order parts from EMPIRE COMFORT SYSTEMS through your local dealer.

Shipments contingent upon strikes, fires, and all causes beyond our control.

## REPAIR PARTS

| INDEX N.° | PROPANE GAS MOD. | | NATURAL GAS MOD. | | DESCRIPTION |
|---|---|---|---|---|---|
| | CH-18 | CH-30 | CH-18 | CH-30 | |
| 1 | 13.490.072 | 13.490.072 | 13.490.072 | 13.490.072 | Screw M-5 |
| 2 | 80.300.004 | 80.300.004 | 80.300.005 | 80.300.005 | ODS asembly |
| 3 | 82.000.425 | 83.000.426 | 83.000.425 | 83.000.426 | Valve tubing 1.° setting |
| 4 | 83.000.428 | — | 83.000.428 | — | Valve tubing 2.° setting |
| 5 | — | 83.000.429 | — | 83.000.429 | Valve tubing 3.° setting |
| 6 | 83.000.430 | 83.000.430 | 83.000.430 | 83.000.430 | Tubing valve to regulator. |
| 7 | 83.500.077 | 83.500.077 | 83.500.077 | 83.500.077 | Pressure plug test point |
| 8 | 27.200.031 | 27.200.031 | 27.200.031 | 27.200.031 | Ceramic plaque |
| 9 | 50.000.023 | 50.000.023 | 50.000.023 | 50.000.023 | Piezo igniter |
| 10 | 73.010.260 | 73.010.260 | 73.010.260 | 73.010.260 | Control knob |
| 11 | 55.030.026 | 55.030.026 | 55.030.026 | 55.030.026 | Ignition electrode lead |
| 12 | 72.400.069 | 72.400.069 | 72.400.069 | 72.400.069 | Control rod |
| 13 | 80.100.034 | 80.100.035 | 80.100.034 | 80.100.035 | Burner |
| 14 | 13.650.004 | 13.650.004 | 13.650.004 | 13.650.004 | Nut M-15 |
| 15 | 83.000.431 | 83.000.431 | — | — | Tubing valve-ODS |
| 16 | 83.300.113 | 83.300.113 | 83.300.167 | 83.300.167 | Orifice |
| 17 | 13.650.056 | 13.650.056 | 13.650.056 | 13.650.056 | Nut M-18 |
| 18 | 18.300.017 | 18.300.017 | 18.300.017 | 18.300.017 | Cutter clip |
| 19 | 83.610.083 | 83.610.083 | 83.610.083 | 83.610.083 | Control-valve |
| 20 | 83.500.286 | 83.500.286 | 83.500.286 | 83.500.286 | Conector |
| 21 | 13.490.075 | 13.490.075 | 13.490.075 | 13.490.075 | Screw M-4 |
| 22 | — | — | 83.000.433 | 83.000.434 | Pilot tubing regulator-pilot |
| 23 | — | — | 36.210.014 | 36.210.014 | Regulator P 3,5" |
| 24 | — | — | 83.000.435 | 83.000.435 | Tubing valve-regulator |
| 25 | — | — | 83.500.166 | 83.500.166 | Regulator inlet-adaptor |
| 26 | — | 83.000.437 | — | 83.000.437 | Tubing 2.° setting left |
| 27 | — | 83.000.436 | — | 83.000.436 | Tubing 2.° setting raigl |
| 28 | — | 83.500.287 | — | 83.500.287 | T. connector |
| 29 | — | 83.000.437 | — | 83.000.437 | Valve tubing 2.° setting |
| 30 | — | 83.000.438 | — | 83.000.438 | Tubing 3.° setting raigl |
| 31 | — | 83.000.468 | — | 83.000.468 | Tubing 3.° setting left |
| 32 | — | 83.000.439 | — | 83.000.439 | Valve tubing 3.° setting |
| 33 | 16.210.024 | 16.210.024 | 16.210.024 | 16.210.024 | Tinnermann clip |
| 34 | 13.860.930 | 13.860.930 | 13.860.930 | 13.860.930 | Rivet |
| 35 | 62.200.469 | 62.200.470 | 62.200.469 | 62.200.470 | Bottom heat shield |
| 36 | 75.600.003 | 75.600.004 | 75.600.003 | 75.600.004 | Grille |
| 37 | 64.100.036 | 64.100.037 | 64.100.036 | 64.100.037 | Front panel |
| 38 | 70.000.884 | 70.000.884 | 70.000.884 | 70.000.884 | Switch cover |
| 39 | 13.490.072 | 13.490.072 | 13.490.072 | 13.490.072 | Screw M-5 |
| 40 | 64.110.148 | 64.110.149 | 64.110.148 | 64.110.149 | Front frame |
| 41 | 62.200.472 | 62.200.473 | 62.200.472 | 62.200.473 | Top heat shield |
| 42 | 62.000.200 | 62.000.201 | 62.000.200 | 62.000.201 | Astiter-casing |

| INDEX N.° | PROPANE GAS MOD. | | NATURAL GAS MOD. | | DESCRIPTION |
| --- | --- | --- | --- | --- | --- |
| | CH-18 | CH-30 | CH-18 | CH-30 | |
| 43 | 61.000.914 | 62.000.915 | 61.000.914 | 61.000.915 | Floor stand |
| 44 | 13.490.072 | 13.490.072 | 13.490.072 | 13.490.072 | Screw M-5 |
| 45 | 13.310.652 | 13.310.652 | 13.310.652 | 13.310.652 | Screw |
| 46 | 74.110.149 | 74.110.150 | 74.110.149 | 74.110.150 | Safety guard |
| 47 | --- | --- | 15.411.013 | 15.411.014 | Screen |
| 48 | 13.310.652 | 13.310.652 | 13.310.652 | 13.310.652 | Screw |
| 49 | CHB-18 | CHB-30 | CHB-18 | CHB-30 | FAN |
| 50 | 13.310.130 | 13.310.130 | 13.310.130 | 13.310.130 | Speed washer |
| 51 | 78.100.025 | 78.100.025 | 78.100.025 | 78.100.025 | Gromet |
| 52 | | | | | Clip |
| 53 | 13.310.600 | 13.310.600 | 13.310.600 | 13.310.600 | Screw |
| 54 | 622051 | 622052 | 622051 | 622051 | Blower kit |
| 55 | 9120110 | 9120110 | 9120110 | 9120110 | Interruptor ON-OFF |
| 56 | 882011 | 882011 | 882011 | 882011 | Bracket |
| 57 | 13.310.652 | 13.310.652 | 13.310.652 | 13.310.652 | Screw |
| 58 | 6011086 | 6011086 | 6011086 | 6011086 | Cord retainer |
| 59 | 8720122 | 8720122 | 8720122 | 8720122 | Wire harness |
| 60 | 8720123 | 8720123 | 8720123 | 8720123 | Cord set |
| 61 | 882010 | 882012 | 882010 | 882012 | Blower pan |
| 62 | 13.760.471 | 13.760.471 | 13.470.471 | 13.760.471 | Lock washer |
| 63 | 36.210.007 | 36.210.007 | 36.210.007 | 36.210.007 | Regulator |