**ORIGINAL**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

```
SELECTIVE INSURANCE COMPANY,            )
as subrogee of SMULLENS SALVAGE         )
AND TOWING,                             )
        Plaintiffs,                     )
vs.                                     ) Case No.
EMPIRE COMFORT SYSTEMS, INC.,           ) WMN03 CV 178
et al.,                                 )
        Defendants.                     )
                   - - - - -
```

The deposition of **WILLIAM SMULLENS**, was taken on Thursday, September 25, 2003, commencing at 12:02 p.m., at the home of Mr. Smullens, 15278 Recycle Drive, Princess Anne, Maryland, before DEBRA L. MAHEUX, Notary Public.

Reported by:

Debra L. Maheux

OCT 0 8 2003

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889



EXHIBIT 6

49

1        (Exhibit Number 3 was marked for
2   identification.)
3        BY MR. ROTHSCHILD:
4   Q.   Mr. Smullens, I'm going to show you
5   Exhibit Number 3, which is a 12-page document
6   that says at the top, Installation and Owner's
7   Guide, Empire Comfort Systems for an Empire
8   Corcho, Unvented Room Heater, Model CH-18, and
9   ask you to take a look at it.  I would like you
10  to look at the various pages.
11       A.   Okay.  This is not the heater.
12       Q.   I have a simple question.  Have you seen
13  that document before?  That's my question to
14  you.
15       A.   I don't remember.
16       Q.   Was there any document left by Sharp
17  Energy about the operation of the heater after
18  the heater was installed?
19       A.   I have no idea.
20       Q.   Did you ever see one?
21       A.   Not that I remember of.  I don't know.

1  I probably did because I had to take the blower
2  out, but I don't remember.
3      Q.  Do you recall looking at a document
4  before you took the blower out?
5      A.  No.
6      Q.  And the arrangements for the heater, the
7  installation of the heater, were done by your
8  wife Grace; is that right?
9      A.  That's right.
10     Q.  How did you know after the heater was
11 installed how to operate it?
12     A.  I don't remember.
13     Q.  Can you tell me how you operated it?
14     A.  It had a push button start on it, pushed
15 the button.  It lit one brick, and we kept it
16 mainly on the one brick.
17     Q.  When you say a brick, what are you
18 referring to?  What did it look like?
19     A.  It had three bricks inside of it.
20     Q.  Each were a separate area that would
21 generate heat?

56

1    Q.  Yes.  Were you aware at the time the
2    heater was installed that you should keep
3    anything that was combustible away from direct
4    contact with the heater?
5    A.  Yes.
6    Q.  Or from immediately in front of the
7    heater where the hot air came from?
8    A.  Yes.
9    Q.  Did you make an effort to do that?
10   A.  Yes.
11   Q.  You indicated, Mr. Smullens, that at
12   some point there was a modification to the
13   heater.  Can you tell me what that was?
14   MS. FOERSTNER:  Objection.  He didn't
15   say modification.
16   BY MR. ROTHSCHILD:
17   Q.  Or addition.  You added a blower I think
18   you said.
19   A.  Exactly.
20   Q.  Tell me how that came about and when
21   that was.

```
 1        A.  It had a lot of dust in the blower, and
 2   of course you could see the blower, so I took the
 3   blower out and cleaned it, and when I finished
 4   cleaning it, there wasn't much left of it, so we
 5   replaced it with a new one.
 6        Q.  When was that approximately?
 7        A.  Don't know.
 8        Q.  When you say the blower, where was the
 9   blower with regard to the heater?  Was it in the
10   front of the -- the heater was sort of in a box
11   shape; is that correct?
12        A.  That's right.
13        Q.  Was the blower in the front of the box
14   as you look at the heater or was it in the back
15   of it?
16        A.  I'm not positive.
17        Q.  What did you have to do to take the
18   blower out?
19        A.  I think I had to take four screws out,
20   if I remember right, and the front of it come
21   off, and the blower and the bricks and everything
```

58

```
 1   was right there.
 2         Q.   So you had to take the front part of the
 3   heater off?
 4         A.   If I remember right, yes.
 5         Q.   And that was the front grills?
 6         A.   Yes.
 7         Q.   And then where was the blower in
 8   relationship to where the bricks were?
 9         A.   I don't remember whether it was top or
10   bottom.
11         Q.   And what did you have to do to have to
12   take the blower out?
13         A.   I don't remember.
14         Q.   What did the blower consist of?  When
15   you say a blower what do you mean by that?
16         A.   It had a motor on it and it had pins to
17   one side of it.
18         Q.   So it was like a fan?
19         A.   Like a fan, yes.
20         Q.   What were you going to clean?  What did
21   you think needed cleaning?
```

