Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.


Case:         New World Tower v FPL
Client:       Florida Power & Light
Attorney:     Steele Hector & Davis
Jurisdiction: Federal Court, Miami District
Year:         1989


Case:         Crazytown v. BUG
Client:       Brooklyn Union Gas
Attorney:     Cullen & Dykeman
Jurisdiction: NYC Court, Brooklyn District
Year:         1990


Case:         Strunk v. GW University
Client:       GW University
Attorney:     Leo Roth, Esq.
Jurisdiction: Federal Court, DC District
Year:         1991


Case:         Rogovin v. Climate Control et al
Client:       Hartford Ins. Co.
Attorney:     Cozen & O'Connor
Jurisdiction: Federal Court, DC District
Year:         1992


Case:         4 Seasons Athletic Club v.
              American Fire Protection Co., et al
Client:       4 Seasons Athletic Club
Attorney:     Cozen & O'Connor
Jurisdiction: Carroll County District Court, Md
Year:         1993


Case:         Werner v Harland Simon Controls
Client:       Harland Simon Controls
Attorney:     Rubinate & Marks

EXHIBIT 9

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Jurisdiction: Federal Court, Allentown PA District
Year: 1991

Case: C3 v. Jennings
Client: Jennings Service Co.
Attorney: Doherty, Sheridan & Crimaldi
Jurisdiction: Loudon County District Court, VA
Year: 1992

Case: Raab v. Hartford Insurance Co.
Client: Hartford Ins. Co.
Attorney: Mahoney, Hogan, Heflin & Heald
Jurisdiction: Arbitration
Year: 1992

Case: Sieler v. Henderson Webb
Client: Allstate Ins. Co.
Attorney: Anderson & Quinn
Jurisdiction: Baltimore County Md. District Court
Year: 1992

Case: Williams v. Gorman Rupp
Client: Gorman Rupp Pump Co.
Attorney: James Hymes III, Esq
Jurisdiction: Federal District Court, USVI
Year: 1993

Case: Susewind v. Richards A/C
Client: Rose Susewind
Attorney: Richard Downey, Esq.
Jurisdiction: District Court, Fairfax Co., VA
Year: 1993

Case: Shanks v. Sutphin & Sons, Inc.
Client: Sutphin & Sons

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Attorney:      O'Connell & O'Connell
Jurisdiction: District Court, Washington, DC
Year:          1993

Case:          CHOP v. Phila. Thermal Energy Corp.
Client:        CHOP
Attorney:      Margolis, Edelstein, Schleris and Kramer
Jurisdiction: Philadelphia Court of Common Pleas
Year:          1994

Case:          Wills v. USA
Client:        Charles Wills
Attorney:      Ward, Klien & Miller
Jurisdiction: Federal Court, Baltimore District
Year:          1994

Case:          Hartford v. Coastal Heating & Air Cond.
Client:        Coastal Heating & Air Cond.
Attorney:      Carr, Goodson & Lee
Jurisdiction: District Court, Anne Arundel Co, MD
Year:          1995

Case:          Martino v. Pentagon City et al
Client:        John J. Kerlin, Inc.
Attorney:      Carr, Goodson & Lee
Jurisdiction: District Court, Arlington Co. VA
Year:          1995

Case:          Dost v. Beckett, Carter's Heating et al
Client:        Donald & Carol Jean Dost
Attorney:      Kaufmann & Shilling
Jurisdiction: Gettysburg, PA Court of Common Pleas
Year:          1995

Case:          Buford W. Wright v. Plastics of Rayne, et al

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Client:        Buford W. Wright
Attorney:      Ashcraft & Geral
Jurisdiction:  District Court, Orange County, VA
Year:          1995

Case:          Donald Brooks v. Energywise, Inc.
Client:        Energywise Inc.
Attorney:      Armstrong Teasdale Schlafly & Davis
Jurisdiction:  Johnson Co. Kansas District Court
Year:          1995

Case:          Eastern Yacht Club v.
               United States Fire Ins. et al
Client:        Eastern Yacht Club
Attorney:      Irwin, Kerr, Green McDonald & Dexter
Jurisdiction:  Federal Court, Baltimore, MD
Year:          1995

