# Ignition Handbook

Principles and applications to fire safety engineering, fire investigation, risk management and forensic science

Vytenis Babrauskas, Ph.D.



 **Fire Science Publishers**



 **Society of Fire Protection Engineers**



*Disclaimer*
The information presented has been carefully evaluated and is believed to be reliable. Nonetheless, no warranty, expressed or implied, is offered as to the accuracy of the information. Neither the author nor the publishers assume any responsibility for the use of the information contained herein. Any individual using this information is obligated to obtain professional guidance and must not make decisions based solely on the information provided herein if such use of information has a potential to affect safety of people or property.

Copyright © 2003 by Vytenis Babrauskas

ISBN 0-9728111-3-3

Library of Congress Control Number: 2003090333

Published by Fire Science Publishers
A division of Fire Science and Technology Inc.
Issaquah, WA 98027
USA

Distributed in Europe by:
Interscience Communications Ltd.
London SE10 8JT
United Kingdom

Printed and bound in the USA.

10 9 8 7 6 5 4 3 2 1

Table 219 Low-temperature, long-term ignitions of wood studied by the Swedish Fire Protection Association

| Hot object | Ignited | Estimated peak temp. | Estimated time |
|---|---|---|---|
| insulated steam boiler return pipe | 25 mm thick floor board | 90 – 100°C, rarely up to 120°C | unknown |
| steam boiler return pipe | sawdust & shavings | 70 – 100°C | unknown |
| condensate water | insulation comprising cardboard + 12 mm wood | 90°C | unknown |
| high pressure steam pipe | wood scaffolding | 200°C | 2 h |
| pickling tank | floor under tank | 112°C | 1 yr |
| low pressure steam pipe | cardboard + mineral wool | 106°C | < 1 yr |

The ignitability of rotted wood (unspecified species) by glowing, non-flaming juniper brands was studied by Bunting and Wright[504]. Using cylindrical-shaped brands, for the largest size used, 5 × 20 mm, they found that ignition required a minimum air temperature of 0°C but that there were few ignitions until 4°C was reached. Also, fuel moisture content of < 15% was found to be a prerequisite for ignition. Unlike for ignitions of fine-size fuels by brands, wind velocity and RH did not affect the results significantly. When brand size was varied, ignitions were found to regularly occur even for the smallest brands used, 2 × 10 mm.

Rosenhain and Gemmell[264] conducted experiments in 1913 which were a cruder version of the FRS oven-basket testing method. Using 0.305 m cubes of solid, but 'somewhat decayed' wood, they found that an oven temperature of 178 – 180°C was needed for thermal runaway.

Rotting also removes mass and thus lowers the density and presumably the thermal conductivity. Thermal inertia of rotted woods have not been characterized, however. Rudge[1201] speculated that inorganic constituents in soil, especially calcium, play a strong role in lowering the ignition temperature of rotted wood.

### SELF-HEATING, 'PYROPHORIC CARBON,' AND IGNITIONS FROM HOT PIPES

As already discussed at the start of this Section, wood is a very complex substance. Certain aspects of its chemistry have been studied at some length, but these studies normally do not help in solving practical ignition problems. Most of the problems of self-heating of wood arise in connection with porous forms of it, for example, wood fiberboard or wood sawdust. The chemical reactions leading to exothermic phenomena are, of course, the same, irrespective of the physical form of the substance. But when, as in the case of wood, self-heating involves an oxidation reaction (oxygen from the air reacts with the substance) then access of air to the interior of the material is necessary. This is readily feasible for porous forms and more difficult in the case of 'solid' wood. Yet already in 1902 Schwartz[2056] wrote: "Beams of timber may become capable of spontaneous ignition when exposed to prolonged influence of moderate warmth, even below 100°C." A century later, this issue remains controversial and not fully resolved, as will be explored in this section. The controversies have centered around two related issues: (1) are ignitions possible from heat sources, such as low-pressure steam pipes* (which operate in the region of 100 – 120°C); and (2) the character and role of char formation and char oxidation in this process. The controversies arise because, unlike piles of sawdust or wood fiberboard, structural members will commonly be no more than 150 to 300 mm thick in their thinnest dimension and, as discussed in Chapter 9, self-heating shows a very strong size dependence. An additional issue of controversy has been whether whole wood is sufficiently permeable to oxygen that a process of continued oxidation could be sustained.

