# AFFIDAVIT OF THOMAS J. MARCINIAK

1. I am over the age of 18 years and competent to be a witness.

2. I have personal knowledge of the information herein.

3. I am an Associate Senior Consultant of Engineering Systems Inc. of Aurora, Illinois.

4. I have a Ph.D. in mechanical engineering from the University of Notre Dame and am a registered professional engineer in Illinois.

5. The ignition of wood generally requires temperatures exceeding 450°F.

6. In June, 2005, Engineering Systems Inc. tested a 18,000 Btu exemplar heater, identical in design to the subject heater, attached to a paneled wall.

7. With the heater on the middle setting, two of the three burners operating, the maximum temperature recorded at the back of the heater was 202°F. The corresponding wall temperature was 105°F.

8. With the heater on the highest setting, all three burners operating, the maximum temperature at the back of the heater was 209°F and the corresponding wall temperature was 116°F.

9. Even with the fan off and the heater at the maximum setting, the maximum temperature at the back of the heater was 250 F degrees and the maximum wall temperature was only 185°F, or approximately that of a hot cup of coffee. This is certainly not a temperature high enough to ignite wood under any circumstances.

10. Lint and dust are not thermal conductors – they are insulators. For example, cotton fiber (a good surrogate for lint or dust) is a low density material with a corresponding low thermal conductivity of 0.26 Btu/hr/sq ft/ft/F. Common fiberglass insulation also has a thermal conductivity of 0.26 Btu/hr/sq ft/ft/F. (*Handbook of Engineering Fundamentals,* Eschbach, Third Edition, John Wiley & Sons, New York, 1975, Table 103. Conductivities, Conductances and Resistances of Building and Insulating Materials.) Thus the presence of a buildup of lint or dust between the rear panel of the heater and the wall will very likely result in a lowered wall paneling temperature and thus be even less likely to be thermally affected.

7. The wall paneling in the Smullens' office was luan mahogany – a common material. According to the publication Panel Guide, Annex 2D, Plywood, by



EXHIBIT 12

the Wood Panels Industries Federation, Timber Trade Federation, TRADA Technology and BRE, the only condition which causes the warping or delamination of plywood is prolonged exposure to moisture. See attached publication.

8. The industry standard for gas appliances, including gas heaters, in 1988, as today, is certification of the design, after testing ,by the American Gas Association Laboratories ("AGAL"). The AGAL tests gas appliances to specific standards established by the American National Standards Institute. The extension of the certification of the Safel Super P-18 to the subject heater by the American Gas Association Laboratories in 1988 meant that it met industry standards for design and testing.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper is true.

_____  Date 12/12/06
Thomas J. Marciniak

**Panel Guide**

## ANNEX 2D

## PLYWOOD

Plywood is a versatile product that can combine attractive surface appearance with superior performance under hazardous conditions whilst retaining comparatively high strength to weight ratios. It is available in a range of wood species (both hardwood and softwood) and a range of glue types for interior and exterior conditions. It was developed to provide panels with dimensional stability and good strength both along and across the panel.

The term "plywood" includes both the true "veneer plywood" and also the core plywoods of which "blockboard" and "laminboard" are examples. Typical examples of these products are shown in the figures below.





**Traditional plywood construction** with odd number of veneer plies in alternate directions with neutral axis being in the plane of the middle of the centre veneer. May be any number of odd plies depending predominantly on thickness.

**5-ply blockboard** consisting of central core of sawn timber battens sandwiched between two veneers each side of the panel

**Laminboard** consisting of a central core of slats or veneers at right angles to the two veneers each side of the panel, producing a long grain appearance.

## Description

Veneer plywood (the official term for what is usually called plywood) is defined as plywood in which all the plies are made of veneers orientated with their plane parallel to the surface of the panel.

The term plywood also includes core plywoods such as blockboard and laminboard and is a 'wood-based panel product consisting of an assembly of plies bonded together, some or all of which are wood'. In veneer plywood, the direction of the grain in adjacent plies is normally at right angles, with the outer and inner plies placed symmetrically on each side of a central ply or core. However, as long as veneer plywood is 'balanced' about its centre line, plies may consist of two adjacent veneers bonded with their grain parallel. This structure usually results in plywood having higher mechanical properties in the direction parallel to the grain of the face veneer.

Plywoods are produced with glue bonds which range from those suitable only for interior use to those which will withstand external exposure. Typical adhesives used are:

- Urea-formaldehyde (UF)
- Phenol-formaldehyde (PF)
- Melamine-urea-formaldehyde (MUF)





For non-structural/non-load-bearing applications, there are many types/grades of plywood available on the market, from various sources. **If these are to be used in construction, they must now meet the requirements of the CPD.** The user should still satisfy himself that the manufacturing specification, be it a national or industry standard, provides a product suitable for his end-use. Particular attention should be paid to the glue bond quality if the product is to be exposed to moisture.

