

**ANDERSON | COE | KING**
ATTORNEYS AT LAW

JAMES A. ROTHSCHILD
DIRECT DIAL 443-573-9302
DIRECT FAX 410-752-0085
ROTHSCHILD@ACKLAW.COM

December 14, 2006

***VIA HAND DELIVERY***
The Honorable William M. Nickerson
United States District Court of Maryland
101 West Lombard Street
Baltimore Maryland to 21201

    Re:   *Selective the Insurance Company vs. Empire Comfort Systems, et al.*
            Civil Action No. WMN. -03-0178

Dear Judge Nickerson:

    Today, on behalf of Defendants Empire Comfort Systems and BSH Electrodomesticos Espana, S.A., a Motion for Summary Judgment with supporting Memorandum and exhibits was filed electronically with this Court. As the cumulative page total exceeds 15, enclosed is a courtesy copy for your use.

                               Very truly yours,

                               James A. Rothschild

JAR:eaf
Enclosure

cc w/o enc:

Civil Clerk, U.S. District Court of Maryland (via Electronic Filing)

ANDERSON, COE & KING, L.L.P.
201 NORTH CHARLES STREET, SUITE 2000 | BALTIMORE, MARYLAND 21201-4135
410-752-1630 | 410-752-0085 FAX | WWW.ACKLAW.COM