**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, | : | |
| as subrogee of SMULLENS SALVAGE | : | |
| AND TOWING | : | CIVIL ACTION NO. |
| Plaintiff | : | WMN 03 CV 178 |
| | : | |
| v. | : | |
| | : | |
| EMPIRE COMFORT SYSTEMS and | : | |
| BSH ELECTRODOMESTICOS ESPANA | : | |
| S.A. | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants/Third-Party Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| SHARP ENERGY, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

## MOTION FOR EXTENSION OF TIME

NOW COMES plaintiff, Selective Insurance Company, as subrogee of Smullens Salvage and Towing, and hereby moves this Court for an Order extending the time in which plaintiff has to respond to defendants, Empire Comfort Systems and BSH Electrodomesticos Espana, S.A.'s, motion for summary judgment. Defendants' motion was filed on December 14, 2006. Under the rules, plaintiff's response is due on December 28, 2006. Due to the holidays and previously scheduled vacation of plaintiff's counsel, plaintiff seeks an additional three weeks, until January 18, 2007, in which to file its opposition papers.

Plaintiff respectfully represents that the requested extension is not being interposed for purposes of delay, but is necessary in order to afford plaintiff sufficient time to prepare and file its response. Plaintiff also represents that the requested extension will not interfere with the remaining dates of the Scheduling Order.

For the foregoing reasons, plaintiff respectfully requests that the deadline by which it is required to file its response to defendants' motion be extended to January 18, 2007.  A proposed Order is attached.

        Respectfully submitted,

        /s Georgia S. Foerstner
        PAUL R. BARTOLACCI, ESQUIRE
        GEORGIA S. FOERSTNER, ESQUIRE
        COZEN O'CONNOR
        1900 Market Street
        Philadelphia, PA 19103
        (215) 665-2000

        and

        THOMAS A. WOOD, IV, ESQUIRE
        NEUBERGER, QUINN, GIELEN,
        RUBIN & GIBBER, P.A.
        One South Street
        27th Floor
        Baltimore, MD 21202
        (410) 332-8523

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 21, 2006, a copy of the foregoing Motion for Extension of Time was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                    s/ Georgia S. Foerstner  
                                          GEORGIA S. FOERSTNER, ESQUIRE  
                                          COZEN O'CONNOR  
                                          1900 Market Street  
                                          Philadelphia, PA 19103  
                                          (215) 665-4740