**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY, | : | |
| as subrogee of SMULLENS SALVAGE | : | |
| AND TOWING | : | CIVIL ACTION NO. |
| Plaintiff | : | WMN 03 CV 178 |
| | : | |
| v. | : | |
| | : | |
| EMPIRE COMFORT SYSTEMS and | : | |
| BSH ELECTRODOMESTICOS ESPANA | : | |
| S.A. | : | |
| | : | |
| Defendants/Third-Party Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| SHARP ENERGY, INC. | : | |
| | : | |
| Third-Party Defendant | : | |

## **ORDER**

AND NOW this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Extension of Time to file its response to defendants' Motion for Summary Judgment, and any objection to same, it is hereby ORDERED that said Motion is GRANTED, and the time in which plaintiff is to file its response to defendants' motion for summary judgment is extended to January 18, 2007.

_____
J.