COPY

1

1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MARYLAND

3

4

5   SELECTIVE INSURANCE COMPANY,          )

6   as subrogee of SMULLENS SALVAGE       )

7   AND TOWING,                            )

8           Plaintiffs,                    )

9   vs.                                    ) Case No.

10  EMPIRE COMFORT SYSTEMS, INC.,          ) WMN03 CV 178

11  et al.,                                )

12          Defendants.                    )

13              - - - - -

14          The deposition of **WILLIAM SMULLENS**, was

15  taken on Thursday, September 25, 2003, commencing

16  at 12:02 p.m., at the home of Mr. Smullens, 15278

17  Recycle Drive, Princess Anne, Maryland, before

18  DEBRA L. MAHEUX, Notary Public.

19

20  Reported by:

21  Debra L. Maheux

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888   Fax (410) 821-4889

18

1  built?
2      A.  I don't know.
3      Q.  What was the second addition?
4      A.  We turned that into strictly a motor
5  room.
6      Q.  Where was that?
7      A.  Where?
8      Q.  Yes, where in the building was --
9      A.  As you're looking to the building, it
10 would be to the right-hand side.
11     Q.  Okay.  I'm going to ask you, if you can,
12 to sketch out for me when was -- strike that.
13         When was the last change in the building
14 prior to the fire in terms of additions?
15     A.  I don't have the slightest idea.  I
16 don't remember.
17     Q.  Was there any change to the building
18 after the heater was installed?
19     A.  No.
20     Q.  Can you please -- using this pen, could
21 you sketch out for me, after the last addition

19

1   was done, what the layout of the building was?
2   Let's say this will be the front of the building,
3   and then you can take it from there.  Hopefully
4   it works.
5           I'll tell you what.  Can you make the
6   building much bigger than that?
7       A.  I'm not much on drawing.
8       Q.  Well, just the best you can do.
9       A.  This is the front, right?
10      Q.  Right.
11      A.  I think it's a 45 by 50.
12      Q.  45.  What's the --
13      A.  45 this way and 50 this way.
14      Q.  The front would be --
15      A.  Front is right here.
16      Q.  How did you get in the building?  Where
17  were the doors?
18      A.  This is a cement slab that we had here,
19  and the door was right here.
20      Q.  Why don't you right cement where the
21  slab is?  Then the door was there?

1    A.   Then we had three -- we had two garage
2    doors here.
3    Q.   Why don't you put a G right there to
4    mark garage door.  And then where did you have --
5    you said you had car parts that you stored in the
6    building.  Where were they?
7    A.   They were from here.
8    Q.   Put S for storage there.
9    A.   S?  I'm sorry.
10   Q.   And did you have an office in the
11   building?
12   A.   The office was right here.  We covered
13   these doors up and put the office here.
14   Q.   What was in the office?
15   A.   That's where we had our computers.  Of
16   course the little heater was here by the back
17   wall in back of the counter.  This was a counter
18   here.
19   Q.   Let me see if I can, using your sort
20   of -- make it a little bigger so we can make it
21   out.

1    A.  I'm not very good at it I tell you.
2    Q.  The front had two garage doors that were
3 opened?
4    A.  Yes, but we closed them up when we
5 started storing.
6    Q.  So they were closed?
7    A.  They were closed up when we started
8 storing, and we had the other building in the
9 back that had the cars in it.
10   Q.  The front was approximately 40 feet
11 across?
12   A.  45 feet.
13   Q.  Okay.  Across from the front was your
14 residence here?
15   A.  Yes.
16   Q.  So these were closed doors here.  Then
17 the cement pad was, as you face the building, on
18 the right-hand side?
19   A.  That's right.
20   Q.  And was there a door from the cement pad
21 into the building?

