## MCLAUCHLAN & ASSOCIATES, INC.

CONSULTING MECHANICAL ENGINEERS

474 FAWNS WALK
ANNAPOLIS, MD 21401-5657
TELEPHONE (410) 269-4025
FAX (410) 757-2221
Email:kenmclauchlan@mclauchlan-engineers.com

May 12, 2005

Mr. Paul Bartolacci, Esquire
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Reference:   Smullens Salvage Heater Analysis
             Insured: Smullens Salvage, Inc.
             DOL: 11/01/2000
             Your File No. 108703

Dear Mr. Bartolacci,

McLauchlan & Associates, Inc. (MAI) was asked to investigate a fire that occurred on November 1, 2000, at Smullens Salvage, Inc. in Princess Anne, Maryland. MAI was asked to determined if a propane gas fired space heater at Smullens Salvage, Inc. caused or contributed to the fire.

MAI inspected the Smullens Salvage (Smullens) on November 10, 2000. Smullens was an automotive recycling facility, where parts were recovered for resale from junked and wrecked vehicles. The facility comprised several buildings as well as a storage lot for the recycled vehicles. The area involved in the fire was in a building used as an Administrative area and also a Storage area for automotive electronic equipment removed from the vehicles on the storage lot.

Background information was obtained through interviews with Smullens employees. The heater was reportedly purchased and installed by Sharp Energy on December 18, 1991. The heater was supplied initially without a fan, however a fan kit was installed at some point after the original installation. The fan motor had reportedly been replaced on or about January 3, 1994. It was reported that the heater had an ongoing problem with a rattling noise when the fan was operating. The sound was attributed to the sheet metal vibrating when the warm air fan was operating. Employees of Smullens Salvage reportedly attached a magnet to the casing, after which time the ratting sound ended.



Mr. Paul Bartolacci, Esquire
May 12, 2005
Page 2

On November 1, 2000, a fire occurred at the Smullens Salvage. The Area of Origin of the fire was determined to be at the Administrative/Storage building, in the area of a propane gas fired wall heater.

Inspection of the fire scene indicated that there was significant fire damage in the wood paneled wall area that the heater was mounted on. The wall was constructed of nominal 1/4 inch thick wood paneling over 2" by 4" wood studs. The combustible wood paneling behind the heater was consumed.

The subject heater and the wall studs that the heater were connected to were removed from the fire scene and transported to MAI's evidence storage area. The heater was jointly inspected by MAI and other parties on August 28, 2001. A data plate on the heater was barely legible, but indicated the heater was an Empire/Corcho model CH18, rated at 18,000 BTUH propane input. The serial number was stamped on the data plate. The serial number was 8 31873953. The data plate indicated the clearance from combustibles at the rear was "0 inches". The data plate also indicated the heater was made in Spain, and had an American Gas Association (AGA) design certification seal. The heater had a ceramic type burner at the base in the front of the heater. The front of the heater was open to allow for entry of combustion air and release of combustion products into the heated space. The heater had a manual gas control valve as well as a standing oxygen depletion sensor / pilot burner and a piezo pilot ignitor.

Inspection of the heater indicated that there was minimal fire damage to the right side of the heater (as viewed by an observer standing in front of the heater and facing it). There was heavy fire damage to the left side and at the rear and underside of the heater. The left hand side of the front was also fire damaged. The circulating fan was damaged and the fan wheel was not properly aligned in the fan housing. There was a permanent magnet attached to the left side of the casing.

The heater was tested as follows: The heater was connected to a regulated propane gas supply, with a regulated pressure of 10.0 inches water column. A soapy water solution was sprayed on the gas control valve and pressurized fittings. It was determined that the gas control valve was leaking in areas where it was fire damaged. There was also evidence of leakage at flare nut fittings. There was no evidence in the fire damage patterns on the heater and on the combustible materials in close proximity to the heater components that the leakage sites existed prior to the structure fire around the heater.

The heater was mounted on the wall as follows: There were two cutouts on the top of the rear panel of the heater which allowed the heater to rest on wall fasteners. A "C"

Mr. Paul Bartolacci, Esquire
May 12, 2005
Page 3

channel was supposed to be used to secure the bottom of the heater, however none was found at the fire scene. The rear surface of the heater was in direct contact with the paneled combustible wall surface. The ventilation louvers at the rear of the heater casing were effectively blocked by the wall surface and other debris that accumulated there.

It was observed that the combustible wood paneling behind the heater was consumed. This was an area that should have been protected by the heater casing from attack by a fire that originates in the area of the heater, but is external to the heater. In view of this damage pattern, it is concluded that the subject heater was the heat source at the Area of Origin of the fire. The heater is rated for installation with "zero clearance" to combustibles at the rear surface. At the same time, the manufacturer's Installation and Owner's Guide manual indicates that it is necessary to "provide adequate clearance around air openings", which would include the louvered openings at the rear. There is an inconsistency between the manufacture's claim that the heater can be installed with zero clearance at the rear of the heater, and the presence of louvers at the rear surface of the heater.

MAI reviewed the AGA/ANSI Standard Z21.11.2, Gas – Fired Room Heaters, Volume II, Unvented Room Heaters. The Standard indicates that for heaters installed at the minimum clearances specified by the manufacturer, the maximum temperature on walls up to 18 inches above and in front of the room heater, and on the ceiling shall not exceed 117 degrees F in excess of room temperature. The temperature on the floor under the appliance and within 18 inches of it shall not exceed 90 degrees F above room temperature.

