1

IN THE UNITED STATES COURT

FOR THE DISTRICT OF MARYLAND

---

SELECTIVE INSURANCE COMPANY
as subrogee of SMULLENS SALVAGE
AND TOWING,

    Plaintiff,

  vs.                            Civil Action
                                No.: WMN03CV178

EMPIRE COMFORT SYSTEMS, et al.,

    Defendant/Third-Party Plaintiff

  vs.

SHARP ENERGY, INC.,

    Third-Party Defendant.

---

                              Baltimore, Maryland

                              Tuesday, March 22, 2005

Deposition of:

                  **JOHN F. DAVIS**

called for examination by counsel for the
Plaintiff, pursuant to Notice, taken at the law
offices of Neuberger, Quinn, Gielen, Rubin &
Gibber, One South Street, 27th Floor, Baltimore,
Maryland 21202-3282, beginning at 11:08 a.m.,

50

1  A.    This is the only claim.
2  Q.    That would be since 2000?
3  A.    Correct.
4  Q.    What about prior to 2000?
5  A.    Ten or eleven.
6  Q.    So to your knowledge, Empire has
7  received ten to eleven claims relating to a SAFEL
8  unvented heater from 1981 to 2000?
9  A.    Correct.
10 Q.    Of those ten to eleven claims, did
11 they involve allegations of fire, fire loss?
12 A.    I do not know the specifics behind
13 the claims as to what was the cause.  Everything
14 was tendered to Spain and we did not retain any
15 of the files.
16 Q.    When was that information and/or
17 documentation tendered to Spain?
18 A.    Could you rephrase that one for me?
19 Q.    Sure.  Let me backtrack.  I assume
20 that with these ten to eleven claims that we are
21 talking about between 1981 to 2000 that certain
22 documentation was generated relating to those

91

1    A.    CH-18 and the CH-30.
2    Q.    You have said this would actually
3  come over with the unit from Spain?
4    A.    That's correct.
5    Q.    So this document is something that
6  would have been supplied by SAFEL?
7    A.    Correct.
8    Q.    Would this document have been within
9  the packaging with the product?
10   A.    Yes.
11   Q.    Can you take a look through that
12 document and just make sure that it is a complete
13 copy of the installation and owner's guide that
14 was in effect as of September 1988?
15         (Witness reviewed document.)
16         THE WITNESS:  It looks to be complete
17 to me.
18         BY MS. FOERSTNER:
19   Q.    What involvement, if any, did Empire
20 have with respect to drafting the contents of this
21 document?
22   A.    We would have contributed with

1  spelling, grammar, just because of the language
2  barrier, translating it from Spanish to English,
3  making sure that the way it translated was the way
4  it was supposed to be in English.
5       Q.    What about the particular information
6  that was set forth in the manual?  Did Empire have
7  any involvement with deciding what should or
8  should not be included in the manual?
9       A.    The ANSI standards basically tell you
10 what you have to have in the instruction book, how
11 large certain areas have to be, if they have to be
12 bold print.  They are the ones that tell you how
13 to make the instruction manual up.
14      Q.    Who is the individual at Empire that
15 would have had responsibility for overseeing the
16 translation and/or wording of this manual?
17      A.    Bruce Cepicky probably would have
18 been involved with getting this correct for us.
19      Q.    What about, is it Ricardo Johanning?
20 Would he have had any involvement, to your
21 knowledge?
22      A.    He may have had some involvement with

1  it, but if it would have been in English, Bruce
2  would have been the one to go through it to be
3  sure that what they or the way it translated was
4  correct so that numbers didn't get turned around
5  or just descriptions being wrong, things like
6  that.
7       Q.    Right.  For example, I know that
8  somewhere in this manual, and I don't know
9  the actual page, it talks about clearance to
10 combustibles.  It tells you how many inches the
11 heater needs to be from the combustible.  Bruce
12 would have been the one to look at that and make
13 sure that the numbers that are reflected in the
14 manual were correct?
15            MR. ROTHSCHILD:  Objection.
16            Correct as to?
17            MS. FOERSTNER:  As to whatever the
18 standard was.
19            MR. ROTHSCHILD:  Are you asking him
20 a question?
21            MS. FOERSTNER:  Right.
22            BY MS. FOERSTNER:

