1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF MARYLAND
 2
 3                           - - -

    SELECTIVE INSURANCE COMPANY,    :    CIVIL ACTION
 4  as subrogee of SMULLENS              NO. WMN 03 CV 178
    SALVAGE AND TOWING              :
 5
         vs.                        :
 6

    EMPIRE COMFORT SYSTEMS, INC.    :
 7       Defendant and Third-
         Party Plaintiff            :
 8
         vs.                        :
 9

    SHARP ENERGY, INC.              :
10       Third-Party Defendant
                             - - -
11
12                  November 15, 2006
13                       - - -
14          Oral deposition of TERRY KENT WAGNER,
15  taken pursuant to notice, was held at the Law Offices
16  of COZEN O'CONNOR, 1919 Market Street, Philadelphia,
17  Pennsylvania 19103, beginning at 10:10 a.m., on the
18  above date, before Joshua Lieberman, a Federally Approved
19  Registered Professional Reporter and Notary Public in and
20  for the Commonwealth of Pennsylvania.
21
                    ESQUIRE DEPOSITION SERVICES
22                          12th Floor
                    1600 John F. Kennedy Boulevard
23                       Four Penn Center
                  Philadelphia, Pennsylvania 19103
24                       (215) 988-9191
```

**Page 74**

1  if you found ashtrays and cigarette butts? What
2  would that have been significant for?
3      A.  That it could have been a heat
4  source.
5      Q.  Did you ask Mr. Smullen or Nadine
6  or anyone else who worked at the building whether
7  they did smoke on a daily basis?
8      A.  Yes, they did tell me they did
9  smoke in there.
10     Q.  When did they tell you that?
11     A.  On the 5th.
12     Q.  And as a result of that, did you
13 look for anything related to smoking as a cause?
14     A.  Oh, sure, I looked for cigarette
15 butts that were laying around; I checked the
16 ashtrays; I checked for ashtrays.
17     Q.  Did you find any?
18     A.  I found there were ashtrays on
19 the counter.
20     Q.  Did you take a picture of those?
21     A.  I don't believe -- well, I
22 probably did on the 5th, yes.
23     Q.  Do you have a recollection
24 sitting here today whether you did or you didn't?

**Page 75**

1      A.  I think I did.
2      Q.  Now, cigarette butts, if this
3  room was, this area, this sales-office area had
4  been the subject of a fire, most cigarettes butts
5  would have been burned up in the fire; is that
6  correct?
7      A.  They still have filters.
8      Q.  They don't burn?
9      A.  No.
10     Q.  That's if they smoke filtered
11 cigarettes?
12     A.  Correct.
13     Q.  They could have smoked unfiltered
14 cigarettes?
15     A.  But you're also looking for
16 something in concert with the cigarette such as
17 paper close by it.
18     Q.  And why would paper be close by
19 it?
20     A.  Well, you could have a piece of
21 paper on the floor near a cigarette butt and it
22 has a low degree of ignition and bingo, you can
23 have a fire.
24     Q.  Right. But locally near the fire

**Page 76**

1  scene where it had been burned up, likely any
2  paper would have been consumed in the fire?
3      A.  You're going to see ashes from
4  it. You're going to see some sort of evidence.
5  There's always evidence.
6      Q.  Did you look for ashes?
7      A.  Yes.
8      Q.  Did you see any ashes near the
9  wall?
10     A.  Well, let's put it this way: I
11 was looking for cigarette butts, and there was
12 plenty of debris around that dropped from the
13 ensuing fire. I didn't find anything that would
14 indicate to me that smoking would have been a
15 cause of that fire.
16     Q.  What would you have had to see to
17 indicate that smoking would have been a cause?
18     A.  A very low fire at the incipient
19 stage with "V" pattern coming up that wall or
20 inside the studs.
21     Q.  On either side of the wall?
22     A.  Right.
23     Q.  Okay. Other sources. What other
24 potential ignition sources did you observe?

