Terry Wagner
2483 Leiscz's Bridge Road
Reading, PA 19605

Paul R. Bartolacci, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Re:   Fire at Smullen Salvage and Towing
      Date of Loss: 11/1/00

Dear Mr. Bartolacci:

    I am writing to provide you with a summary of my investigation into the captioned loss and opinions regarding the origin and cause of the fire.

    In November, 2000, I conducted a cause and origin investigation of this fire and found the origin of the fire to be in and around a gas space heater mounted on an interior wall in the service desk area of the building. The wall consisted of thin wood paneling attached to 2 x 4 studs and separated the service area from the parts area. The fire started behind the heater at the back of the wall and burned available class "A" combustibles. After igniting available product in and around the heater, the fire then broke through the opposite side of the wall into the parts area. The fire burned available combustibles including the wall paneling and some clothing that was hanging approximately 4 feet away from the heater towards the front of the building.

    Closer inspection of the heater revealed that the installation was made flush against a plywood wall. There are vents in the rear of the heater which indicated that heat had no where to go due to the flush mounting, and over a period of time, the ignition temperature of the wood lowered until it finally reached combustion temperature. The heater itself did not appear to have suffered a malfunction. The wiring and gas line seemed to be secure and there was no beading or arcing on the wire to indicate a short circuit. Two outlet boxes in the area were examined. One box was where the heater was plugged into and both boxes only had external heat damage. I attempted to trace the outlets back to the main distribution panel to see what breaker was tripped, but firemen threw all breakers to "off." In talking with Bill Smullen, he stated that the heater had been installed about six or seven years prior to the fire by Sharp Heating of Pocomoke, MD. Dee Smullen, the daughter of Bill, stated that she turned on the heater that day to the number one position which is the lowest of three positions of the heater and referred to the position as "one brick." The heater has three ceramic bricks which can be turned on to brick one, two or three depending on how warm you want it.



Based upon my investigation, it is my opinion, to a reasonable degree of certainty, that the subject fire originated at the subject gas heater, which heater ignited the combustible wall to which it was attached. In my investigation, I was able to rule out all other potential ignition sources within the area of origin. Attached as Exhibit "A" are photographs of the fire scene taken by me.

Please feel free to contact me if you require anything further.

Very truly yours,

Terry Wagner