# MCLAUCHLAN & ASSOCIATES, INC.

**CONSULTING MECHANICAL ENGINEERS**

474 FAWNS WALK
ANNAPOLIS, MD 21409-5657
TELEPHONE (410) 269-4025
FAX (410) 757-2221
Email: kenmclauchlan@mclauchlan-engineers.com

June 30, 2006

Mr. Paul Bartolacci, Esquire
Cozen & O'Connor
The Atrium
1900 Market Street
Philadelphia, PA 19103

Reference:   Smullens Salvage Heater Analysis
Insured: Smullens Salvage, Inc.
DOL: 11/01/2000
Your File No. 108703

Dear Mr. Bartolacci,

McLauchlan & Associates, Inc. (MAI) was asked to investigate a fire that occurred on November 1, 2000, at Smullens Salvage, Inc. in Princess Anne, Maryland. MAI was asked to determine if a propane gas-fired space heater at Smullens Salvage, Inc. caused or contributed to the fire. MAI previously issued an engineering report in this case.

On June 22, 2006 MAI participated in an additional evaluation of the electrical conductors and devices located in the area of the propane gas heater. This evidence inspection was requested by representatives of the propane heater manufacturer. Following are the results of this examination.

The electrical conductors were comprised of a three conductor stranded power cord which connected the propane gas-fired space heater to the branch power circuit, and also a duplex receptacle connected to two conductor (with ground) branch circuit conductors in a plastic junction box.

The stranded power cord was attached to the rear of the heater. The power cord was fractured between the connection to the heater and the three prong plug at the receptacle. There was no evidence of electrical activity (arcing, beading or melting) at any location along the stranded power cord. There was no evidence of electrical activity where the cord was separated. The exterior surface of the power cord plug was significantly fire damaged. The line voltage, neutral and ground male spades of the plug were fully inserted into the duplex receptacle.



Mr. Paul Bartolacci, Esquire
June 30, 2006
Page 2

The exterior surface of the receptacle exhibited fire damage, however there was no evidence of electrical activity where the plug was inserted into the receptacle. There was no evidence that at the time of the fire any other connection had been made to the section of the duplex receptacle that was not used by the heater power cord. There was no evidence of electrical activity at the unused portion of the duplex receptacle.

The plastic junction box had been nailed to a nominal 2 inch by 4 inch wood stud. The portion of the blue plastic box that was in contact with the stud was in good condition. The portion of the box that was not attached to the stud showed significant fire damage.

The screws on the line voltage and neutral connections to the duplex receptacle were tightly attached. Two sets of cables (line voltage, neutral and ground) having the appearance of Romex® type NM cable entered the plastic junction box. The conductors did not have any visible markings however they were solid copper measuring approximately 0.08 inches in diameter. This was consistent with 12 gauge AWG conductors. There were was still residual electrical insulation on one of the cables, with evidence of thermal damage near the junction box. Most of the electrical insulation was burned on the other cable. There was no evidence of electrical activity between any of the conductors in either cable. There was no electrical activity between any of the conductors and a staple used to attach the cable to the stud.

Resistance measurements were made using a Fluke high input impedance multimeter. Resistance between the line voltage, neutral and ground on the cable and the equivalent conductors in the power cord were determined to be 0.3 ohm, 0.4 ohm and 20 ohm, respectively. It was determined that even after the fire, there was good contact between the plug spades and the duplex receptacle.

Based on the above analysis, MAI concludes, to a reasonable degree of engineering certainty, that the subject fire was not caused by the electrical conductors or devices connected to the propane gas-fired heater. The electrical conductors and devices were damaged as a result of exposure to fire that was initiated in the manner described in our prior report. It is also concluded that the electrical conductors or devices connected to the propane gas-fired heater did not contribute in any way to the causation of the fire.

I reserve the right to amend or revise this report in the event that additional information is obtained.

Mr. Paul Bartolacci, Esquire
June 30, 2006
Page 3

Respectfully Submitted,

*Kenneth R. McLauchlan*

Kenneth R. McLauchlan, P.E., CFEI
Senior Mechanical Engineer