Copyright © 2004, National Fire Protection Association, All Rights Reserved

# NFPA 921

## Guide for

# Fire and Explosion Investigations

### 2004 Edition

This edition of NFPA 921, *Guide for Fire and Explosion Investigations,* was prepared by the Technical Committee on Fire Investigations and acted on by NFPA at its November Association Technical Meeting held November 15–19, 2003, in Reno, NV. It was issued by the Standards Council on January 16, 2004, with an effective date of February 5, 2004, and supersedes all previous editions.

This edition of NFPA 921 was approved as an American National Standard on January 16, 2004.

### Origin and Development of NFPA 921

NFPA 921, *Guide for Fire and Explosion Investigations,* was developed by the Technical Committee on Fire Investigations to assist in improving the fire investigation process and the quality of information on fires resulting from the investigative process. The guide is intended for use by both public sector employees who have statutory responsibility for fire investigation and private sector persons conducting investigations for insurance companies or litigation purposes. The goal of the committee is to provide guidance to investigators that is based on accepted scientific principles or scientific research.

The first edition of the document, issued by NFPA in 1992, focused largely on the determination of origin and cause of fires and explosions involving structures. The second edition of the document included revised chapters on the collection and handling of physical evidence, safety, and explosions. NFPA 907M, *Manual for the Determination of Electrical Fire Causes,* was withdrawn as an individual document and was integrated with revisions into this document as a separate chapter. Elements of NFPA 907M that relate to other chapters of this document were relocated appropriately. New chapters dealing with the investigation of motor vehicle fires, management of major investigations, incendiary fires, and appliances were added.

The third edition of the document included a new chapter on fuel gas systems in buildings and the impact of fuel gases on fire and explosion investigations. The chapter on electricity and fire was rewritten to improve organization, clarify terminology, and add references. In the chapter on fire patterns, several sections were revised. Other revisions were made in the chapter on physical evidence on the subject of preservation of the fire scene and of physical evidence. The edition also included new text regarding ignitable liquid detection canine/handler teams.

The fourth edition of this document included new chapters on building systems, fire-related human behavior, failure analysis and analytical tools, fire and explosion deaths and injuries, and wildfire investigations. An updated chapter on motor vehicle fires was written. The document was organized to group chapters into subjects that made it more usable.

The fifth edition of this document includes a revision of the document to comply with the new NFPA *Manual of Style* and a new chapter titled, "Analyzing the Incident for Cause and Responsibility," a rewrite of the chapter on Legal Considerations, and a revision in the chapter on Recording the Scene.

**3.3.88 High Explosive.** A material that is capable of sustaining a reaction front that moves through the unreacted material at a speed equal to or greater than that of sound in that medium [typically 1000 m/s (3000 ft/sec)]; a material capable of sustaining a detonation. *(See also Detonation.)*

**3.3.89 High-Order Explosion.** A rapid pressure rise or high-force explosion characterized by a shattering effect on the confining structure or container and long missile distances.

**3.3.90 Hypergolic Material.** Any substance that will spontaneously ignite or explode upon exposure to an oxidizer.

**3.3.91 Ignitable Liquid.** Any liquid or the liquid phase of any material that is capable of fueling a fire, including a flammable liquid, combustible liquid, or any other material that can be liquefied and burned.

**3.3.92 Ignition.** The process of initiating self-sustained combustion.

**3.3.93 Ignition Energy.** The quantity of heat energy that should be absorbed by a substance to ignite and burn.

**3.3.94\* Ignition Temperature.** Minimum temperature a substance should attain in order to ignite under specific test conditions.

**3.3.95 Ignition Time.** The time between the application of an ignition source to a material and the onset of self-sustained combustion.

**3.3.96 Inductive Reasoning.** The process by which a person starts from a particular experience and proceeds to generalizations.

