IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY, * <br> As subrogee of SMULLENS SALVAGE <br> AND TOWING, * <br><br> Plaintiff and Third-Party Plaintiff * <br><br> v. * <br><br> EMPIRE COMFORT SYSTEMS * <br><br> Defendant, Third-Party Plaintiff, * <br> and Cross Defendant <br> * <br> v. <br> * <br> BSH Electrodomesticos Espana, S.A. <br> * <br> Defendant <br> * <br> v. <br> * <br> SHARP ENERGY, INC. <br> * <br> Defendant, Third-Party Defendant, <br> and Cross Claimant * | Civil Action No. <br> WMN 03 CV 178 |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO PROVIDE ADDITIONAL TIME FOR THE DEFEDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Defendants Empire Comfort Systems, Inc. ("Empire") and BSH Electrodomestic Espana, S.A. ("BSH) move this Court to provide additional time for Defendants Empire and BSH to file a Reply to Selective Insurance Company's ("Selective') Opposition to Empire and BSH's Motion for Summary Judgment.

1.   Empire and BSH in accordance with the Scheduling Order filed a Motion for Summary Judgment on December 14, 2006.

2.   Thereafter Selective requested additional time to respond to the Motion which this Court granted. Selective filed it's Opposition on January 18, 2007.

3.   Empire and BSH need additional time to file their Reply which is currently due on January 30, 2007. Empire and BSH request that the time to file a Reply be extended one week so that their Reply must be filed by February 7, 2007.

4.   Selective has been informed of this request and has stated it is agreeable to the additional time Empire and BSH are requesting.

Respectfully submitted,

_____//ss//_____
James A. Rothschild, Bar No. 00624
ANDERSON, COE & KING, L.L.P.
201 North Charles Street, Suite 2000
Baltimore, Maryland  21201
(410) 752-1630
*Attorney for Defendants*
*Empire Comfort Systems, and*
*BSH Electrodomesticos Espana, S.A.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2007, a copy of the foregoing Motion to Provide Additional Time for the Defendants to File a Reply to Plaintiff's

Opposition to Defendants' Motion for Summary was electronically mailed and/or mailed, first class mail, postage prepaid, to:

Thomas M. Wood, IV, Esquire
Neuberger, Qyinn, Gielen, Rubin & Gibber, P.A.
One South Street
27th Floor
Baltimore, Maryland 21202
tmw@nqgrg.com

Paul Bartolacci, Esquire
Cozen and O'Connor
The Atrium
1900 Market Street
Philadelphia, Pennsylvania 19103
pbartolacci@cozen.com

                                        //ss//
                                        James A. Rothschild