# APPENDIX OF EXHIBITS

Exhibit 1   -   Affidavit of Kenneth McLauchlan

Exhibit 2   -   McLauchlan's Deposition Excerpts

Exhibit 3   -   McLauchlan's Report

Exhibit 4   -   Article: 'Pyrophoric Carbon' and Long-term, Low-temperature Ignition of Wood

Exhibit 5   -   Article: Properly designed experiments are still needed in order to understand low-temperature, long-term ignitions of wood

Exhibit 6   -   Article: Truck Insurance v. MagneTek: Lessons to be Learned Concerning Presentation of Scientific Information

Exhibit 7   -   Article: The Myth of Pyrophoric Carbon

Exhibit 8   -   Affidavit of Thomas J. Marciniak

Exhibit 9   -   Article: The Verdict is in! Pyrophoric Carbon is out.

Exhibit 10  -   William Smullens' Deposition Excerpts

Exhibit 11  -   Installation and Owner's Guide

Exhibit 12  -   Plaintiff's Responses to Request for Admission of Facts

Exhibit 13  -   John F. Davis' Deposition Excerpts