# AFFIDAVIT OF THOMAS J. MARCINIAK

1. I am over the age of 18 years and competent to be a witness.

2. I have personal knowledge of the information herein.

3. I am an Associate Senior Consultant of Engineering Systems Inc. of Aurora, Illinois.

4. I have a Ph.D. in mechanical engineering from the University of Notre Dame and am a registered professional engineer in Illinois.

5. The ignition of wood generally requires temperatures exceeding 450°F.

6. In June, 2005, Engineering Systems Inc. tested a 18,000 Btu exemplar heater, identical in design to the subject heater, attached to a paneled wall.

7. With the heater on the middle setting, two of the three burners operating, the maximum temperature recorded at the back of the heater was 202°F. The corresponding wall temperature was 105°F.

8. With the heater on the highest setting, all three burners operating, the maximum temperature at the back of the heater was 209°F and the corresponding wall temperature was 116°F.

9. Even with the fan off and the heater at the maximum setting, the maximum temperature at the back of the heater was 250 F degrees and the maximum wall temperature was only 185°F, or approximately that of a hot cup of coffee. This is certainly not a temperature high enough to ignite wood under any circumstances.

10. Lint and dust are not thermal conductors – they are insulators. For example, cotton fiber (a good surrogate for lint or dust) is a low density material with a corresponding low thermal conductivity of 0.26 Btu/hr/sq ft/ft/F. Common fiberglass insulation also has a thermal conductivity of 0.26 Btu/hr/sq ft/ft/F. (*Handbook of Engineering Fundamentals,* Eschbach, Third Edition, John Wiley & Sons, New York, 1975, Table 103. Conductivities, Conductances and Resistances of Building and Insulating Materials.) Thus the presence of a buildup of lint or dust between the rear panel of the heater and the wall will very likely result in a lowered wall paneling temperature and thus be even less likely to be thermally affected.

7. The wall paneling in the Smullens' office was luan mahogany – a common material. According to the publication Panel Guide, Annex 2D, Plywood, by

EXHIBIT 8

the Wood Panels Industries Federation, Timber Trade Federation, TRADA Technology and BRE, the only condition which causes the warping or delamination of plywood is prolonged exposure to moisture. See attached publication.

8. The industry standard for gas appliances, including gas heaters, in 1988, as today, is certification of the design, after testing ,by the American Gas Association Laboratories ("AGAL"). The AGAL tests gas appliances to specific standards established by the American National Standards Institute. The extension of the certification of the Safel Super P-18 to the subject heater by the American Gas Association Laboratories in 1988 meant that it met industry standards for design and testing.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper is true.

Thomas J. Marciniak

Date 12/12/06