

# The Verdict is IN! Pyrophoric Carbon is OUT.

By Bernard R. Cuzzillo, Patrick J. Pagni, R. Brady Williamson and Robert A. Schroeder

Wood may ignite at low temperatures due to self heating, but only after the wood is cracked from cooking, thus allowing oxygen to penetrate. Before that, self heating is mechanically inhibited by whole wood's intrinsic lack of permeability which blocks oxygen access. In this pre-cracked state, without the aid of self heating, only flaming or superficial smolder are possible, and these require much higher temperatures. The ignition delay has nothing to do with so-called "pyrophoric carbon"—a misnomer that had long plagued fire investigation. For more details, see References 2 or 3 by Cuzzillo and Pagni.

In a recent issue of *Fire & Arson Investigator*, Vytenis Babrauskas[1] critiqued the research leading to those findings.[2,3] He characterized this study as one of two "efforts in recent years to prove that long-term, low-temperature ignitions of wood cannot occur." This misstatement is startling because Cuzzillo and Pagni demonstrated that very type of smoldering ignition in their laboratory tests. These tests—not mentioned in Babrauskas' article—successfully produced delayed low-temperature wood-ignition under controlled conditions and illustrated the causes of both the delay and the low ignition temperature. This and other errors—conceptual as well as factual—render Babrauskas' critique misleading and unhelpful to the practicing fire investigator.

He is incorrect in his statement that Cuzzillo and Pagni found "no significant effect of pre-charring," or cooking. On the contrary, they found not one but two effects: A small chemical effect and a dominant physical effect. The chemical effect is in the opposite direction from the "pyrophoric carbon" hypothesis. Chemically, cooking appears to slightly retard wood self heating. The other effect—the physical enhancement of oxygen diffusion due to crack formation—is the main discovery of Cuzzillo and Pagni, and is the cause of delayed low-temperature wood ignition.

Babrauskas mentioned the possibility that delayed ignition may involve mechanical crack formation, but erroneously reported that this topic has received "only very brief study." He fails to mention that the effect of cracking in wood on delaying self heating is the central aspect of Cuzzillo's and Pagni's experimental work and conclusions. They wrote, "Cooking eventually allows oxygen access deep into whole wood via greatly enhanced transverse permeability caused by disruption to the microstructure in the form of transverse cracks."[2] They discovered that crack formation due to cooking allows ignition from self heating—i.e., until it cracks, intact wood will not self heat. The time needed for crack formation is what causes delayed ignition. Once self heating is allowed by the formation of cracks in the once-impermeable wood, the ignition temperature of a typical structural wood is lowered significantly. (Since the ignition mechanism is self heating, this ignition temperature is dependent on many factors, as well as the definition of that temperature. Without the aid of self heating, flaming or superficial smolder are possible, but these require much higher temperatures.) As Cuzzillo and Pagni stated in the conclusion of their paper, these physical effects—not the mythical "pyrophoric carbon"—contribute to the delayed ignition of whole wood.[2]

Previous cracking studies include the detailed examination of charred wood ultrastructure (microscopic structure) by Zicherman and Williamson.[4] Their examination of wood cracked during flaming combustion revealed a charred but uncracked middle layer that inhibits permeability, separating the fresh wood from the distorted outer layer. Roberts has also commented on permeability and cracking in whole wood during fire and its important effect on combustion.[5,6] These studies were precursors to Cuzzillo's and Pagni's later discovery.

Babrauskas incorrectly stated that the whole-wood tests were "at unlimited oxygen." In fact, the end-grain surfaces of the virgin-wood specimens were sealed to exclude oxygen from penetrating into the specimens—until cooked. Sealing the end-grain surfaces simulates longer, realistic wood specimens with much larger side-grain surfaces than end-grain surfaces, yielding tests that correctly mimicked ordinary in-service conditions for structural wood.

Although the blockage of oxygen by the wood itself is the key factor in the delay of smolder ignition, the transition from smolder to flaming combustion provides a small additional delay. At this stage in the growth of a fire, macroscopic ventilation effects dominate for two reasons. First, flaming combustion requires a much greater oxygen supply than does slow-reacting smolder. Second, as Ohlemiller[7,8] demonstrated, the transition from smolder to flaming ignition is controlled by the velocity of airflow over the smoldering surface, just as blowing on embers fans them into flame.

EXHIBIT 9

DeHaan describes how a sudden change in ventilation status can trigger the transition to flame.[8] Thus, contrary to Babrauskas' assertion, there is no contradiction between DeHaan's field reports and Cuzzillo's and Pagni's findings.

