1

IN THE UNITED STATES COURT

FOR THE DISTRICT OF MARYLAND

-----------------------------------

SELECTIVE INSURANCE COMPANY
as subrogee of SMULLENS SALVAGE
AND TOWING,

    Plaintiff,

vs.                                   Civil Action
                                      No.: WMN03CV178
EMPIRE COMFORT SYSTEMS, et al.,

    Defendant/Third-Party Plaintiff

vs.

SHARP ENERGY, INC.,

    Third-Party Defendant.

-----------------------------------

Baltimore, Maryland

Tuesday, March 22, 2005

Deposition of:

**JOHN F. DAVIS**

called for examination by counsel for the Plaintiff, pursuant to Notice, taken at the law offices of Neuberger, Quinn, Gielen, Rubin & Gibber, One South Street, 27th Floor, Baltimore, Maryland 21202-3282, beginning at 11:08 a.m.,

GAGLIARDI REPORTING COMPANY
(703) 243-4333



EXHIBIT 13

53

1  personally, involved with receiving notice of
2  this claim that we are talking about today?
3       A.   Yes.
4       Q.   Of the ten or eleven claims between
5  1981 to 2000 relating to SAFEL unvented heaters,
6  how many of them involved the CH-18?
7       A.   There is one other claim on a CH-18-1,
8  which is a unit that is the same but is different.
9       Q.   How?
10      A.   It has different internal parts.
11      Q.   What internal parts are different?
12      A.   I am not positive right off the top
13 of my head without comparing an instruction book.
14 Things like maybe the pilot, tubing. Basically
15 that would just indicate minor changes or changes
16 that were made in the unit, but they had to be
17 recertified and that way, when they ordered parts,
18 we knew if the parts were not interchangeable.
19 As the parts department, we knew which pilot,
20 which tubing or what the differences were.
21      Q.   So is it your understanding that the
22 CH-18-1, that that was manufactured after the

156

1                C E R T I F I C A T E

3   STATE OF _____ILLINOIS_____ :

4   COUNTY/CITY OF _ST. CLAIR, BELLEVILLE_ :

6       Before me, this day, personally
7   appeared **JOHN F. DAVIS**, who, being duly sworn,
8   states that the foregoing transcript of his/her
9   Deposition, taken in the matter, on the date, and
10  at the time and place set out on the title page
11  hereof, constitutes a true and accurate transcript
12  of said deposition.

14  _____John F. Davis_____

16  SUBSCRIBED and SWORN to before me this
17  ___14th___ day of ___April___,
18  2005, in the jurisdiction aforesaid.

21  __2/13/09__                    _Lavon Bott_
22  My Commission Expires          Notary Public

OFFICIAL SEAL
LAVON BOTT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/13/09

GAGLIARDI REPORTING COMPANY
(703) 243-4333