**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SELECTIVE INSURANCE COMPANY,<br>As subrogee of SMULLENS SALVAGE<br>AND TOWING, | *<br><br>* |
|     Plaintiff and Third-Party Plaintiff | * |
| v. | * |
| EMPIRE COMFORT SYSTEMS | *     Civil Action No.<br>                  WMN 03 CV 178 |
|     Defendant, Third-Party Plaintiff,<br>    and Cross Defendant | *<br>* |
| v. | * |
| BSH ELECTRODOMESTICOS ESPANA, S.A. | * |
|     Defendant | *<br>* |
| v. | * |
| SHARP ENERGY, INC. | * |
|     Defendant, Third-Party Defendant,<br>    and Cross Claimant | * |

                *   *   *   *   *   *   *   *   *   *

**<u>NOTICE OF APPEARANCE</u>**

    Please enter the appearance of Ryan S. Perlin of Anderson, Coe & King, LLP, at the address indicated below, as additional counsel for Defendants Empire Comfort Systems, Inc. and BSH Electrodomesticos Espana, S.A.

2

       /s/
James A. Rothschild (Bar No. 00624)
Ryan S. Perlin (Bar No. 28040)
ANDERSON, COE & KING, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
T  (410) 752-1630; F  (410) 752-0085
rothschild@acklaw.com
perlin@acklaw.com
***Attorneys for Empire Comfort Systems, Inc. and BSH Electrodomesticos Espana, S.A.***