IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
SELECTIVE INSURANCE COMPANY      :
As subrogee of SMULLENS          :
SALVAGE AND TOWING               :
                                 :
v.                               :   Civil No. WMN-03-0178
                                 :
EMPIRE COMFORT SYSTEMS et al.    :
                                 :
v.                               :
                                 :
SHARP ENERGY, INC.               :
```

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 20th day of March 2007, by the United States District Court for the District of Maryland, hereby ORDERED:

    1.  That Defendants' Motion for Summary Judgment, Paper No. 70, is granted;

    2.  That judgment is entered for Defendants against Plaintiff as to Counts I, II, III, and IV;

    3.  That judgment is entered for Defendant Sharp Energy, Inc. with respect to Plaintiff's claim against Third-Party Defendant, Paper No. 37;

    4.  That this case is closed; and

    5.  That the Clerk of the Court shall transmit copies of the accompanying Memorandum and this Order to all counsel of record.

/s/

_____
William M. Nickerson
Senior United States District Judge