1    A.    It had pins on the blower, in other
2    words, it was round with pins on it.
3    Q.    It had blades?
4    A.    Yes.
5    Q.    It was round and had a series of blades
6    on it?
7    A.    That's right, that's right.
8    Q.    When the motor turned it, it created air
9    that blew out the front?
10   A.    Up over the bricks. I don't remember
11   which way.
12   Q.    That's what got the heat out to the
13   room?
14   A.    That's right.
15   Q.    You took the blower out. Was the blower
16   like a propeller fan or was it like a cylinder
17   with blades in it?
18   A.    Cylinder, cylinder.
19   Q.    And you cleaned those. What did they
20   look like that they needed cleaning?
21   A.    Well, they had caked dust on them, and I

60

1   took the air hose to clean them, and when I did
2   that, I put too much pressure on it, too much air
3   pressure on it, and it messed it up.
4        Q.   Did you have to take the motor out to
5   clean it?
6        A.   Yes.
7        Q.   So you had to take the whole unit out,
8   the blower unit?
9        A.   Yes.
10       Q.   When you say messed it up, did it break
11  the blades?
12       A.   Bent them, bent them.
13       Q.   What were the blades made out?
14       A.   Well, light aluminum it looked to me but
15  I don't know.
16       Q.   What did you do at that point to get a
17  new blower?
18       A.   Called Sharp Energy.
19       Q.   What -- did they just sell you the part?
20       A.   I don't remember whether I installed it
21  or they installed it, but we got a new one and it

1  was installed. Like I said I don't remember
2  whether I installed it or not. I believe I did.
3       Q.  Did they bring it out to you, the new
4  blower?
5       A.  That part I don't remember. I don't
6  know.
7       Q.  And do you have any -- do you have any
8  idea of the relationship in time between when the
9  heater was installed and when the new blower was
10 put in in terms of years? Was it a year?
11      A.  Approximately five to six years.
12      Q.  And how much before the fire was the new
13 blower put in?
14      A.  Five, six years.
15      Q.  So around 1995, 1994?
16      A.  In that area, yes.
17      Q.  Besides yourself, did anyone else ever
18 to your knowledge do anything with regard to the
19 heater in terms of adjusting and taking the front
20 off, adjusting it?
21      A.  No.

62

1  Q. Making changes?

2  A. No.

3  Q. After the new blower was put in, this
4  would have been a new motor and a new --

5  A. If I remember right, yes.

6  Q. -- fan system?

7  A. The whole thing was together, yes.

8  Q. Were there any problems with the heater?

9  A. No.

10  Q. Were there any problems with the heater
11  prior to you deciding you needed to clean the
12  blower?

13  A. No.

14  Q. Did you have the heater serviced by
15  Sharp Energy on any type of basis?

16  A. I don't know.

17  Q. Who would know that?

18  A. My wife.

19  Q. When would you use the heater?

20  A. When it got cold.

21  Q. So when normal -- for a normal year,

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889

63

1   when do you think you would start using it?
2        A.   October to March.
3        Q.   Do you know what system was used to
4   ignite the gas so you had a flame on the bricks?
5        A.   I have no idea.  It was just a push
6   button as far as I was concerned.
7        Q.   Did you ever have a situation where
8   there was a pilot light that went out that had to
9   be lit?
10       A.   Not that I know of.  The only time the
11  pilot went out that I know of is when we cut it
12  down, cut it off.
13       Q.   Was that after the fire?  When you say
14  cut it off, what do you mean by that?
15       A.   Well, sometimes you didn't need it, so
16  we cut it off.
17       Q.   How would you cut --
18       A.   By the switch.
19       Q.   You turned the heater off?
20       A.   That's right.
21       Q.   But you don't know whether there was a

1        Q.  And do you recall -- do you have a
2   recollection of turning it down to the one
3   position?
4        A.  I normally kept it on the one position,
5   but, yes, it was on the one position.
6        Q.  Did the back of the heater prior to the
7   fire -- did you know whether the back part of the
8   heater touched the paneling that was on the --
9   that faced into the storage room?
10       A.  No.
11       Q.  You don't know one way or the other?
12       A.  No.
13       Q.  Do you know whether any of the -- did
14  you go through and determine whether any of the
15  auto parts stored in the storage area still
16  had -- still could be sold as auto parts?
17       A.  Positively not.  I don't know that you
18  could use them.  Like I say mostly it's
19  transmissions in there, and if it wasn't heat
20  damaged, they got water damage.
21       Q.  Did you yourself ever go through the