Case:          Maynard v Hill
Client:        James Hill
Attorney:      Saccer Clagget & Bucher
Jurisdiction:  Circuit Court, Charles Co., MD
Year:          1996

Case:          Merrimac Mutual & RIMSI v Washington Gas
Client:        Washington Gas
Attorney:      Martin A. Durkin, Esq.
Jurisdiction:  Circuit Court, Prince Georges Co., MD
Year:          1996

Case:          Artic Heating & A/C v Mark III Mechanical
Client:        Mark III Mechanical
Attorney:      Bensch, Friedlander Coplan & Aronoff
Jurisdiction:  Court of Common Pleas, Hamilton Co., OH
Year:          1996

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:          Buford W. Wright v. Plastics of Rayne, et al
Client:        Buford W. Wright
Attorney:      Ashcraft & Geral
Jurisdiction:  District Court, Orange County, VA
Year:          1996

Case:          1631 Kalorama Assoc. v Aetna Ins. Co.
Client:        Aetna Insurance Co.
Attorney:      Hogan Heffler & Heald
Jurisdiction:  Superior Court, DC
Year:          1996

Case:          Chubb Group v. Lustine Chevrolet
Client:        Chubb Group
Attorney:      Saunders & Schmieler
Jurisdiction:  Superior Court, DC
Year:          1996

Case:          Joan & David v. Donohoe
Client:        St. Paul Insurance
Attorney:      Fiscella & Kelly
Jurisdiction:  Superior Court, DC
Year:          1996

Case:          Brethren Mutual v. Stenger Gas Co.
Client:        Brethren Mutual Insurance
Attorney:      Campen & Walsworth
Jurisdiction:  District Court, Kent Co. MD
Year:          1997

Case:          Brethren Mutual v. Lenco
Client:        Brethren Mutual Insurance
Attorney:      Campen & Walsworth
Jurisdiction:  Circuit Court, Caroline Co. MD

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.


Year:          1997


Case:          Len Popa et al v. Goetzinger
Client:        Great American Insurance Co
Attorney:      Lipshultz & Hone
Jurisdiction:  Circuit Court, Baltimore Co. MD
Year:          1997


Case:          Hartford v McCrea
Client:        Hartford Insurance Co.
Attorney:      Niles Barton & Wilmer
Jurisdiction:  Federal Court, Greenbelt MD
Year:          1997


Case:          Andrews v Dupont
Client:        Dupont Corp.
Attorney:      Archer & Greiner
Jurisdiction:  Superior Ct, Cumberland Co. NJ
Year:          1997


Case:          Dodson v Grease Monkey
Client:        Grease Monkey
Attorney:      Brizendine, Bergen & Tripoda
Jurisdiction:  District Ct., Prince William Co., VA
Year:          1997


Case:          Aberdeen Boys and Girls Club v Madigan
Client:        Madigan Construction, Inc.
Attorney:      Ober Kaller Shiver
Jurisdiction:  Arbitration, Baltimore, MD
Year:          1998


Case:          SB Construction v. Montgomery College
Client:        Montgomery College
Attorney:      Ober Kaller Shiver

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Jurisdiction: Mediation, Washington, DC
Year:         1998

Case:         Baker v SMO
Client:       Allstate Insurance Co.
Attorney:     Allewalt & Murphy
Jurisdiction: Circuit Court, Charles Co., MD
Year:         1998

Case:         Stanciu Management v Water Treatment Specialist
Client:       Water Treatment Specialists
Attorney:     McCarthy Ethridge & Wilson
Jurisdiction: Circuit Court, Prince Georges County, MD
Year:         1999

Case:         Woolsey Markets v Teroka et al
Client:       Cigna Insurance Co.
Attorney:     William G. Adamson, Esq.
Jurisdiction: Pennsylvania Court of Common Pleas, Beaver, PA
Year:         1999

Case:         Angerline Thomas v. Sta-Rite Industries
Client:       Allstate Insurance Co.
Attorney:     Ryan & Drewniak
Jurisdiction: Prince Georges County District Court
Year:         1999