Ever since about 1900, case reports have been published of wood members igniting after a long period of heating by steam pipes, hot water pipes, and other hot surfaces that have temperatures of 100 – 150°C or, in some cases, lower yet. Since the autoignition temperature of wood, as discussed above, is 250°C or higher, such cases are not just external ignitions—self-heating has to play a dominant role. In 1910, Bixel and Moore[263] reported details of more than 40 fires where the origin was identified to be a wood beam igniting from an uninsulated steam pipe which had been drilled through it. For most, the time required for ignition was unknown, but the two known cases involved 3 months and 3 years of steam heating prior to the occurrence of fire. Additional cases were collected by Matson et al.[2057]; of special interest is a case where it took 15 years for the condition to lead to a fire. In 1967, Kinbara[2058], a professor at Tokyo's Sophia University, studied two cases in Japan, one where the steam pipe temperature was just over 100°C, the second estimated to be 140 – 150°C. The question of the steam pipe temperature is, of course, very important. Low-pressure steam lines will run below 120°C, while high-pressure steam lines might typically run at 170°C. In some cases, the hot-surface temperature has been lower. Matson reports a fire where wood members in contact with a water tank ignited, and the latter could not have exceeded 100°C and another where a steam return pipe could not have ex-

---
* Low-pressure steam is customarily defined as being below 2 atm absolute; steam at the latter pressure is at 120°C temperature.

ceeded 100°C. A fire in joists adjacent to a hot-water radiator running at ca. 82°C has been reported in relatively recent times[2059]. In this case, it was clear that the thickness of wood was greater than just one beam's worth. The actual arrangement involved 50 × 300 mm beams, along the bottom of which was clamped a radiator; below the radiator was a makeshift enclosure. One important practical observation in Matson's study was that in a number of the incidents where the fire was promptly discovered and extinguished, other wood members exposed to similar conditions were cut apart as part of the investigation. These commonly showed that the wood members had become charred black and charcoal-like near the places where they abutted the steam pipes.

In 1960, the Swedish Fire Protection Association published an assessment of the problem[2060]. The case histories surveyed are summarized in Table 219. The last case listed is especially interesting, since the author notes: "The fire [started] when the charring reached a gap with access to air." A recent case history was documented in an apartment house fire in Winnipeg, Canada in 2001. Fire investigation revealed the point of origin at an 1-¼" hot water supply pipe (left pipe in Color Plate 143 and Color Plate 144; the right pipe is an 1-½" return pipe), where it passed from one storey to the next within a wall cavity[2061]. The furnace was producing water at 88 – 93°C and was checked out to be in proper operational order. The pipe was mostly insulated by 25 mm thickness of fiberglass insulation, but the insulation was omitted at the area of floor penetration. The pipe penetrated an assembly which consisted of 15.9 mm thick OSB sub-floor, on top of which was a 38.1 mm thick wall plate. The investigation was carefully done and all alternative fire causes were ruled out. In this situation, the heating conditions would not be conceptualized as a single hot surface on a body otherwise at ambient temperature. The floor-ceiling space was a small, closed volume and the trapped air space heated up to a temperature higher than ambient.

The fire incident with the lowest measured temperature known to the author involved a fire that occurred on 4 February 1972 in Van Nuys, California[2062]. The fire was found to have originated at a header in a wall cavity (of 2×4" timber construction) where a hot-water pipe passed through. To reduce the potential for vibrations, the plumber had forced a red cedar wedge into the aperture surrounding the pipe, so that good contact was made between the wood and the pipe. The fire broke out some time after numerous individuals of a large family had finished taking showers. During the investigation of the fire, the investigator measured the temperature of the hot water pipe as 77°C, which is much higher than common for domestic hot water, but in this case was set to enable a large family to not run out of hot water.