Blockboard and laminboard are not commonly marketed as being in accordance with any particular standard, although BS 3444 : 1972 defines grades and qualities. **Both are covered by the definition of plywood and should comply with the CPD if they are to be used in construction.**

# Physical properties

## Climate

Like other wood-based panel products, plywood is hygroscopic and its dimensions will change in response to changes in humidity. However, wood tends to shrink/expand much more across the grain than along the grain and the cross-laminated structure of plywood means that the longitudinal veneers in one ply tend to restrain the perpendicular veneers in the adjacent ply. As a result, the dimensional movement of plywood is quite small, typically, a 1% change in moisture content increases or decreases the length and width of plywood by about 0.15 mm per metre run. The corresponding change in thickness is likely to be in the region of 0.3%-0.4% per 1% change in moisture content. These figures should be taken as a guide only as they will vary with the species and lay-up of the plywood concerned.

The following table gives approximate moisture contents likely to be attained by plywood in certain environments.

| Relative humidity at 20°C | Approximate equilibrium moisture content |
|---|---|
| 30% | 7% |
| 65% | 12% |
| 85% | 18% |

Like all wood-based materials, the strength and stiffness of plywood will vary with moisture content. In structural design this is accounted for by applying modification factors to the material properties. Relevant factors are given for plywood in BS 5268 Part 2 and in EC5.

## Biological attack

The overall durability of plywood is a function not just of the glue bond quality, but of the durability of the veneers used and of the lay-up of the plywood.

The risks of biological attack of plywood are given in BS EN 335-3 in relation to hazard classes 1, 2 and 3. The use of plywood in hazard class 4 (in contact with ground or fresh water) and 5 (in contact with sea water) is noted as being appropriate only if the inherent and/or conferred properties of the panels are adequate.

Some guidance on the selection of plywood for use in different environmental conditions, ie hazard classes, is included in *DD ENV 1099 Plywood - Biological durability - Guidance for the assessment of plywood for use in different hazard classes*. The durability of plywood is affected by the wood species used in the plies, the ply thickness and the gluelines. In DD ENV 1099, for resistance to fungal attack, the durability class of the wood species used in the plies (from *BS EN 350-1 1994 Durability of wood and wood-based products - Natural durability of solid wood. Part 1 Guide to the principles of testing and classification of the natural durability of solid wood*) is related to the hazard class in which the plywood is to be used. Recommendations as to whether the natural durability of the plywood is sufficient or

whether preservative treatment is advisable or required are included. Ratings for the resistance of plywood to common species of insects, including termites and marine borers are included.

### Water vapour permeability

Water vapour permeability will vary with plywood species, density and structure, but the water vapour resistance factor ($\mu$) will generally be between 50 and 110 when tested in accordance with BS EN 12572 using test conditions C (the wet cup method). This equates to a range of 150 to 250 when using test conditions A (the dry cup method). Values for various densities of plywood are given in Table 9 of BS EN 13986.

### Thermal conductivity

The thermal conductivity of plywood is largely dependent on its density and is likely to be in the range 0.09 to 0.24 W/mK. Values for various densities of plywood are given in Table 11 of BS EN 13986.

### Fire

Under the new Euroclass system for characterising the reaction to fire performance of materials, an untreated plywood may be assumed to achieve a class D-s2, d0 (excepting floorings) or class $D_{FL}$-s1 (when used as a flooring) without need for testing, provided that it has a minimum density of 400 kg/m$^3$, a minimum thickness of 9mm and is used in real applications where it is fixed without an air gap behind, against class A1 or A2-s1, d0 products with minimum density 10 kg/m$^3$, or at least class D-s2, d0 products with minimum density 400 kg/m$^3$. **If the manufactured product does not satisfy any of these minimum requirements or is used with an air gap behind, then it must be tested and classified according to BS EN 13501-1.**

Further information on the reaction to fire of the various panel products in both the BS and EN systems is provided in Section 2.2.3 of PanelGuide.

## Storage and Handling

Bad handling and poorly organised storage of timber and wood-based products are major causes of wastage on building sites. Being reasonably durable and resilient, most timber products can withstand considerable abuse without damage, but lack of care before and during construction can affect wood products adversely.

Plywood should be stored flat and dry, off the ground, with all four edges flush. Storage in an enclosed building is preferable and external storage should be avoided whenever possible. Stacking on edge should be avoided wherever possible. Panels should be stacked on a close-boarded or slatted pallet, or if this is not possible on battens at no more than 600mm centres. The battens should all be of equal thickness and should be vertically aligned with any others in the same stack, in order to avoid distortion of the panels.

Panels should be protected by a waterproof covering during transport and the edges properly covered. Edges should also be protected against damage by lashings or other banding, this is particularly important for panels with profiled edges e.g. tongued and grooved panels. It is particularly important that plywoods with "dry" or "humid" bond qualities are protected from wetting during storage and construction. "Humid" panels may tolerate limited wetting, but in order to avoid problems with delamination and distortion, this should not be prolonged. Whilst "exterior" quality panels will tolerate a high level of wetting, this should still be avoided as far as possible, especially if they are to be installed in a "dry" environment where shrinkage could then be a problem on drying out.