22

1    A.   Yes, right here in this corner.

2    Q.   Let's put that here.  And if I walked in
3 the door, where would I be?

4    A.   You're in front of the counter.

5    Q.   How far was the counter from the door?

6    A.   Ten foot.

7    Q.   Ten foot.  How long did the counter --
8 show me with your finger how long the counter
9 went.

10   A.   The counter went from here all the way
11 over to a 12 foot section coming down.

12   Q.   Was it L shaped?

13   A.   Yes.

14   Q.   This was a counter for?

15   A.   For sales.

16   Q.   For sales?

17   A.   Yes.

18   Q.   And then what was in back of the
19 counter?

20   A.   About on the back wall of -- the counter
21 was across here, approximately 12 foot.

1     Q.   The same --
2     A.   The same as the counter.
3     Q.   It was parallel?
4     A.   Yes.
5     Q.   How much room was between the counter
6  and the wall?
7     A.   Five foot.
8     Q.   The length of the building you said was
9  about 50?
10    A.   Uh-huh.  Now, that was before anything
11 added.
12    Q.   Where was the heater that we're talking
13 about?
14    A.   Right here behind the counter.
15    Q.   At the end of the counter where the --
16    A.   I would say yes.
17    Q.   -- where the counter makes a right
18 angle?
19    A.   Very close to that, yes.
20    Q.   I'll just put an arrow that says
21 heater.

1         MS. FOERSTNER: Can you identify that as
2  the wall?
3         MR. ROTHSCHILD: Yes. I'll put this as
4  wall.
5         BY MR. ROTHSCHILD:
6    Q. Now, the wall that the heater was on,
7  and you've indicated that the heater -- it was
8  like the wall ran straight back, then made a
9  right-hand turn. What was on the other side of
10 the wall in this area?
11   A. That was all storage.
12   Q. And how was -- were there storage racks?
13   A. Oh, yes. Steel racks.
14   Q. Steel racks. In which direction did
15 they run? Did they run lengthwise?
16   A. Lengthwise.
17   Q. Did they run all the way to the end of
18 the building?
19   A. Yes, they did. We had about a four foot
20 clearance on either end.
21   Q. And how about behind where the office

```
 1    was, what was back in this area?
 2         A.   Storage.
 3         Q.   Also storage racks?
 4         A.   Uh-huh.
 5         Q.   Was there an upstairs area?
 6         A.   Yes, there was.
 7         Q.   How did you get --
 8         A.   Above this (indicating.)
 9         Q.   How did you get upstairs?
10         A.   I had steps parallel with this wall
11    here.
12         Q.   So there were steps here?
13         A.   Yes, going towards this way.
14         Q.   How do I get to the steps?  Was there an
15    opening here?
16         A.   You come out, there was a door here.
17         Q.   A door here and then steps?
18         A.   Right after the end of the door was the
19    stairs going up to the top floor.
20         Q.   And on the top floor was your office,
21    was an office?
```

```
 1    you think needed cleaning?
 2         A.   It had pins on the blower, in other
 3    words, it was round with pins on it.
 4         Q.   It had blades?
 5         A.   Yes.
 6         Q.   It was round and had a series of blades
 7    on it?
 8         A.   That's right, that's right.
 9         Q.   When the motor turned it, it created air
10    that blew out the front?
11         A.   Up over the bricks.  I don't remember
12    which way.
13         Q.   That's what got the heat out to the
14    room?
15         A.   That's right.
16         Q.   You took the blower out.  Was the blower
17    like a propeller fan or was it like a cylinder
18    with blades in it?
19         A.   Cylinder, cylinder.
20         Q.   And you cleaned those.  What did they
21    look like that they needed cleaning?
```

CRC-SALOMON
Baltimore, Maryland
Phone (410) 821-4888  Fax (410) 821-4889

1   A. Well, they had caked dust on them, and I
2   took the air hose to clean them, and when I did
3   that, I put too much pressure on it, too much air
4   pressure on it, and it messed it up.
5   Q. Did you have to take the motor out to
6   clean it?
7   A. Yes.
8   Q. So you had to take the whole unit out,
9   the blower unit?
10  A. Yes.
11  Q. When you say messed it up, did it break
12  the blades?
13  A. Bent them, bent them.
14  Q. What were the blades made out?
15  A. Well, light aluminum it looked to me but
16  I don't know.
17  Q. What did you do at that point to get a
18  new blower?
19  A. Called Sharp Energy.
20  Q. What -- did they just sell you the part?
21  A. I don't remember whether I installed it