The standard also limits the maximum temperature of surfaces at the top, front and sides of the heater up to and including 18 inches above the floor to 140 degrees F. The standard limits the maximum temperature of surfaces at the top, front and sides of the heater above 18 inches above the floor to 180 degrees F.

MAI reviewed the deposition testimony of Mr. John F. Davis, Ms. Wendy Calloway, and Mr. Randy Moore.

Mr. John F. Davis, testified that he was Assistant Service Manager of Empire Comfort Systems. Mr. Davis testified that the subject heater was manufactured by SAFEL in Spain, and sold by Empire. Mr. Davis testified that the heater was not a "zero clearance" to combustibles heater at the rear surface. The heater had 4 "dimples" at the back surface such that when installed there was a 3/8 inch air gap clearance from the wall. He testified that the air gap was necessary to keep the wall behind the heater cool. He testified that the louvers behind the heater are intended to keep the heater cool, along with the 3/8 inch

Mr. Paul Bartolacci, Esquire
May 12, 2005
Page 4

air gap. The air gap was a design feature to provide compliance with the AGA/ANSI Standard. He testified that lint and dust could be drawn in through the louvers at the rear of the unit, causing an improper air – fuel ratio and affect combustion. He was not aware of the possibility that lint could ignite.

The heater Installation and Owner's Guide did not provide any instruction regarding the method or need to maintain the heater to protect against the accumulation of combustible material as a consequence of the blockage of the louvers. The Installation and Owner's Guide did not provide any warnings regarding the fire hazard associated with pyrolysis of combustible surfaces behind the heater or blockage of the vents in the heater. Both of the above described potential causes of the fire are the result of heater design deficiencies.

MAI reviewed the results of testing which was performed on behalf of Empire Comfort Systems. The test was performed using an "exemplar" heater allegedly similar to the subject Empire Corcho CH-18. The actual heater used for the testing was a Kozy World model KWN183, serial number 7804 00338. The testing did not reproduce the conditions that existed at the subject Smullens Salvage facility:

- The test heater was a Kozy World model KWN183, and not an Empire Corcho CH-18 model.

- The test heater was a converted natural gas fired unit, however the Empire Corcho CH-18 heater was propane fired.

- The test heater was not installed in the same manner as the Empire Corcho CH-18 heater.

- The test heater was not operated with debris behind the heater or blocking the ventilation air louvers. No information was provided regarding the location of ventilation louvers, if any.

MAI was unable to perform operational testing using an Empire Corcho model CH-18 heater, due to the lack of availability of an exemplar heater for testing. MAI reviewed an exemplar Kozy World model KWN191, serial number 3614137. The heater was sold by World Marketing of America, Inc., PO Box 192, Rt. 22 West, Mill Creek, PA 17060, and was made in the PRC. The heater was rated at a maximum input of 18,000 BTUH, using natural gas. The heater was listed as having 0" clearance to combustibles at the rear. It was observed that the heater had a minimum clearance from the wall behind it that ranged from 3/4 inches to 3/8 inches, the clearance being the result of a metal bracket from which the top of the heater was supported.

Mr. Paul Bartolacci, Esquire
May 12, 2005
Page 5

The heater was a different design than the Empire Corcho CH-18 heater installed at the Smullens Salvage and could not be used to establish the performance of the CH-18 heater, under normal operation or in a condition where the louvers at the rear of the heater were clogged with debris or the rear clearance was eliminated.

Based on information developed to date it is my opinion, to a reasonable degree of engineering certainty that the cause of the fire is as follows:

The fire was caused by pyrophoric decomposition of the wood paneling that the subject Empire Corcho CH-18 propane gas fired room heater was mounted on. Pyrophoric decomposition is a chemical change that occurs as a result of long term low temperature heating of wood. This phenomenon has been known for many years, and is an identified cause of fires in wood in close proximity to heat sources (see Ignition Handbook, by Vytenis Babrauskas, Ph.D.). The pyrophoric decomposition at the subject heater was caused by radiant, convection and conduction heat transfer from the rear of the heater to the wood paneling. The pyrophoric decomposition resulted in ignition of the wood paneling at an abnormally low temperature. A significant factor in the heat transfer that caused the pyrophoric decomposition was the presence of combustible lint, dust and other heat conducting debris at the rear of the heater. This resulted in the wood paneling being exposed to significantly higher temperatures than would result from exposure to the heat transfer had the appropriate clearance been maintained. The failure to maintain an appropriate amount of clearance to combustibles was the result of a combination of factors. The manufacturer and distributor misrepresented to consumers and installers that zero clearance was required between the back of the heater and combustible material. The heater was screwed directly to the combustible wall paneling, which caused certain portions of the back of the heater to be in direct contact with the wall. Empire's own employee, Mr. Davis, testified that in order to comply with ANSI Standard Z21.11.2, 3/8 inch of clearance was required between the rear of the heater and any combustible material. The design of the heater was such that dust, lint and other ambient debris was able to accumulate in the rear of the heater, building a bridge of combustible material that extended from the hot surface of the back of the heater to the combustible wall. The operation of the fan installed in the heater exacerbated the accumulation of this material behind the heater. In addition, the design of the heater is such that there is no way to guarantee that the 3/8 inch clearance will be maintained throughout the life of the product, e.g., the design of the heater does not address the possibility that the wall surface behind the heater could be subject to movement or warping, thus eliminating any clearance provided by the "dimples" on the casing.

Mr. Paul Bartolacci, Esquire
May 12, 2005
Page 6

I reserve the right to amend or revise this report in the event that additional information is obtained.

Respectfully Submitted,

*Kenneth R. McLauchlan*

Kenneth R. McLauchlan, P.E.
Senior Mechanical Engineer