100

1     A.    The five bricks across here, this is
2 the CH-30 that is pictured, and that has five
3 bricks right across the middle.
4     Q.    My understanding is that the CH-18
5 would only have three bricks.
6     A.    That is correct.
7     Q.    The CH-18 could either be wall
8 mounted or floor mounted, correct?
9     A.    That is correct. The floor mounted
10 must be on a stand or something up off the ground.
11     Q.    And why is that?
12     A.    The minimum clearance from the floor
13 is two inches or making sure that nothing can
14 get too close to get too hot to catch fire.
15     Q.    What would the floor stand have
16 been made of then?
17     A.    Metal.
18     Q.    I understand that the CH-18 is
19 referred to as a zero clearance unit; is that
20 right?
21     A.    Not really.
22     Q.    Okay.

1      A.    I do not believe -- these are called
2  zero clearance because you actually have four
3  dimples that are resting against the wall and
4  there is a 3-8ths air gap behind the unit.
5      Q.    So then in fact, in your opinion,
6  this is not considered a zero clearance unit
7  because it actually has clearances all around it;
8  is that right?
9      A.    Zero clearance to me means that the
10 entire -- and again, this is my opinion -- that
11 the entire unit can have combustibles up to it.
12          This unit and all wall-hung heaters
13 do have an air gap that must be maintained behind
14 them to keep them cool and keep the wall cool.
15     Q.    Looking on page 3 --
16     A.    Yes.
17     Q.    -- where it discusses clearances, the
18 clearances that are referenced here show that the
19 heater needs to be installed, according to this
20 manual, 1 and 3-8ths inch above the top surface
21 of carpeting, tile or other floor covering,
22 correct?

1  anchors, that are provided.  There are screws that
2  are provided.  I believe that was it.  I don't
3  believe there were any hooks.  I believe there
4  were just four screws provided and anchors.
5       Q.    I also see, looking at page 4 of the
6  manual, it shows the back of the heater, it shows
7  that there are louvers on the back of the heater
8  or little vent openings.
9       A.    Correct.
10      Q.    Do you see those there?
11      A.    Yes, I do.
12      Q.    What is the proper terminology of
13 those?
14      A.    Rear louvers.
15      Q.    Rear louvers, okay.  Okay.  Do you
16 know what the purpose of those louvers was or what
17 purpose it serves?
18      A.    That is for the blower assembly so
19 that it can, when it blows air, it can pull fresh
20 air.
21      Q.    The blower assembly, is the blower
22 assembly actually located then up at the top of

1  the heater?
2     A.    That is correct, behind those louvers.
3     Q.    Behind those louvers we discussed.
4  Tell me, how does the blower assembly work then?
5  It draws air from the back of the heater through
6  those back louvers?
7     A.    That is correct. It pulls air from
8  behind it and blows it out the front of the unit.
9  The warm air will rise and the blower will blow
10 that air along with the warmed air out into the
11 room.
12    Q.    The air that is pulled in from the
13 back of that heater, does that actually travel
14 around the actual burners so that it is warmed
15 and then pushed out by the blower out of the front
16 of the unit?
17    A.    Yes. You will get some radiant heat
18 from the unit and it will generate some warm air
19 and that pulls the warm air from behind it and
20 then pushes it out.
21    Q.    The louvers on the back of the heater,
22 are they also intended to cool the heater?

1          A.    Yes.  The -- yes.
2          Q.    I think you said the purpose of that
3    3-8ths inch air gap behind the unit was to serve
4    to cool the unit.
5          A.    Right.
6          Q.    Is that right?
7          A.    It keeps it cool that way also, yes.
8          Q.    Does that 3-8ths inch air gap that
9    is behind the unit and/or any of the clearances
10   that are associated with the heater, do they help
11   to maintain the allowable temperatures that the
12   heater can reach under the ANSI standard?  Is that
13   generally what the purpose is?
14         A.    Yes.  You want to have, if you have
15   things too close that can keep the warm air in
16   there and can raise the temperatures of the wall.
17         Q.    For example, before we talked about
18   how the ANSI standard allowed a minimum or a
19   maximum temperature of 90 degrees Fahrenheit plus
20   room temperature, right?
21         A.    That is correct.  Behind the unit,
22   yes.