**Page 77**

1      A.  In the rear I saw a bucket, and I
2  looked at that bucket and noted that there was
3  debris in the bucket which contained wood, which
4  was unburned. I made sure that that bucket did
5  not have any smoking paraphernalia inside or
6  cigarette butts in it, and it didn't.
7      Q.  How did you do that?
8      A.  I checked it and I saw that the
9  wood was unburned. If the fire would have
10 started in the bucket, it would have burned up
11 and burned the wood.
12     Q.  Was there any burned wood in the
13 bucket?
14     A.  Yes, there was some, but it
15 wasn't -- there was also unburned wood in the
16 bucket which would indicate to me that there
17 wasn't a fire in the bucket, to begin with.
18     Q.  Did you make any effort to
19 preserve the bucket?
20     A.  No.
21     Q.  Did you take any photographs of
22 the bucket?
23     A.  I did.
24     Q.  Any other source of ignition that

Terry Kent Wagner

90

1   A.   I told him that I felt that the
2   fire was in and around the heating unit and I
3   needed something more definitive on the cause and
4   origin, on the origin of the fire.
5   Q.   So at that point, would it be
6   fair to say you reached an opinion as to the
7   origin of the fire but not the cause?
8   A.   That's correct. I felt that the
9   fire emitted from the heater itself and wanted
10  to make sure that that was the case and wanted an
11  explanation.
12  Q.   And where was it as of the 10th
13  of November, 2000, where was it your opinion that
14  the origin of the fire started?
15  A.   That the fire started in the rear
16  of the heater.
17  Q.   Any particular place on the
18  heater, in the rear of the heater?
19  A.   There was a "V" pattern on the
20  back of the heater which led me to believe that
21  it was at the bottom of the heater.
22  Q.   And the heater was sort of a
23  square shape in the back?
24  A.   That's correct.

91

1   Q.   And you saw a "V" pattern
2   starting from the bottom of the heater going up?
3   A.   Yes.
4   Q.   Was that your basis for
5   determining that was the area of origin?
6   A.   Not all, no.
7   Q.   What were the other things that
8   you -- what was the basis for you determining
9   that area of origin was the back of the heater?
10  A.   The burning in front of the
11  heater versus the back of the heater; the fact
12  that there was also a "V" pattern in the front of
13  the heater. It was not as defined.
14  Q.   Where was --
15  A.   I mean, in and around the heater,
16  not within the heater.
17  Q.   So it was a "V" pattern starting
18  at the bottom of the back of the heater; is that
19  correct?
20  A.   Yes.
21  Q.   You said you observed a "V"
22  pattern in the vicinity of the heater?
23  A.   Yes.
24  Q.   Where did it start? Where was

92

1   the bottom of that "V"?
2   A.   That also started at the bottom
3   of the heater and went up the walls in the front.
4   Q.   Did it go up on both sides?
5   A.   Yes, it did. If you look at it,
6   you'll see a pattern. There's a shelf in front
7   and the heater, the right side of the heater
8   facing it is on the right side, and you can see
9   the pattern going right up along the shelving
10  where it didn't affect the articles on the shelf,
11  but you can see the "V" pattern going up the
12  side. Also, the charring itself indicated to me
13  that there was heavy fire in and around the
14  heater.
15  Q.   What are you talking about?
16  A.   Of the studs.
17  Q.   Of the studs. And that's the
18  stud surface facing in towards the counter?
19  A.   No, the other way. The heavy
20  charring.
21  Q.   The heavy charring?
22  A.   In the back indicated to me that
23  it started in the rear of the heater.
24  Q.   I'm talking about the heater was

93

1   mounted on studs; is that correct?
2   A.   Yes.
3   Q.   I mean, it was on paneling, but
4   it was screwed into the studs; is that correct?
5   A.   Yes.
6   Q.   And the two by fours have two
7   outward surfaces, one that faced in towards the
8   counter and one that faced towards the outside of
9   the building?