**3.3.97 Isochar.** A line on a diagram connecting points of equal char depth.

**3.3.98 Joule.** The preferred SI unit of heat, energy or work; there are 4.184 joules in a calorie, and 1055 joules in a British thermal unit (Btu). A watt is a joule/second. *(See also 3.3.19, British Thermal Unit, and 3.3.21, Calorie.)*

**3.3.99 Kilowatt.** A measurement of energy release rate.

**3.3.100 Kindling Temperature.** See 3.3.94, Ignition Temperature.

**3.3.101 Layering.** The systematic process of removing debris from the top down and observing the relative location of artifacts at the fire scene.

**3.3.102 Low Explosive.** An explosive that has a reaction velocity of less than 1000 m/s (3000 ft/sec).

**3.3.103 Low-Order Explosion.** A slow rate of pressure rise or low-force explosion characterized by a pushing or dislodging effect on the confining structure or container and by short missile distances.

**3.3.104 Material First Ignited.** The fuel that is first set on fire by the heat of ignition; to be meaningful, both a type of material and a form of material should be identified.

**3.3.105 Noncombustible Material.** A material that, in the form in which it is used and under the condition anticipated, will not ignite, burn, support combustion, or release flammable vapors when subjected to fire or heat. Also called *incombustible material* (not preferred).

**3.3.106 Nonflammable.** (1) Not readily capable of burning with a flame. (2) Not liable to ignite and burn when exposed to flame. Its antonym is *flammable*.

**3.3.107 Ohm.** The unit of electrical resistance ($R$) that measures the resistance between two points of a conductor when a constant difference of potential of one volt between these two points produces in this conductor a current of one ampere.

**3.3.108 Origin.** See 3.3.115, Point of Origin, or 3.3.9, Area of Origin.

**3.3.109 Overcurrent.** Any current in excess of the rated current of equipment or the ampacity of a conductor; it may result from an overload *(see 3.3.110)*, short circuit, or ground fault.

**3.3.110\* Overload.** Operation of equipment in excess of normal, full-load rating or of a conductor in excess of rated ampacity, which, when it persists for a sufficient length of time, would cause damage or dangerous overheating.

**3.3.111 Oxygen Deficiency.** Insufficiency of oxygen to support combustion. *(See also Ventilation-Controlled Fire.)*

**3.3.112 Piloted Ignition Temperature.** See 3.3.94, Ignition Temperature.

**3.3.113\* Plastic.** Any of a wide range of natural or synthetic organic materials of high molecular weight that can be formed by pressure, heat, extrusion, and other methods into desired shapes.

**3.3.114 Plume.** The column of hot gases, flames, and smoke rising above a fire; also called *convection column, thermal updraft,* or *thermal column*.

**3.3.115 Point of Origin.** The exact physical location where a heat source and a fuel come in contact with each other and a fire begins.

**3.3.116 Premixed Flame.** A flame for which the fuel and oxidizer are mixed prior to combustion, as in a laboratory Bunsen burner or a gas cooking range; propagation of the flame is governed by the interaction between flow rate, transport processes, and chemical reaction.

**3.3.117 Preservation.** Application or use of measures to prevent damage, change or alteration, or deterioration.

**3.3.118 Products of Combustion.** See 3.3.31, Combustion Products.

**3.3.119 Proximate Cause.** The cause that directly produces the effect without the intervention of any other cause.

**3.3.120 Pyrolysis.** The chemical decomposition of a compound into one or more other substances by heat alone; pyrolysis often precedes combustion.

**3.3.121 Pyrophoric Material.** Any substance that spontaneously ignites upon exposure to atmospheric oxygen.

**3.3.122 Radiant Heat.** Heat energy carried by electromagnetic waves that are longer than light waves and shorter than radio waves; radiant heat (electromagnetic radiation) increases the sensible temperature of any substance capable of absorbing the radiation, especially solid and opaque objects.