Babrauskas recounts the acknowledged problem of extrapolating from small, high-temperature lab tests to huge, low-temperature piles of fuel capable of self heating, such as hay stacks. He suggests similarly discarding Cuzzillo's and Pagni's work because self-heating theory fails to predict ignition delay in whole wood. In fact, the delay is the only aspect of low-temperature wood ignition that is not adequately predicted by self-heating theory in the sizes typically involved in accidental fires. Further, little or no extrapolation is needed in the case of wood since typical accidental exposure temperatures and sizes are conveniently tested in the laboratory—exactly as Cuzzillo and Pagni did. In fact, after cooking, self-heating theory correctly predicted ignition and non-ignition in their tests.

Babrauskas briefly reviews some of the pyrophoric carbon literature while omitting reference to an authoritative treatise on this topic.[9] That work traced the history of the pyrophoric carbon concept from its inception through the modern era, with critical analysis of both historical and technical issues. For example, it identified the previously-unrecognized connection between Ranke and Schwartz that Babrauskas repeats without attribution. The theme of this history is an overreliance on the opinions of prior writers—opinions that were most often based on the beliefs of even earlier authors, but not on science. It is therefore ironic that Babrauskas appears to have inherited this flawed tradition, and now takes umbrage at the new understanding that threatens an old paradigm with an empirically-tested explanation.

The work of the late Shafizadeh that he cites is a brief communication in which it is argued that since highly reactive chars can be formed by cooking in an inert atmosphere, Ranke's seminal—and since-discredited—1872 pyrophoric carbon hypothesis (an attempt to explain haystack self-heating to ignition) appears correct. A closer examination of Shafizadeh's experiment reveals that this suggestion is not supported. He cooked tiny samples of cellulose fabric—cotton, not wood as Babrauskas reported—at 550°C (1022°F) in a pure-nitrogen atmosphere. This unusual specimen preparation does not represent any plausible accidental wood exposure. Indeed, this temperature is adequate for flaming ignition of wood in air. In fact, it is higher than the allowable limit for carbon steel in furnace heat exchangers.[10] This severe level of cooking left only 6% of the original material, while Cuzzillo's and Pagni's experiments produced the more realistic 40% residual level recommended by Schaffer.[11] Shafizadeh then suddenly exposed the 2.5 milligram samples (about the weight of one of the little discs that is punched out of standard-weight paper for binder holes) to pure oxygen at various fixed temperatures; the ignition temperature was between 250 and 270°C (482 and 518°F). These conditions of temperature and pure oxygen are probably in the flaming ignition range for fresh wood, and are thus not relevant to low-temperature ignition. Since the time of the Shafizadeh work, Geoffrey N. Richards, the Director of the Shafizadeh Center for Wood and Carbohydrate Chemistry, denounced the pyrophoric carbon hypothesis based on Richard's experimental results.[12] In short, Shafizadeh was looking for something that doesn't exist.

In the history of the pyrophoric carbon debate, many expressed opinions in favor of the concept. But good science is not based on opinion polls, especially not when those opinions are based on inadequate review of published research. Cuzzillo's and Pagni's work was the first comprehensive study of this topic in at least 90 years, if not ever, and made the first clear connection between the field reports and fire science.

There is little relationship between Shafizadeh's contrived experiments on specs of cloth and the real world of accidental wood ignition. But what about the possibility that as cracks develop in whole wood, they cause sudden new exposure of hot wood to oxygen? There is an answer within the Cuzzillo and Pagni experiments already done. The key is that self heating in cooking wood increases gradually, not suddenly. This indicates that oxygen exposure to the interior increases gradually, as the cracks develop, contrary to the sudden oxygen exposure in the Shafizadeh experiments. When he exposed his samples to oxygen at sub-ignition temperatures and then raised the temperature in stages—the way it occurs in wood—the samples never ignited. This result is consistent with Cuzzillo's and Pagni's finding that cooking degrades the chemical heat release rate.

---

**ABOUT THE AUTHORS**

**Patrick J. Pagni, Ph.D.**
Professor Pagni has taught and conducted research on fire safety engineering science and mechanical engineering at UC Berkeley for three decades. Before that he earned three degrees in mechanical engineering from the Massachusetts Institute of Technology, including a Ph.D. He was Dr. Cuzzillo's research advisor and dissertation chairman.



**Bernard R. Cuzzillo, Ph.D.**
Dr. Cuzzillo is a fire scientist and mechanical engineer. He earned three degrees in mechanical engineering from UC Berkeley, including a Ph.D. He conducted all of his experiments for his doctoral dissertation research in his own laboratory, at Berkeley Engineering and Research, Inc. With Professor Pagni, he won the Bono Award from the Society of Fire Protection Engineers for their journal article on glass breakage in fires.



**R. Brady Williamson, Ph.D.**
Professor Williamson is a renowned fire scientist, specializing in: the reaction of materials, assemblies, systems, and buildings to fire; fire growth in buildings; and the development and interpretation of fire safety codes and standards. He earned three Harvard degrees, including a Ph.D. in applied physics before beginning more than three decades of teaching and research in civil engineering departments, first at the Massachusetts Institute of Technology and then, and currently, at UC Berkeley. He was Dr. Vytennis Babrauskas' research advisor and dissertation chairman, and a member of Dr. Cuzzillo's dissertation committee.