Case:         Bernstein v Washington Gas
Client:       Bernstein Management Co.
Attorney:     O'Malley, Miles, Nylen & Gilmore, P.A.
Jurisdiction: Maryland Public Service Commission
Year:         2000

Case:         Weaver v. Lambden & Sons
Client:       State Farm Insurance

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Attorney:      Butler & Simmons
Jurisdiction:  Montgomery County, MD (Arbitration)
Year:          2000

Case:          Backe v Fluidmaster
Client:        Allstate Insurance
Attorney:      Law Offices of John Kelly
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2000

Case:          Whyne v Crown Food Service, Inc.
Client:        Crown Food Service Inc.
Attorney:      Kubecki and Draper
Jurisdiction:  District Court, Dade County, Florida
Year:          2000

Case:          Kilby v United Propane et al
Client:        United Propane
Attorney:      Law Office of Michael Comaneau
Jurisdiction:  District Court of Prince Georges County, MD
Year:          2001

Case:          Langhrehn v. United Hardware Distribution Inc.
Client:        State Farm Insurance
Attorney:      Issac Waranch, Esq.
Jurisdiction:  District Court of Baltimore County, MD
Year:          2001

Case:          Meekins v. Nanticoke Homes, Inc.
Client:        Allstate Insurance Co.
Attorney:      Charles Fratus, Esq.
Jurisdiction:  District Court of Queen Anne County, MD
Year:          2002

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:          Gwynn v Cherry v Southern Wheel & Hubcap
Client:        Erie Insurance
Attorney:      Mal Snyder, Esq.
Jurisdiction:  District Court of Prince Georges County, MD
Year:          2002

Case:          Jan v. Bradford White
Client:        Allstate Insurance
Attorney:      Charles Fratus, Esq.
Jurisdiction:  District Court of Howard County
Year:          2002

Case:          Brown v. Midway Bally
Client:        Allstate Insurance
Attorney:      Charles Fratus, Esq.
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2002

Case:          Scott v. Liberty Pumps
Client:        Allstate Insurance
Attorney:      Charles Fratus, Esq.
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2002

Case:          Karanikis v Magic Broom
Client:        Erie Insurance
Attorney:      McCarthy and Wilson
Jurisdiction:  District Court of Prince Georges County, MD
Year:          2002

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:         James/Hartford v Clark Turner et al
Client:       Hartford Insurance
Attorney:     Niles, Barton & Wilmer
Jurisdiction: District Court of Harford County, Maryland
Year:         2002

Case:         Shifflett v Mitchell Plumbing & Heating
Client:       Farmers Insurance
Attorney:     R. Douglass Kattell, Esquire
Jurisdiction: Baltimore County, MD (Arbitration)
Year:         2003

Case:         Hitt v. Loughlin and Tspouris
Client:       Wilson Hitt
Attorney:     Robert Flynn III, Esquire
Jurisdiction: Circuit Court, Montgomery County, Maryland
Year:         2003

Case:         Dougherty v Amana
Client:       Allstate Insurance
Attorney:     Charles Fratus, Esq.
Jurisdiction: District Court, Anne Arundel County, MD
Year:         2003

Case:         Lebherz v Nationwide
Client:       Allstate Insurance
Attorney:     White & Williams, LLP
Jurisdiction: Baltimore County, MD (Arbitration)
Year:         2003

Case:         Foster v. Meintzer Bros. Petroleum
Client:       Federated Insurance Co.
Attorney:     Goldberg Pike & Besche
Jurisdiction: Talbot County District Court, Easton, MD
Year:         2003

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:         CNA v Global Imaging
Client:       CNA Insurance
Attorney:     Law Offices of John W. Sheldon
Jurisdiction: Baltimore County, MD (Arbitration)
Year:         2003

Case:         Hollander et al v India's Palace
Client:       Peninsula Insurabce
Attorney:     Niles Barton & Wilmer
Jurisdiction: Anne Arundel County, MD (Arbitration)
Year:         2003