Some reported cases should not be considered as solid-wood ignitions, since other substances, such as sawdust or oils, were also present. Other cases need to be excluded since investigation revealed that some heating malfunction had occurred and substantially higher temperatures were reached than are found in normally operating low-pressure steam pipes. In a rare quantitatively documented example[2063] it was noted that fire broke out where steam pipes penetrated walls, but it broke out at 10 places simultaneously. Molten lead in the flanges of the pipe system indicated that steam temperatures had surpassed 320°C, and the investigators correctly determined the cause to be the failure of a pump in the steam system. It is possible that some fraction of incidents where the fire origin was attributed to normally-operating, low-pressure steam pipes, in fact, involved excessively high temperatures due to gross malfunction. However, it does not seem credible that *all* fires ascribed to low-temperature, long-term ignition of wood involved incompetent fire investigation.

If it is taken that low-temperature, long-term ignitions can occur, then of course there is an interest in explaining the phenomenon. In 1873 the German pharmacologist H. von Ranke[1173] proposed a theory of self-heating of haystacks where he concluded that *pyrophoric carbon* gets formed by self-heating, then this highly-reactive carbon is the substance which subsequently ignites. The term was selected because Ranke believed that the carbonized matter was particularly easy to ignite. The actual sequence of spontaneous combustion of haystacks was more successfully quantified later, and has been discussed above under *Forest materials, vegetation, and hay*. In his 1902 book, Schwartz applied the term and idea of 'pyrophoric carbon' to low-temperature, long-term ignitions of wood[2056]. The term 'pyrophoric carbon' (or 'pyrophoric char') has since been used widely in the fire investigation community. Fire investigators, however, have tended to use the term simply as a synonym for 'low-temperature, long-term ignition of wood,' not necessarily ascribing a particular chemical explanation to the phenomenon.

In 1908 Brooks and McCreary[2064], two students at Case School of Applied Science, conducted the first experiments to examine the potential for steam pipes to ignite wood. They constructed a test rig which surrounded a steam pipe with several boxes into which were placed various test materials. The experiment was conducted for 35 days, during which time steam heating was provided only about 11.5 h per day, with pipe temperatures being about 150 – 160°C while steam was being provided. In the course of a single day, they obtained ignition in one box, which was packed with charcoal. But they got no ignition during the entire 35 day period in a second charcoal-packed box, nor in boxes filled with sawdust, pine chips, 'wastes' coated in machine oil, wood shavings coated in machine oil, or solid blocks of pine. They concluded that their testing was insufficiently long, and that future researchers should (a) conduct experiments for a whole year, and (b) examine more closely the issue of temperature cycling.

Table 220 Self-heating properties for wood products

| Substance | $\rho$ kg m$^{-3}$ | $E$ kJ mol$^{-1}$ | $P$ ln(K$^2$ m$^{-2}$) | $QA$ W kg$^{-1}$ | $QA/C$ K s$^{-1}$ |
|---|---|---|---|---|---|
| various solid woods[2069] | | 104.6 – 123.4 | | | |
| Douglas fir, solid[2070] | | 126 | | | |
| solid wood[2058] | | 149 | | | |
| Douglas fir chips, virgin[2050] | | 68.60 | 37.51 | | 5.89×10$^5$ |
| Douglas fir chips, pre-charred[2050] | | 80.45 | 39.98 | | 5.93×10$^6$ |
| wood sawdust[2071] | 140 | | | 6.11×10$^{13}$ | |
| hardwood chips[1768] | 145 | 102 | 46.26 | | |
| Monterey pine sawdust[2072] | 222 | 90 | | 3.19×10$^{11}$ | 1.88×10$^8$ |
| wood sawdust[445] | 260 | 108.33 | 48.77 | | |
| wood sawdust[2073] | 210 | 100 | | 2.7×10$^{12}$ | |
| wood fiberboard[445] | 270 | 100.97 | 48.37 | | 1.10×10$^{10}$ |
| charcoal briquettes (high wood char)[275] | | 98.94 | 46.3 | | |
| charcoal briquettes (high wood char, in polyethylene bag)[275] | | 83.14 | 42.32 | | |
| activated charcoal[445] | 370 | 97.02 | 49.72 | | |