1    Q.    That is behind the unit. So in order
2  to comply with that standard, the 3-8ths inch air
3  gap was designed that way so as to ensure that the
4  unit complied with that standard; is that correct?
5    A.    Yes. Yes, it is.
6         MR. ROTHSCHILD: Objection. Let me
7  just object to the question, because you are
8  talking about the wall, not the unit temperature.
9         MS. FOERSTNER: No.
10        BY MS. FOERSTNER:
11   Q.    No. What I am talking about, though,
12  is that when someone in general designs a product,
13  and in this particular instance, when they are
14  designing the product and they know that they need
15  to meet certain maximum temperature requirements
16  under ANSI, they will design the clearances to
17  combustible in order to ensure that the unit
18  complies with the standard, right?
19   A.    Correct.
20   Q.    And that 3-8ths inch air gap behind
21  the unit went towards ensuring that those back
22  wall temperatures wouldn't exceed the ANSI

130

1   the gas goes in and that's where your air comes in
2   and that is the area right there where you collect
3   dirt and lint.
4        Q.   Does dirt and lint collect anywhere
5   else within the unit?
6        A.   Yes.  It will collect anywhere in the
7   compartment area here just because you are pulling
8   air and that is where the majority of the air
9   comes from.  You are pulling it from there, so it
10  will collect on the tubing and the gas valve
11  and --
12       Q.   So it sounds to me as if where air
13  is coming into the unit, that is where lint will
14  be drawn in?
15       A.   Correct.
16       Q.   So lint could also then be drawn
17  in by the blower assembly?
18       A.   Yes.
19       Q.   If it is drawing in air?
20       A.   Yes.
21       Q.   I believe it was recommended to the
22  owners of these units that they be cleaned of this

131

1  lint; is that right?
2        A.    Yes.
3        Q.    Why was it important to clean the
4  lint out of there?
5        A.    If you have too much lint, you are not
6  getting enough air.  If you are not getting enough
7  air, you can have a too gas-rich mixture, and if
8  you do that, you can get an unsatisfactory burn
9  out of the ceramic burners because you would have
10 too much gas compared to air.
11       Q.    If you are not getting enough
12 combustion air in there also, does that tend to
13 make the heater run hotter, if you will?  Will it
14 increase the temperatures generated by the heater
15 overall?
16             MR. ROTHSCHILD:  If you know.
17             THE WITNESS:  I couldn't say.  I don't
18 know that for sure.
19             BY MS. FOERSTNER:
20       Q.    Do you know if there was also a
21 concern that the lint itself might somehow become
22 ignited by the heating unit?

147

```
 1    Could I leave it on two or three bricks during the
 2    day while I am in the office and then turn it down
 3    to one brick during the nighttime so I am still
 4    leaving it on 24 hours a day?  Would that be safe?
 5              MS. FOERSTNER:  Objection.
 6              MR. ROTHSCHILD:  Objection again.
 7              THE WITNESS:  What is your definition
 8    of safe is my only question.
 9              BY MS. MAHER:
10         Q.   Okay.
11         A.   Is what or is why you do not run a
12    vent-free heater 24 hours a day seven days a week
13    is because of the moisture it produces, and it can
14    cause mold.  And that is why you do not use any
15    vent-free heater as your primary heat source.
16         Q.   And what would happen if the heater
17    was on the one, two or three bricks and the pilot
18    light went out?  Would it just turn off?
19         A.   Everything would shut down.
20         Q.   Let me ask you a couple of questions
21    about the lint.  Did you just mean lint?  Could it
22    be dirt?  Could it be grime?  Could it be anything
```

152

1      A.    Yes.

2      Q.    What would be required for a consumer to, if they wanted to clean the back side of a wall-mounted heating unit, what would they have to do to actually clean back there?

6      A.    They would probably have to remove the unit from the wall. I don't believe they would be able to get anything to the unit unless they took an air hose, took an air hose and blew it, and took the front panel off, and blew from the inside where the louvers are down the back and took a vacuum and sucked those louvers and then blew down. You could clean it that way.

14     Q.    And how would one go about actually removing the unit from the wall?

16     A.    If you remove the unit from the wall, you would have to take the four screws that hold the unit to the wall and disconnect your gas line.

19     MS. FOERSTNER: I believe that is all I have.

21     MR. ROTHSCHILD: I don't have any questions.