10  A.   Right.
11  Q.   The front of the building?
12  A.   Hm-hmm.
13  Q.   Which surfaces are you basing
14  your opinion on had the greater charring to
15  support your opinion?
16  A.   In the rear.
17  Q.   In the rear?
18  A.   Yes.
19  Q.   And how would the charring on the
20  rear, the rear studs facing the exterior support
21  the idea that fire started right behind the
22  heater?
23  A.   Well, the paneling was over top
24  of the studs. You have an air space in there and

94

1 whatever the air flow was, the temperature, the
2 ambient temperature in there, the drafting,
3 dictates the way the fire would go and dictates
4 the damage on the studs itself.
5     Q.    You say the air surface. How
6 does the air surface dictate that?
7     A.    Air circulation within the wall.
8     Q.    Did you do any testing to
9 determine what the air circulation was?
10    A.    No. You can never do that.
11    Q.    You just made an assumption that
12 the air flow was towards the front of the
13 building?
14    A.    I didn't make an assumption. I
15 just did an investigation where I felt that there
16 had to be some sort of air travel within the
17 walls.
18        (Whereupon a comfort recess
19        was taken)
20        (BACK ON THE RECORD)
21 BY MR. ROTHSCHILD:
22    Q.    Now, Mr. Wagner, would you agree
23 that if the fire started on the back wall instead
24 of the front wall, that would be an explanation

95

1 for the studs that faced towards the back wall
2 being charred greater than the ones that faced
3 inwards; is that correct?
4     A.    Yes.
5     Q.    I want to just go over your note,
6 and I think you have a copy of it there?
7     A.    Yes.
8     Q.    This is Wagner-1. You say here
9 the two outlet boxes in the area were examined.
10 One box was where the heater was plugged into and
11 both boxes only had external heat damage.
12    A.    Yes.
13    Q.    I attempted to trace the outlets
14 back to the main distribution panel to see what
15 breaker was tripped, but firemen threw all the
16 breakers to off.
17        Was that the extent of your
18        investigation with regard to the
19        outlets?
20    A.    Well, I did an inspection of the
21 outlets of what I could and the wiring associated
22 with it, but that was as far as I got, yes.
23    Q.    And where were the two outlet
24 boxes? Where were they in relationship to where

96

1 the heater was?
2     A.    One was to the right side of the
3 heater, I believe, and one was to the left side
4 of the heater.
5     Q.    And how far away?
6     A.    Close by studs, as I remember.
7     Q.    And was there fire damage in the
8 area of the outlets, the two outlets?
9     A.    One outlet didn't have any fire
10 damage on the stud, I don't believe, not real
11 charring. It was burned, but not real charring.
12 The other one was charred.
13    Q.    And which outlet was that? Do
14 you recall which outlet had the --
15    A.    The least damage was to the right
16 facing the heater.
17    Q.    And was that the one where the
18 heater was plugged into?
19    A.    I believe so.
20    Q.    So the one that had greater
21 charring was the one that the heater wasn't
22 plugged into; is that correct?
23    A.    Correct.
24    Q.    Did you form an opinion that day

97

1 to a reasonable degree of -- scratch that.
2        I saw in your report you didn't
3        give an opinion as to the specific cause
4        of the fire; is that correct?
5     A.    Yes.
6     Q.    And are you only giving an
7 opinion as with regards to the area of origin of
8 the fire?
9     A.    I was giving an opinion pretty
10 well to the specific area of origin of the fire.
11    Q.    Right.
12    A.    Which was in and around that
13 heater.
14    Q.    That's the only opinion you're
15 giving in this case, as I understand it?
16    A.    That's correct.
17    Q.    Now, you say contributing to the
18 flame spread of the fire was the fact that
19 uniforms were hung near the common wall on the
20 other side of the heater. Tell me about how that
21 occurred.
22    A.    Well, I put that on there that
23 there was more damage back there because of the
24 uniforms igniting from the original fire.