**3.3.123 Radiation.** Heat transfer by way of electromagnetic energy.

**3.3.124 Rate of Heat Release.** See 3.3.87, Heat Release Rate.

**3.3.125 Rekindle.** A return to flaming combustion after apparent but incomplete extinguishment.

Table 5.3.1.1 Reported Burning and Sparking Temperatures of Selected Ignition Sources

| Source | Temperature °C | Temperature °F |
|---|---|---|
| **Flames** | | |
| Benzene[a] | 920 | 1690 |
| Gasoline[a] | 1026 | 1879 |
| JP-4[b] | 927 | 1700 |
| Kerosene[a] | 990 | 1814 |
| Methanol[a] | 1200 | 2190 |
| Wood[c] | 1027 | 1880 |
| **Embers**[d] | | |
| Cigarette (puffing) | 830–910 | 1520–1670 |
| Cigarette (free burn) | 500–700 | 930–1300 |
| **Mechanical sparks**[e] | | |
| Steel tool | 1400 | 2550 |
| Copper–nickel alloy | 300 | 570 |

[a]From Drysdale, *An Introduction to Fire Dynamics.*
[b]From Hagglund and Persson, *The Heat Radiation from Petroleum Fires.*
[c]From Hagglund and Persson, *An Experimental Study of the Radiation from Wood Flames.*
[d]From Krasny, *Cigarette Ignition of Soft Furnishings — A Literature Review with Commentary.*
[e]From NFPA *Fire Protection Handbook*, 15th ed., Section 4, p. 167.

**5.3.1.2** The term *smoldering* is sometimes inappropriately used to describe a nonflaming response of a solid fuel to an external heat flux. Solid fuels, such as wood, when subjected to a sufficient heat flux, will degrade, gasify, and release vapors. There usually is little or no oxidation involved in this gasification process, and thus it is endothermic. This process is more appropriately referred to as forced pyrolysis, and not smoldering.

**5.3.2 Ignition of Solid Fuels.** For solid fuels to burn with a flame, the substance should either be melted and vaporized (like thermoplastics) or be pyrolyzed into gases or vapors (i.e., wood or thermoset plastic). In both examples, heat must be supplied to the fuel to generate the vapors.

**5.3.2.1** High-density materials of the same generic type (woods, plastics) conduct energy away from the area of the ignition source more rapidly than low-density materials, which act as insulators and allow the energy to remain at the surface. For example, given the same ignition source, oak takes longer to ignite than a soft pine, and a low-density foam plastic ignites more quickly than high-density plastic.

**5.3.2.2** The amount of surface area for a given mass (surface area to mass ratio) also affects the quantity of energy necessary for ignition. It is relatively easy to ignite one pound of thin pine shavings with a match, while ignition of a one-pound solid block of wood with the same match is very unlikely.

**5.3.2.3** Because of the higher surface area to mass ratio, corners of combustible materials are more easily burned than flat surfaces. Table 5.3.2.3 shows the time for pilot ignition of wood exposed to varying temperatures.

**5.3.2.4** Caution is needed in using Table 5.3.2.3, as the times and temperatures given are for ignition with a pilot flame. These are good estimates for ignition of wood by an existing fire. These temperatures are not to be used to estimate the temperature necessary for the first item to ignite. The absence of the pilot flame requires that the fuel vapors of the first item ignited be heated to their autoignition temperature. In *An Introduction to Fire Dynamics*, Douglas Drysdale reports two temperatures for wood to autoignite or spontaneously ignite. These are heating by radiation, 600°C (1112°F), and heating by conduction, 490°C (914°F).

**5.3.2.5** For spontaneous ignition to occur as a result of radiative heat transfer, the volatiles released from the surface should be hot enough to produce a flammable mixture above its autoignition temperature when it mixes with unheated air. With convective heating, on the other hand, the air is already at a high temperature and the volatiles need not be as hot.

**5.3.2.6** Figure 5.3.2.6(a) illustrates the relationship between ignition energy and time to ignition for thin and thick materials. When exposed to their ignition temperature, thin materials ignite faster than thick materials (e.g., paper vs. plywood) as shown in Figure 5.3.2.6(b).