**Robert A. Schroeder, D. Eng.**
Dr. Robert Schroeder, a member of the IAI since 1979, Dr. Schroeder is a fire and materials scientist as well as a fire investigator and has been practicing in the fire protection field since becoming a USAF-trained firefighter in 1972. He received an MS in Mechanical Engineering as well as a Doctorate of Engineering from the Department of Civil and Environmental Engineering, both from UC Berkeley. His study of the macro and microscopic effects of fire on wood, gypsum and concrete became the foundation of his doctoral dissertation.



## CONCLUSIONS

1. Cuzzillo's and Pagni's research did not refute reports of delayed low-temperature wood ignition—quite the opposite, it confirmed the phenomenon and explained its physical origin.

2. Their tests properly simulated accidental exposure, unlike Shafizadeh's—and successfully demonstrated ignition delay in laboratory testing using relevant material at likely exposure temperatures.

3. Their analytic treatment did not blindly rely on self-heating theory. To the contrary, they explained and demonstrated its limitation as applied to whole wood in real fire applications. After a delay for cooking, it correctly predicts ignition and non-ignition.

4. They disproved the wrong hypothesis of chemical "pyrophoric carbon" with tests that showed the opposite is true.

Is the jury still out? Not for those who have heard the evidence. Cuzzillo's and Pagni's research has brought the discussion to a scientific level by replacing a false theory with a novel and convincing explanation and confirmation of fire-scene observations. Their findings provide powerful insight into delayed accidental wood ignition. Until these findings are more widely understood and subjected to further testing—which we welcome—some may take Babrauskas' position, and cling stubbornly to the old false theory rather than adopt the new, experimentally-verified state of knowledge. Perhaps worse are those who dismiss the topic as still mired in ivory-tower bickering. This article's authors hope that will not happen.

References
1. Babrauskas, V., "Pyrophoric Carbon... The Jury Is Still Out," *Fire and Arson Investigator*, Vol. 51, No. 2, 12-14 Jan. 2001.
2. Cuzzillo, B. R. and Pagni, P. J., "The Myth of Pyrophoric Carbon," *Fire Safety Science—Proceedings of the Sixth International Symposium*, 301-312, IAFSS, Boston, MA, 1999.
3. Cuzzillo, B.R. and Pagni, P.J., "Low-Temperature Wood Ignition," *Fire Findings*, Vol. 7, No. 2, 7-10, Spring 1999.
4. Zicherman, J. B. and Williamson, R.B., "Microstructure of Wood Char, Part 1: Whole Wood," *Wood Science and Technology*, 15, 237-249, 1981.
5. Roberts, A.F., "A Review of the Kinetic Data for the Pyrolysis of Wood and Related Substances," *Combustion and Flame*, 14, 261-272, 1970.
6. Roberts, A.F., "Problems Associated with the Theoretical Analysis of the Burning of Wood," 13th Symposium (International) on Combustion, 893-903, The Combustion Institute, Pittsburgh, PA, 1971.
7. Ohlemiller, T. J., "Smoldering Combustion Propagation on Solid Wood," *Fire Safety Science—Proceedings of the Third International Symposium*, 565-574, IAFSS, Boston, MA, 1991.
8. DeHaan, J.D., *Kirk's Fire Investigation, Fourth Edition*, pp. 74, 105-6, New Jersey: Prentice-Hall, 1997.
9. Cuzzillo, B.R., *Pyrophoria*, Ph.D. Dissertation, Mechanical Engineering Department, University of California at Berkeley, Chapter 2, "The History of Pyrophoric Carbon," 1997.
10. American National Standards Institute, *Gas-Fired Central Furnaces*, Standard ANSI Z21.47 Washington, D.C., 1998.
11. Schaffer, E.L. "Smoldering Initiation in Cellulosics under Prolonged Low-Level Heating." *Fire Technology*, 16, 22-28, 1980.
12. Hshieh, F.-Y. and Richards, G.N., "The Effect of Preheating of Wood on Ignition Temperature of Wood Char," *Combustion and Flame*, 80, 395-398, 1989.

# At Armstrong Forensic Laboratory, we provide the standard for quality in fire debris analysis - nationwide.

Regardless of size or scope, all cases are treated with individualized attention. State-of-the-art equipment and ASTM approved methods insure precision chemistry. We serve clients throughout the USA, Mexico, Puerto Rico, Germany ... and the list is expanding!

Armstrong Forensic Laboratory ... AIHA accredited (#363), Member ASTM E-30, Fellow AAFS, Fellow AIC

## Armstrong Forensic Laboratory, Inc.
330 Loch'n Green Trail, Arlington, Texas 76012-3481

(817) 275-2691
FAX (817) 275-1883