Case:         St. Mary's County v Essex Tompkins Jt Venture
Client:       St. Mary's County, MD
Attorney:     Ober Kaller Grimes & Shriver
Jurisdiction: St. Mary's County, MD
Year:         2003

Case:         Beard v Climate Control of Harrisonburg, Inc.
Client:       Climate Control of Harrisonburg, Inc.
Attorney:     Timberlake, Smith, Thomas & Moses, P.C.
Jurisdiction: Rockingham County VA Circuit Court
Year:         2003

Case:         Wheatley v Cato Oil
Client:       Erie Insurance
Attorney:     McCarthy Wilson
Jurisdiction: Wicomico County MD Circuit Court
Year:         2004

Case:         Rau v Carroll Independent Fuel
Client:       Chubb Insurance

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Attorney:      White & Williams
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2004

Case:          Nationwide v. General Refrigeration
Client:        Nationwide Insurance
Attorney:      Butler Pappas
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2004

Case:          West Virginia v Bolton
Client:        State of WV
Attorney:      District Attorney James Davis, Esquire
Jurisdiction:  New Cumberland, WV
Year:          2004

Case:          Blue Ridge Farms v. Hallam Engineering
Client:        Law Office of Robert Sheps
Attorney:      Robert Sheps, Esq.
Jurisdiction:  Nassau County, NY (Arbitration)
Year:          2004

Case:          Travelers Insurance v. Carter Fuel Oil
Client:        Travelers Insurance Co.
Attorney:      Law Office of Roger Mackey, PA
Jurisdiction:  Montgomery County, MD District Court
Year:          2004

Case:          Welch V Cumberland Engineering
Client:        Travelers Insurance/Investigative Engineering
Attorney:      Brown & James
Jurisdiction:  Federal Court, St. Louis, Missouri
Year:          2004

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:         Furr v. WSSC
Client:       Brethren Mutual Insurance Company
Attorney:     Niles, Barton & Wilmer
Jurisdiction: Dist Court, Prince Georges County, MD
Year:         2004

Case:         Selective Ins. v EMH Environmental
Client:       Hartford Ins
Attorney:     William Klump, Esq.
Jurisdiction: Baltimore County, MD (Arbitration)
Year:         2004

Case:         Florence Fields v KeroDel
Client:       St. Paul Travelers Insurance
Attorney:     William Crawford, Esquire
Jurisdiction: Baltimore County, MD (Arbitration)
Year:         2005

Case:         Ellis v Goulds Pumps
Client:       Allstate Insurance
Attorney:     Fratus Campbell & Brady
Jurisdiction: Montgomery County, MD (Mediation)
Year:         2005

Case:         Byrd v Griffith Consumers Oil Co.
Client:       Nationwide Agribusiness Insurance Co.
Attorney:     Joseph Rosenblatt, Esquire
Jurisdiction: Dist Court, Prince Georges County, MD
Year:         2005

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Case:          Chubb v. McMahan Oil Company, Inc.
Client:        Chubb Insurance Group
Attorney:      White & Williams LLP
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2005


Case:          Federal Insurance v. Bear Industries, Inc.
Client:        Federal Insurance Company
Attorney:      Cozen O'Connor
Jurisdiction:  Federal District Court, Wilmington, DE
Year:          2005


Case:          Cook a/s/o USAA v Armstrong Air Conditioning
Client:        USAA
Attorney:      Cozen O'Connor
Jurisdiction:  Fairfax County, VA (Arbitration)
Year:          2005


Case:          Zurich v Metropolis Heating & Cooling
Client:        Zurich Insurance Company
Attorney:      Parler & Wobber
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2005


Case:          Cedar Hill Hardware v ICH
Client:        Insurance Company of Hannover
Attorney:      Brown & James
Jurisdiction:  Federal District Court, St. Louis, MO
Year:          2006


Case:          Allstate v. Zeiller Plumbing

Trial testimony experience, 1983 - Present:

Kenneth R. McLauchlan, P.E.

Client:        Allstate Insurance Company
Attorney:      Fratus Campbell & Brady
Jurisdiction:  Baltimore County, MD (Arbitration)
Year:          2006