The first theoretically-based study of the problem was presented in 1967 by Kinbara[2058], who assumed wood sawdust behaves identically to whole wood, tested spheres of sawdust for self-heating, then applied simple F-K theory (Chapter 9) and concluded that a temperature of 130°C would be needed to cause thermal runaway. Shortly thereafter, Handa et al.[2065] conducted tests and modeled a sphere of whole wood, as opposed to sawdust. Their study, however, does not have much generality since to represent certain features of a fire they wanted to reconstruct, they coated the test spheres with plaster or with fiberglass insulation. Later, Handa et al.[2066] conducted 300 h furnace tests on wood blocks and used the data to validate a two-dimensional theoretical model. Their experimental data showed 50 mm thick blocks igniting at a furnace temperature of 190°C, decreasing to 155°C for 200 mm thick blocks; the actual ignition times were not stated. A value of $E = 149$ kJ mol$^{-1}$ was derived from the experimental results.

In more recent years, two researchers—Bowes and Cuzzillo—studied the problem and attempted to disprove either the possibility of low-temperature, long-term ignitions, or some aspects thereof. Bowes[445] started by reviewing data obtained from heating of whole-wood specimens in the kinds of experiments that are discussed in Chapter 9. There had not been many studies, but Bowes found two examples. Topf[2067] examined the effect of percent lignin content on the critical temperature for self-heating of wood using cylindrical specimens of 67 mm dia. and 90 mm height. His test condition was peculiar, however, in that the specimens were insulated with a 50 mm layer of mineral wool before being placed in a constant-temperature oven. As lignin content increased from 20% to 37%, Topf found that the critical temperature dropped from 155°C to 136°C. For the same tests repeated in a pure oxygen atmosphere, the critical temperature dropped from 149°C to 130°C. Heinrich and Kaesche-Krischer[2068] also used a very similar arrangement, with 60 mm specimen cubes, covered with a 60 mm outer layer of mineral wool. For solid-wood cubes, the lowest critical temperature value was 130°C, for a highly-resinous Scotch pine sample; a comparable sample of normal Scotch pine gave 180°C. In cube-tests on shavings of Scotch pine, the temperatures were 180°C for normal and 100°C for highly-resinous. The lowest temperature for normal solid wood was 160°C for Norway pine. Criticality was reached in these tests in 11 – 23 h. Heinrich then ran self-heating tests on resins extracted from the woods, mixed with an inert substrate, and placed in 40 mm diameter cylinders. Critical temperatures as low as 70°C were found in those tests. The authors also conducted unique tests where they tested beech specimens at 190°C in a nitrogen atmosphere and found no evidence of exothermicity. Under the same conditions, but in air, thermal runaway was reached in 11 h. In a further test, they kept a specimen in nitrogen for 15 h, then admitted air into the oven, at which point thermal runaway took place.

Bowes analyzed in some detail both of these studies and estimated that about 30°C needed to be added to Topf's values in order to represent the self-heating of uninsulated specimens. With this correction, he considered that cubes or short cylinders of 60 – 70 mm size are to be viewed as showing critical temperatures of 165 – 185°C. Bowes also compared these results to studies which examined wood sawdust and observed that such critical temperature values are essentially identical to those found for wood cubes of the same dimensions. He concluded that, at least for cubes of 60 – 70 mm, this was indirect evidence that oxygen is able to diffuse through solid wood and become available for reaction in essentially an indistinguishable manner from

what occurs in wood sawdust. But the geometry of a steam pipe passing through a wood beam is different from any of the standard geometries considered in self-heating theory. Thus, Bowes performed specific calculations for the hole-in-slab geometry. Based on those results, he concluded that a pipe temperature of approximately 200°C is required to cause thermal runaway.

More recently, Cuzzillo reported the results of several lab studies[2050,2074]. He placed an 89 mm cube of solid Douglas fir in an oven; it reached thermal runaway after being held at 200°C for around 250 min. A 200 mm cube held at the same temperature for around 12 h was close to the runaway condition. When he sealed the end grain surfaces, however, a 200 mm cube then took some 9.2 days to reach criticality. Earlier, Kubler[2075] had argued that oxygen access into the interior of pieces of whole wood is essentially nil. But Cuzzillo's results indicated that oxygen *can* enter into the interior, primarily through the end grain, but also sufficiently through the side grain so that slow oxidation can take place. Furthermore, it is evident that extended exposure of wood to elevated temperatures *creates* porosity. Thus, the self-heating process of whole wood includes a secondary positive-feedback mechanism—the creating of porosity due to self-heating, with porosity then further promoting self-heating. In another series of tests, Cuzzillo conducted experiments where the self-heating properties of virgin wood chips (as expressed by F-K theory constants) were compared to wood chips which had been pre-charred for 8 days at 198°C. His results, along with those from several other studies, are compared in Table 220.