Table 5.3.2.3 Time Required to Ignite Wood Specimens

| Wood 32 mm × 32 mm × 102 mm (1¼ in. × 1¼ in. × 4 in.) | No Ignition in 40 Min °C | No Ignition in 40 Min °F | Exposure Before Ignition, by Pilot Flame, Minutes 180°C (356°F) | 200°C (392°F) | 225°C (437°F) | 250°C (482°F) | 300°C (572°F) | 350°C (662°F) | 400°C (752°F) |
|---|---|---|---|---|---|---|---|---|---|
| Long leaf pine | 157 | 315 | 14.3 | 11.8 | 8.7 | 6.0 | 2.3 | 1.4 | 0.5 |
| Red oak | 157 | 315 | 20.0 | 13.3 | 8.1 | 4.7 | 1.6 | 1.2 | 0.5 |
| Tamarack | 167 | 334 | 29.9 | 14.5 | 9.0 | 6.0 | 2.3 | 0.8 | 0.5 |
| Western larch | 157 | 315 | 30.8 | 25.0 | 17.0 | 9.5 | 3.5 | 1.5 | 0.5 |
| Noble fir | 187 | 369 | — | — | 15.8 | 9.3 | 2.3 | 1.2 | 0.3 |
| Eastern hemlock | 180 | 356 | — | 13.3 | 7.2 | 4.0 | 2.2 | 1.2 | 0.3 |
| Redwood | 157 | 315 | 28.5 | 18.5 | 10.4 | 6.0 | 1.9 | 0.8 | 0.3 |
| Sitka spruce | 157 | 315 | 40.0 | 19.6 | 8.3 | 5.3 | 2.1 | 1.0 | 0.3 |
| Basswood | 167 | 334 | — | 14.5 | 9.6 | 6.0 | 1.6 | 1.2 | 0.3 |

*Source:* NFPA *Fire Protection Handbook*, 19th ed., Section 3, p. 37.

with biological activity. If the fuel's moisture content is appropriate, this biologically driven self-heating may be supplanted by oxidation, and thermal runaway followed by ignition may result.

**5.3.6.2.7\* Wood Ignition.** Wood, like many other cellulosic materials, is subject to self-heating when exposed to elevated temperatures below its ignition temperature. However, the temperatures at which self-heating of wood will occur is not an intrinsic property of the material. Rather it is dependent on factors such as the nature of the heat exposure, pile size, and geometry. Exposure temperatures needed for wood self-heating to ignition are significantly lower than those shown in Table 5.3.5 for flaming ignition of fresh wood.

**5.3.6.2.8\* Charcoal Briquettes.** Charcoal briquettes have been suspected of self-heating to ignition even when packaged in household-sized bags (<9 kg or <20 lb) at ordinary ambient temperatures. Of particular suspicion is the effect of wetting briquettes with water followed by evaporation. However, rigorous laboratory testing has proven that common sizes of briquettes do not come close to self-ignition even when placed in unusually high ambient temperatures, such as in a closed automobile in the sun. Charcoal briquettes have no more tendency for self-heating than other common materials such as sawdust or hay, even after wetting. Spontaneous combustion of bagged charcoal briquettes in commercially available sizes is impossible under any normal ambient conditions.

**5.3.6.3 Common Materials Subject to Self-Heating.**

**5.3.6.3.1** The most commonly encountered forms of self-heating and self-ignition by fire investigators are:

(1) Polymerization of fatty acids (animal fats, cooking oils, and drying oils) in cellulose materials (wood, cloth, and paper).
(2) Oxidation of carbonaceous materials (coal and charcoal).
(3) Enzyme induced oxidation (hay bales and compost).
(4) Heat induced oxidation of cellulose materials (usually wood fiber and cloth).
(5) Polymerization reactions (plastics, rubbers, adhesives, and paint overspray particles) See NFPA 33, *Standard for Spray Application Using Flammable or Combustible Materials.*

**5.3.6.3.2** Because of the many possible combinations of these controlling or influencing factors, it is difficult to predict when the material will self-heat. Table 5.3.6.3.2 lists a few materials subject to self-heating. A more complete list is found in Table A.10 of the NFPA *Fire Protection Handbook*, 19th edition. Omission of any material does not necessarily indicate that it is not subject to self-heating.