Cuzzillo's results showed that, in his tests, the pre-charred chips had a slightly lower, not a higher, self-heating propensity. According to these results, for thermal runaway, a pre-charred 150 mm thick slab would require a temperature about 20°C higher than a virgin layer. It should be noted that, despite sizeable differences in the individual data constants, many of the results in Table 220 are broadly consistent. As Cuzzillo pointed out, when a limited, realistic range is considered for the problem variables, agreement is good since pairs of different $E$ and $P$ values can lead to the same prediction of critical temperature versus size.

Kubler also argued that, for solid wood, because of the poor access of oxygen into the interior, hydrolysis and pyrolysis reactions, rather than oxidation, dominate. If the governing reactions, then, are chemically different, it would also be expected that the self-heating constants for whole wood would be different than for porous wood products, where oxygen is readily available and oxidation reactions dominate. Cuzzillo did not test enough cubes of solid wood, so his work did not prove or disprove Kubler's claim. But the values of $E$ in Table 220 are rather higher for solid wood than for wood in more porous configurations.

Since his experimental results indicated that pre-charred chips show a slightly smaller, not larger, self-heating propensity in oven-basket testing, Cuzzillo concluded that he thereby disproved the theory of 'pyrophoric carbon.' While Cuzzillo did not specifically perform these calculations, it is also clear from either one of his results—virgin or pre-charred—that, if self-heating calculations were performed using the simple F-K theory, a broadly similar conclusion to Bowes' would follow: it would be 'proved' to be impossible to ignite wood members with low-temperature, long-term heating. But unlike Bowes, Cuzzillo did not specifically draw that conclusion. Instead, he concluded that low-temperature ignitions of wood members may occur, but would occur since the thermal inertia of charred wood is much lower than that of virgin wood. The latter claim, while true, is irrelevant for self-heating, because thermal inertia is a variable that only governs ignition from external heating, not from self-heating.

Neither Bowes nor Cuzzillo (1) conducted any chemistry studies on the reactions of wood, nor (2) conducted tests where a wood member would be subjected to conditions reasonably simulating the ones that have been involved in fires. Thus, neither of these studies have been directly helpful towards quantifying the conditions needed for low-temperature, long-term ignition of wood. It might be observed, furthermore, that use of the F-K theory is clearly inappropriate, in view of the time frames involved. Laboratory tests of the various researchers on small cubes and other similar samples showed that thermal runaway, if it happens, happens in a matter of hours or days. For example, in his test of longest duration, Cuzzillo obtained a thermal runaway time of 9 days for a 200 mm cube. Thus, it should be clear that the physicochemical mechanisms which are operating in incidents where it takes months-to-years for fire to break out are not ones within the scope of the simple F-K theory.

Turning now to other investigations and theories, Cuzzillo's experiments showing that pre-charring creates a less self-heating-prone situation is the opposite of what was found by Palmer earlier[2076] in tests of virgin and pre-charred sawdust. Palmer tested layers of sawdust on a hotplate, determining the minimum hotplate temperature needed for the ignition of a layer of a given depth. His results are shown in Table 221. The temperature needed for the ignition of the carbonized material was found to be 30°C lower than for the virgin wood sawdust. Thus, the effect found by Palmer was about of the same magnitude, but in the opposite direction, as found by Cuzzillo. Palmer's trends were confirmed during recent testing by Fitz[2077], who conducted hotplate tests on pre-charred sawdust and obtained results nearly identical to Palmer's. Since the self-heating process involves a solid-state oxidation and not combustion of volatiles, it can be concluded that removing some of the volatiles by pre-charring aids, not hinders, the self-heating process. But in any case, neither sawdust nor wood-chip ex-

periments have direct applicability to ignitions of solid wood members.