**5.3.6.4 Oxidizer Fires.** An oxidizing agent is a chemical substance that, while not necessarily combustible by itself, can rapidly increase the rate of burning of other substances, or result in spontaneous combustion when combined with other substances. Many of these oxidizers are only found in industrial situations, but swimming pool sanitizers, such as calcium hypochlorite and the salts of dichloroisocyanuric or trichloroisocyanuric acid (stabilized chlorine) will undergo spontaneous heating or spontaneous combustion when contaminated with certain organic materials, particularly hypergolic substances, or with other oxidizers. Once an oxidizer fire starts, a decomposition reaction may take place within the mass of oxidizer, which, while not technically combustion, evolves large quantities of heat and light. These reactions may be quite violent. For a list of oxidizing substances, and the regulations governing their classification and storage requirements, see NFPA 430, *Code for the Storage of Liquid and Solid Oxidizers.*

**Table 5.3.6.3.2 Some Materials Subject to Spontaneous Ignition**

| Material | Tendency |
| --- | --- |
| Charcoal | High |
| Fish meal | High |
| Linseed oiled rags | High |
| Brewing grains | Moderate |
| Latex foam rubber | Moderate |
| Hay | Moderate |
| Manure | Moderate |
| Wool wastes | Moderate |
| Baled rags | Variable (low to moderate) |
| Sawdust | Possible |
| Grain | Low |

*Source:* NFPA *Fire Protection Handbook*, 19th ed., Table A.10.

**5.3.6.5 Pyrophoric Materials.** Certain elements, particularly white phosphorus, sodium, potassium, and some finely divided metals, such as zirconium, spontaneously ignite when exposed to air. Materials that undergo spontaneous combustion upon exposure to air are known as pyrophoric.

**5.3.7 Transition to Flaming Combustion.** When flaming combustion is initiated by a smoldering source such as a cigarette, or by self-heating, the process leading up to the appearance of the first flame may be quite slow. Once flaming combustion begins, however, the development of the fire may be faster than if the original ignition source were a flame, due to preheating of the fuel.

**5.4 Fuel Load.**

**5.4.1 General.** The term *fuel load* has been used to indicate the potential severity of a fire and has been expressed in terms of Btu (British thermal unit) or pounds of fuel per square foot of floor area. An example is provided in 5.4.1.1.

**5.4.1.1** The Btus were expressed in wood equivalent based on 8000 Btu per pound. The fuel load was determined by weighing the fuel in a room and converting the weight of plastic to pounds of wood using 16,000 Btu per pound as the value for plastic (one pound of plastic equals two pounds of wood). The total Btus (or pounds of fuel) were divided by the area of the room floor. While this approach can be a measure of the total heat available if all the fuel burns, it does not depict how fast the fire will develop once the fire starts.

**5.4.1.2** The rate of fire growth as determined by witness statements is highly subjective. Many times witnesses are reporting the fire growth from time of discovery, which cannot be directly correlated to ignition time. The rate of fire growth is dependent on many factors besides fuel load, to include fuel configuration, compartment size, compartment properties, ventilation, ignition source, and first fuel ignited. The rate of fire growth as reported by witnesses is not reliable or supported independent evidence of an incendiary fire.

**5.4.2 Heat Release Rate.**

**5.4.2.1** Total fuel load in the room has no bearing on the rate of growth of a given fire in its preflashover phase. During this period of development, the rate of fire growth is determined