McGuire[2017] reported on a study where temperatures of ca. 121°C were maintained for 4 years on both whole wood and wood fiberboard specimens. Charring was found, but not a flaming ignition; however, the paper provided no details on experiments conducted.

There are a number of hints in the literature that the self-heating ignitions of wood members which take months-to-years are highly dependent on oxygen conditions, specifically, that ignitions of this type are promoted when oxygen is excluded from the wood member by a physical barrier such as a sheet-metal or a tile cover over wood. Already in 1922, Wedger[2078] wrote that "pyrophoric carbon" is preferentially formed "where there is no circulation of air." In current times, this has been illustrated by DeHaan[322] and others[2079]. It is not rare to find low-temperature, long-term ignitions under boilers where the unit has a solid-metal base in contact with wood flooring[2080]. Even without such overt devices restricting the availability of oxygen from the wood member, when a steam pipe or similar metallic member at an elevated temperature is located adjacent to a wood member, oxygen delivery into the interface will be restricted. Progressive charring causes shrinkage, so the exclusion effect would appear to diminish with time, but actual gas concentrations in these environments have never been studied.

To unravel details relating to the role of oxygen, it would be helpful if the chemistry of the pyrolysis and charring of wood were understood. The late Prof. Fred Shafizadeh, who was considered to be the foremost expert on the subject of pyrolysis of cellulosic materials, made an effort to do exactly that. He produced cellulose chars at various temperatures in an anaerobic process[2081]. Then, he conducted thermal analysis tests on these specimens and found that the chars produced at lower temperatures showed a pronounced exothermic peak occurring at a low temperature value; this exothermic peak was not present for chars produced at temperatures over 375°C. This implied that chars produced at low temperatures are substantially more reactive than those produced under higher temperatures. The reactivity manifests itself as an exothermic chemisorption of oxygen onto the freshly-formed char. The chemisorption was found[2082] to produce up to 460 kJ per mole of $O_2$ and led Shafizadeh to refer to write that: "This gives credibility to Ranke's theory of pyrophoric char and his explanation of spontaneous ignition"[2083]. In 1989, Shafizadeh's student, Hsieh[2084] attempted to repeat these experiments at lower temperatures, but obtained negative results. No further investigations in this area have been reported since then.

Table 221 Palmer's hotplate ignition tests on wood sawdust

| Specimen | Density kg m$^{-3}$ | Min. hotplate temperature needed for ignition (°C) | |
|---|---|---|---|
| | | Depth 25 mm | Depth 50 mm |
| wood sawdust | 200 | 270 | 240 |
| carbonized wood sawdust | 200 | 240 | 210 |

As the review of McNaughton's work in the preceding Section has shown, the charring of wood already takes place at 107°C and is full-fledged at 120°C. Kollmann and Topf[2085] summarized several German DTA studies and found that the lowest temperature at which an exothermic behavior was detected ranged from 105°C to 208°C. The lower values from this study are quite consistent with McNaughton's results. The higher values would seem to reflect limitations in measuring technology. Even today, the ability to measure chemical activity at low temperatures is limited. Differential scanning calorimetry (DSC) plots for oven-dried Douglas fir taken on a modern instrument are shown in Figure 124. No detectable response is seen below about 180°C. Thus, the paucity of chemistry studies is not surprising, in view of the fundamental difficulty of measuring reaction rates at low temperatures.

Considering Shafizadeh's and DeHaan's findings, plus the plethora of case histories, it is possible to speculate about the nature of the ignition mechanism. It appears that char is initially formed under conditions of very limited access to oxygen. It is well known that char shrinks and cracks under extended heating. Both of these factors will play some role in the chemistry, but the details are not known. It is possible that ultimate flaming ignition follows a time period when larger cracking took place. Cyclic aspects of the flow of heat, moisture, and oxygen may play a role. In many cases, low-temperature ignitions involved a heat source which is cyclic. This aspect has largely been ignored in recent inves-



Figure 124 DSC curves for oven-dried Douglas fir
*(Courtesy Frank C. Beall)*

tigations. However, early in the 20th century, Prof. Ira Woolson (considered to be America's first fire scientist), felt that low-temperature ignitions of wood are particularly liable to occur when steam pipes are in a heat/cool cycle[2086]. Much more recently, chemists at the National Research Council of Canada[2087] published a study giving an essentially identical opinion. It has often been noted that low-temperature wood ignition fires can occur after wetting of wood. But Woolson suggested that a water/air mechanism may apply to steam pipes. When steam heating is cyclic, ambient moisture may condense on pipes during periods of non-use. This will contribute to the exothermic heat of wetting to the self-heating process. When heating is restarted, a drying cycle occurs, in which there is an endothermic contribution from drying moisture, but an exothermic contribution from oxygen being made again available to char pores which were previously moisture-laden. Moore[262] speculated there may be a further mechanism involved, an interaction between wood and iron. For a variety of reactions, iron oxide acts as a catalyst, and he thought this should also be explored in connection with steam pipe ignitions.

As discussed earlier in this Chapter, wood is an extraordinarily complex substance, possibly the most complex substance which tends to get involved in accidental fires. Its enormously complicated degradation chemistry is known today only in its roughest outline. The standard self-heating theory (F-K theory), on the other hand, assumes that the substance is the simplest substance conceivable, not showing two-step reactions, parallel reactions, or effects of oxygen or moisture flow, and certainly no effects of thermomechanical phenomena such as cracking. Thus, it should be no surprise that the theory does not cope with the low-temperature, long-term ignition phenomenon. What has been missing—and is very much needed—is an experimental study where the low-temperature, long-term ignition of wood would be examined in a realistic environment. This should include a pipe which is cycled in temperature between, say, ambient and 120°C. Experiments where oven samples are uniformly heated do not constitute a realistic representation of the fire cases that are of practical interest. In 1960 Östlin[2060] observed that, in practice, wood members have ignited at temperatures down to ca. 100°C and pointed out: "That ignition did not occur in the laboratory attempts can be assumed to depend on the fact that these did not contain all the necessary conditions for ignition." This observation remains true today.

A more complex problem is *flue-pipe* ignitions. Here, it is generally difficult to estimate what the temperature of the pipe was. In addition, the heat transfer situation is normally complicated, since even in imprudent installation, flue pipes are not necessarily butted up to a wood member, but may be located some distance away. Thus, the boundary conditions at the high-temperature surface involve radiation and convection, not a fixed temperature surface. Even though the radiant/convective transfer situation entails a thermal resistance, which is zero in the fixed-temperature boundary-condition case, flue pipes are likely to be heated to significantly higher temperatures than steam pipes. The same questions of long-term, low-temperature ignitions exist, however. Handa et al.[2088] attempted to elucidate the mechanism of ignition whereby a fire in a Japanese hotel originated at a wood pillar that was located close to a flue pipe. The actual system was complex, including layers of plaster, metal, and two different woods, and the authors did not succeed in replicating the ignition by laboratory testing.

Self-heating of *porous wood products* (sawdust, wood fiberboard, etc.) where there is good access of oxygen into the entire volume of the product is a different problem. For sawdust surrounding hot pipes or vessels, a temperature as low as 65°C was found to suffice[1197]. If ignition occurs within a short time of creating the pile, then use of F-K theory, along with the constants given in Table 220, should be sufficient to enable calculations to be made. This would not apply, of course, to situations where long-term heating took place, but there do not exist sufficient case histories nor experimental data to enable such possibilities to be considered. Further aspects of self-heating for porous materials are discussed below.

### IGNITION BY ARC TRACKING

When an electric current is made to flow across a tree or a wood member, an arc tracking process can take place under some circumstances. Wood first dries out at the electrodes, then a carbonized channel starts to form. Given enough time and voltage, sufficient heating of the carbonized track takes place that the electric current passing through the track heats up the wood to ignition. The presence of contaminants in the water greatly lowers the voltage necessary to initiate arc tracking (Figure 125). Because of the anisotropic nature of wood, the carbonized tracks can appear in the interior of the material, not necessarily on the surface. Kinbara et al.[2089,2090] documented that wet wood is more easily ignited by the electric carbonization process than is dry wood, and also that ignition is more likely to occur if



Figure 125 Arc tracking-induced ignition upon contact with wood by bare conductors carrying 120 VAC and wetting the surface with contaminated water.
*(Courtesy Michael M. Fitz, MDE Engineers)*